UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

VINCENT BASCIANO,

               Defendant.
-------------------------------------------------------X

**MEMORANDUM & ORDER**

03-CR-929 (NGG)
05-CR-060 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

Donald D. duBoulay is hereby appointed to represent Marco Santomaggio ("Santomaggio") pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, with respect to the Attorney General's authorization, pursuant to 18 U.S.C. § 3521(b)(1)(G), for Santomaggio to disclose to the court and the Government in camera the names of certain witnesses identified in earlier Santomaggio affidavits only as "WI-1" and "WI-2." (See Government's January 23, 2008 letter to the court (Docket Entry # 1035, Case No. 03-929).)

SO ORDERED.

Dated: February 15, 2008
      Brooklyn, N.Y.

/signed/
NICHOLAS G. GARAUFIS
United States District Judge

1