UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

v.                                                                              05-CR-060 (NGG)

VINCENT BASCIANO,

Defendant.
-------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

Defendant Vincent Basciano has filed a Petition for a Writ of Mandamus with the U.S.

Court of Appeals for the Second Circuit. The Court of Appeals has requested all sealed

documents in the case for purposes of considering the Petition, docketed as Case No. 08-2157.

The Clerk of Court is hereby directed to provide the sealed documents requested by the

Court of Appeals.

SO ORDERED.

Dated: May _8_, 2008
         Brooklyn, N.Y.