Exhibits to Corrected Memorandum and Order of Nicholas G. Garaufis, dated 5/12/2010.