03 CR 929
05 CR 060

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 17 2010 ★

BROOKLYN OFFICE

I   Respectfully   write   the   court   to   request
that the court Allow my cousin to visit Accompanied
by one of my Attorneys so I could seek
financial help in hiring A writer for the following
Reasons:

   Additional Newly Discovered evidence has
Revealed that in late 2006 And possibly early 2007,
prior to the governments ex-parte meeting with
Magistrate Levy, witnesses went before the 03 CR 929
And 05 CR 060 Grand Jury, that testified About An
Alleged "hit-plot" involving the Alleged "hit-list".

   These witnesses who testified either exculpate
me from events surrounding the Alleged "hit-list" or
have favorable evidence that the defense should have
Received when ① The government vouched for the
credibility of the witness During An ex-parte meet-
ing with magistrate Levy. Judge Levy states "Most
Problematic for Basciano is the hit-list" ② When
the government used evidence involving Anything to
Do with the Alleged "hit-list" in order for the
Attorney General to Authorize me for Death ③ When
the Defense Asked the court to strike Any
Reference to a "hit-list" that Appeared in my PSI
④ When the Attorney General Put me Under SAMs

(5) When the Defense Argued to this Court, the Second Circuit And the Supreme Cart in our habeas Petition

Furthermore the government continues to purport to this Court, on July 10th 2007, during cross examination of tartaglione, that the list was in Fact a hit-list:

Ms. Busa: My objection is these questions may well be elicited or may be designed to figure out where this witness currently lives. This witness obviously As your honor Knows, has been on A "hit-list". I do not want this elicited". Trial II 2600-02, July 10th 2007.

For the government to have objected to the Defense cross examination of tartaglione when the government was in possession of Favorable evidence that the Defense should have received is UNCONSCIONABLE. Nor is this the first time that the government has used this ploy. See Rule 33 files 3/24/10 pages 19-33.

It Appears that it was the government And Not the Defendant who used the "list" As A subterfuge in order to Accomplish what they couldn't withat it. i.e. Put me in SAMs, Getting the A.G. to Authorize me for Death, And have me designated to ADX.

It has been the government who has used the list as a "thinly disguised veil" as a pretext not to bring in the list in their direct case because it would "prejudice" me. However that argument is belied by the fact that the government presented evidence surrounding the list into the 03 cr 929 and 05 cr 060 Grand Jury, Prior to S-7 in 03 cr 929, that inflamed the Grand Jury.

I submit to the court the reason why the government will <u>never</u> introduce this alleged "hit-list" into the guilt phase of my up-coming Death penalty trial, because <u>ethically</u>, <u>if</u> the government were to abide by their responsibilities, they would have to turn over the Grand Jury testimony that will be favorable to my defense.

For four years now I have repudiated the governments allegations that the list of names I wrote were to be used as a hit-list or an artifice to recuse the court. I wrote letters to the court and signed an affadavit to attest to what I've said from the time the government alleges that it was a hit-list; that it was an innocuous list in order to take the negativity away from me.

Since these are new facts that could not have been raised in our earlier brief I believe we have merit to bring forth another habeas Petition.

Mr. Goltzer is not a writer. Nor does he have the time to undertake another assignment. I'm not the only case that Mr Goltzer is working on. Therefore I respectfully ask the court to grant my request to see if my cousin could accomodate me in hiring a writer who can spend the time only on the issues I've outlined in this letter

Thank-You. Respectfully

Vincent John Basciano

P.S

IF the court could kindly forwards a copy of this letter to both Michael Bachrach and Randall Unger in addition to my attorney's on 05 cr 060.

Thank-you

Vincent J. Basciano 30694-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

Legal Mail

1C-30694054-05/12

Legal Mail

BORO NY 112
BKLYN-ONE =-STATEN ISL
14 MAY 2010 PM 7 T

stampsfortheresale.com

USA FIRST-CLASS FOREVER

THE Honorable Nicholas G. Garaufis
United States District Judge
Eastern District OF New York
225 CADMAN PLaza East
Brooklyn, New York   11201

Legal Mail