**DOCKET NUMBER**: CR 05-060 (NGG)

### CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: JULY 15, 2010   **TIME IN COURT** __ HRS   60   MINS
@ 10:30 AM

**1. DEFENDANT**: VINCENT BASCIANO

Present X   Not Present   Custody X   Not Custody

**DEFENSE COUNSEL**: GEORGE GOLTZER / RICHARD JASPER / YING STAFFORD

Federal Defender   CJA   X   RETAINED

**2. DEFENDANT**:

**PRESENT**

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

**PRESENT**

**DEFENSE COUNSEL**:

**A.U.S.A.**: JOHN BURETTA / TARYN MERKL / NICOLE ARGENTIERI

**COURT REPORTER OR ESR OPERATOR**: MICKEY BRYMER

**INTERPRETER**:   **LANGUAGE**:

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Bail Application | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| X | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?**   YES   NO   X

STATUS CONFERENCE HELD; QUESTIONNAIRES WILL BE HANDED OUT ON FEBRUARY 14, 2011 AND JUROR INTERVIEWS WILL BEGIN ON FEBRUARY 28, 2011.