**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

July 27,  2010

John Buretta, Esq.
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Via ECF and U.S. Mail

Re: *United States v. Vincent Basciano,* 05 Cr. 60 (NGG)

Dear Mr. Buretta:

     Please accept this letter as a supplemental discovery request in connection with the above referenced case.  It has just come to our attention, through news reports,  that Joseph Barone, reputedly a close friend of Dominic Cicale, has been a government informant for a number of years.  To the extent that Mr. Barone provided the government or any law enforcement agency with information about Mr. Cicale and his crimes, we request that you provide us with all such information pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963).  Thank you for your attention to this matter.

               Very truly yours,

               George R. Goltzer

GRG/ms