FILED
FEB 02 2010
BROOKLYN OFFICE

Dear Judge Garaufis,                                  1/31/10

I must apologize for introducing myself this way. But, I am the man, who is directly responsible, for risking your life. Not to mention the A.U.S.A's as well. I am sorry that I have not met you face to face, but I have seen you in court, on many occasions. Also once, a few weeks ago, at the M.D.C. on a tour in the shu, where I now reside. What I'm about to tell you is, probably something else you didn't know except for a few agents + my prosecutors. My attorney Roy R Kulcsar 201-439-1455 - 201-446-0294 has told me he has spoken with John Buretta, but I really do not know if that conversation led up to the facts? Your honor, I risked my life everyday for years working inside the Bonanno family. My good friend at that time is the star witness against Vincent "Vinny Gorgeous" Basciano for the prosecution. He was the captain of Dominick Cicale. I've been working with law inforcement for 18 years. I solved murders + most importantly prevented them! I was working inside another organized crime family when this happend. I've been arrested on bogus charges. I didn't decide to change my life 18 years ago, only to go rogue now. I am in the southern district, not yours. I am charged with conspiracy to commit murder, + felon in possesion of a firearm. What these agents did, was arrest me, in order to steal me away from the agent I was working with. It's called informent shopping. It's easy to arrest

a guy like me because I walk between two worlds. At the time of my arrest, the agents called the one I was working with. He came to my house to try + help me but couldn't, + it was not his fault. But that's just his proof of agents stealing from other agents. My Judge is Naomi Buchwald. I feel she is a good Judge. She lets me speak + asks me questions, but I still feel that she does not know all the facts. She was surprised however, when she herself asked the prosecutor Kenneth A. Polite "is it true that he saved the prosecutors life"? When he said yes!, it seemed to have changed her view somewhat, but not enough to let me out on 24 hour home confinement. I have been in the shu, working on my 10th month. Since my time here, I've had nothing but negative consequences happen. I contracted a staph infection, which led me to be cut open 3 times in 3 different places. I also contracted bronchitis, which I never had before. The latest thing to date is that I was in the hospital. I was taken out of the M.D.C. by ambulance to Lutheran Medical Center, because I had excruciating pain in my chest + back, and my heart wasn't beating right. I stayed in the emergency room for 3 days while they did test. They don't know why it happened, they just said, if it happens again, you could have a stroke or a heart attack, they gave me pills. The FBI put articles in a local paper about me, not for all that I've told you now, just about the case. They faxed over a copy to the M.D.C. My attorney has proof of that, + they took me out of population + placed me + are keeping me in the shu. I don't deserve this kind of treatment! Not after all

been through, + all I've accomplished. Its cruel + unusual punishment. I believed in justice, + what I was doing... now because of this, my belief has been shaken. Enclosed, you'll also find a letter I wrote to my Judge. I also wrote another one for my bail hearing that is more in detail of what I've been doing, + did in the Past 18 years. My attorney has a copy, + so does the Judge. Can you help me in anyway? I am willing to speak to John Buretta myself with my attorney if necessary to see how this can be resolved. I took a chance by telling you this because, I believe, after hearing you in court, + asking if Mr. Bisciano could have another break, I was hoping you could help me, the man who risked his life for others. The man who is innocent of my charges, + who would still, after all I've suffered stop people from getting killed. Whats one life worth? Thank you your honor for taking the time to read this. Take care + God bless.

Sincerely
Joe Barone
80860-054