D/F

**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

August 26, 2010

**BY ECF & FACSIMILE (718) 613-2546**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v Vincent Basciano*,
05 Cr. 0060 (NGG)

Dear Judge Garaufis:

The defense respectfully submits this letter to request a five day extension of time

to file the defendant's reply to the government's response to Basciano's Supplemental

Memorandum in Support of his Pre-trial Motions, which was filed on August 13, 2010

(Docket Entry No. 923). The government has indicated that they have no objection to this

request.

**APPLICATION GRANTED.**
**So Ordered.**
 s/Nicholas G. Garaufis
~~NICHOLAS G. GARAUFIS~~
~~United States District Judge~~
Dated:  8/26/10

Sincerely,

_____/S/_____
George Goltzer
Richard Jasper
Ying Stafford
*Attorneys for Vincent Basciano*

cc:     Vincent Basciano