

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:TM
F.#2005R00060

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 28, 2010

<u>Via ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Vincent Basciano
          <u>Criminal Docket No. 05-060 (S-9)(NGG)</u>

Dear Judge Garaufis:

    The government respectfully submits this letter to advise the Court that the Attorney General has directed that the government continue to seek the death penalty against defendant Vincent Basciano.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                  By: _____
                              John Buretta
                              Taryn A. Merkl
                              Nicole M. Argentieri
                              Assistant U.S. Attorney
                              (718) 254-6314/6064

cc: All counsel (via ECF)