- 1 -

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2010 ★
BROOKLYN OFFICE

9-9-10

Dear Judge Garaufis,

In a response to a letter I wrote the court seeking financial help from my cousin; See Document 901 filed on 5/17/10 in Case 1:05-cr-00060 NGG, the government states: "Basciano has three assigned counsel in 05 cr 060, plus two assigned counsel in 03 cr 929. All of those counsel collectively have made, and no doubt will continue make, any motions they deem appropriate. In addition, Basciano's complaints as to the one assigned counsel [George Goltzer] he singles out plainly have no merit." [See Document 905 filed on 6/02/10 in Case 1:05-cr-00060 NGG]

Obviously the government is unaware that Mr. Goltzer told me that he "wasn't hired to write a habeas."

In the court's most recent decision denying my Rule 33 the court states: "Basciano's argument that information [pertaining to newly discovered evidence revealing that it was "Massino's original idea to kill Greg Andres"], undermines the government's evidence in support of the Attorney General's SAMs order arises from a different case" --- "Should Basciano want to challenge that decision based on this new information, he should seek relief in that case under the Federal Rules of Civil Procedure" [See Document 1157 filed 8/19/10 in 1:03-cr-00929 page 17]

I do want to challenge "that decision." However, another reason I was given by my attorneys for not writing another habeas was they didn't have the time.

After speaking with my cousin and his attorney Ms. Bachrach on September 1, 2010 my cousin has agreed in principle to pay for the costs of a writer for two specific areas ① To

challenge the SAMs and the conditions of my confinement based on newly discovered evidence pertaining to Berle and Barone and other evidence that the defense did not have when the original habeas was written. (2) To write a 2255 based on newly discovered evidence including but not limited to witnesses who will support the defense argument that Cicale was informed of potentionally being indicted for the Santoro murder prior to his (Cicales) meeting with the government on November 21, 2005 despite the government's contrary assertions.

The government however believes that the relief I am seeking has no merit. [See Footnote on page two (2) of document 905 filed on 6/02/10]. I disagree. We have a trial date which is approximately five months away; February 14, 2011. My '05 attorneys have indicated that in order to be prepared for trial they don't have time to be writing another habeas.

Furthermore, the government does not appear to be arguing that another habeas should not be written. They just seem as though they want to control who writes it. Why would it make a difference to the government who writes the habeas?

Thank-You, Respectfully Yours

*Vincent J. Basciano*

Vincent J. Basciano

P.S.  - 9-10-10

During a meeting today with Ms. Stafford she informed me that the government was not going to renew my SAMs for another year.

During my last status conference Mr Goltzer

-3-

informed me that Mr. Buretta was willing to remove the SAMs if I agreed to have my social visits monitored. I informed Mr. Goltzer I will not stipulate to that condition.

I also informed Ms. Stafford that I am unwilling to stipulate to my social visits being monitored especially given the fact that after the court ordered me back into population in May 2005, after the court listened to the Massino tapes, it didn't come with any stipulations that my social visits be monitored. In the fourteen months that I was in population in MCC there was not any accusations that I attempted to pass any messages. Nor would there be now if the court ordered me back to population.

Furthermore I informed all my attorneys that the government may very well use any stipulation I make in order to remove my SAMs, as a future argument that the defense does not need the minutes to the governments ex-parte meetings with Magistrate Levy since the SAMs would no longer be an issue.

SAMs has been an issue for the past four years and regardless of the governments intent to lift the SAMs the defense still needs those ex-parte minutes in order to reveal the bad faith of the governments investigation and tie that in with the theory of our defense as it relates to Massino, Cicale and Barberi.

However, if the government is willing to admit that the list was nothing more than a Santeria list and that they now realize that their witness or witnesses have lied to them regarding the alleged "hit-list", I would then stipulate to the continued

monitoring of my social visits. Since I have nothing to hide.

IF the government does not renew my SAMs I want it to be known it was done without me making any stipulations. And if my lawyers did stipulate to anything it was done without my knowledge or consent.

Any arguments that I will not be able to develope because of any stipulations that were made without my consent were done against my will.

Furthermore I want it to be known that those arguments or lack there of maybe a direct result of any stipulation that were made by my attorney's against my will.

Thank-You Respectfully Yours

*Vincent J. Basciano*

Vincent J. Basciano.



Vincent J. Basciano 30694-054
New York Metropolitan Correction Center
150 Park Row
New York, New York 10007

Legal Mail

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2010 ★
BROOKLYN OFFICE

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201



Legal Mail

I Handed this mail to Lt. Delvney at 8:30 AM on 9-15-10