Dear Judge Garaufis,

As the Court is aware Mr. Jasper has been involved with my case for several years now. I have a very good relationship with him and have gone over most aspects of both the '03 and '05 case. Including all consensual recordings from both cases.

Although I do not have a bad relationship with Mr. Goltzer I have an extremely difficult time communicating with him and reviewing material regarding the '03 and '05 case. Mr. Jasper is much more detailed.

Since both Mr. Jasper and Mr. Golter are learned counsel and are both trial attorneys I respectfully request if the Death penalty is removed and the Court decides to reduce my current team, that the Court please consider my request to keep Mr. Jasper.

I would rather have Mr. Jasper as my trial attorney. Since there would not be any additional costs to the Court if Mr. Jasper were to represent me instead of Mr. Goltzer. I hope the Court could take what I wrote in this letter into consideration.

Please note that I am not asking the Court to eliminate Mr. Goltzer or replace him with a new attorney. I am only requesting that if the Court were to cut some of my attorneys that the Court keep Richard Jasper.

I have already expressed my concerns to Mr. Goltzer. Mr. Goltzer understands my concerns and told me this is more than a two attorney case. And if it comes to that he would express my

concerns to the court.

Naturally, I would hope the court would keep this whole team in-tact even if the death penalty were to be lifted. However I understand I have no choice in that matter.

Ms. Stafford and Lucy Kim along with the investigators have been invaluable to this team and I have a good working relationship with them all.

My main concern however is going to trial in February 2011 with an attorney that has a complete understanding of both cases. Mr. Jasper does and it is much easier for me to prepare and go over witnesses with Mr. Jasper than it is with Mr. Goltzer.

This is not to say that Mr. Goltzer and I are at complete odds with one another. Mr. Goltzer is a gentleman. But he will never know the details as well as Mr. Jasper already does.

I feel much more comfortable going to battle with Mr. Jasper. The court already is aware that fact.

Thank-You Respectfully Yours

Vincent J. Basciano



Vincent J. Basciano 30694-054
New York Metropolitan Correction Center
150 Park Row
New York, New York 10007

Legal Mail

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Legal Mail

11201+1832



I gave this letter to Lt. Harvey at 11:30AM on Friday 9/17/10

Legal Mail