# RICHARD JASPER
ATTORNEY AT LAW
276 FIFTH AVENUE, SUITE 501
NEW YORK, NY 10001

TEL: (212) 689-3858
FAX: (212) 689-0669

September 20, 2010

**BY FACSIMILE (718) 613-2546**
Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Vincent Basciano*
        *05 Cr. 60 (S-9) (NGG)*

Dear Judge Garaufis:

  We respectfully submit this letter to advise the Court that despite defense counsel's letter submitted on September 17, 2010, concerning our request to maintain Mr. Basciano's August 25th letter under seal, Mr. Basciano would like his letter to be filed on ECF.

  We thank Your Honor for your courtesy and consideration.

        Respectfully submitted,

        _____/s/_____
        Richard Jasper
        George Goltzer
        Ying Stafford
        *Attorneys for Vincent Basciano*

# RICHARD JASPER

**Attorney at Law**
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone (212) 689-3858
Fax (212) 689-0669

## FACSIMILE COVER SHEET

September 20, 2010

| | |
|---|---|
| TO: | Chambers of the Honorable Nicholas G. Garaufis |
| FAX: | (718) 613 2546 |
| RE: | United States v. Vincent Basciano<br>05Cr.0060(NGG) |
| MESSAGE: | Please see attached |

TOTAL PAGES INCLUDING COVER PAGE: 2

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication in error, is prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U.S. postal service. Thank you.