**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

TM
F.#2005R00060

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 15, 2010

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Vincent Basciano
        <u>Criminal Docket No. 05-060 (S-9) (NGG)</u>

Dear Judge Garaufis:

    Enclosed please find the government's response to the defendant Vincent Basciano's Motion to Recuse or Disqualify the Honorable Nicholas G. Garaufis.  Despite repeated efforts, the government was unable to file the brief electronically due to an apparent technical problem with ECF.  The government will post the brief on ECF as soon as the system is accessible.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:  _____
     Taryn A. Merkl
     Assistant U.S. Attorney
     (718) 254-6064

cc:  George Goltzer, Esq. (by facsimile - 212-980-2968)
     Richard Jasper, Esq. (by facsimile - 212-689-0669)