**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

December 3, 2010

**BY ECF & EMAIL**
AUSA Taryn A. Merkl
United States Attorney's Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Re:  *United States v Vincent Basciano*,
05 Cr. 0060 (NGG)

Dear Ms. Merkl:

The purpose of this letter is to request the production of the audio tape in connection with the attached discovery, previously provided by your office. (See attached discovery bates number 6764 and 6765). Specifically, we request the November 3rd, 2000 audio tape

This request is pursuant to Rule of Criminal Procedure 16, *Brady v Maryland* 373 U.S. 83 (1963), *Giglio v United States* 405 U.S. 150 (1952), *Kyles v Whitley* 514 U.S. 419 (1995),  *Strickler v Greene*, 527 U.S. 263 (1999) and the Fifth, Sixth and Eighth Amendments to the United States Constitution.  If the government declines to provide any information requested herein, please advise us of the government's objection so that we may consider bringing any dispute to the attention of the Court.

AUSA Merkl
December 3, 2010
Page **2** of **2**

  We thank you for your courtesy and consideration

              Sincerely,


              _____/S/_____
              George Goltzer
              Richard Jasper
              Ying Stafford
              *Attorneys for Vincent Basciano*


ECF (w/o enclosure)
Email (w/enclosure)

cc:  All Counsel (By ECF)
    Vincent Basciano