UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

VINCENT BASCIANO,

Defendant.
-----------------------------------------------------------------X

SCHEDULING ORDER

05-cr-060 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

The court sets the following schedule for trial. The parties shall submit to the court final proposed jury questionnaires with any areas of disagreement to be resolved by the court by January 26, 2011. Jury questionnaires will be distributed to 300 potential jurors per day at 2:00 p.m. on February 15, 2011 and February 16, 2011. All parties, including Defendant, shall be present at distribution. Not later than February 25, 2011, the parties shall advise the court of for-cause strikes by consent and those over which the parties disagree. *Voir dire* of individual jurors will begin on March 2, 2011. The trial will commence immediately upon completion of jury selection. This case is over five years old, the trial has already been postponed, and the parties have had ample time and resources to prepare. No further requests to postpone the trial date will be entertained.

SO ORDERED.

Dated: Brooklyn, New York
       December 30, 2010

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge