UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

VINCENT BASCIANO,

                            Defendant.
-------------------------------------------------------------------X

**ORDER**

**05-CR-060 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

In addition to including the Defendant's six requested questions, as reformulated by the court (Docket Entry # 1049, 1051), the following changes shall be incorporated into the final Jury Questionnaire and submitted to the court by the end of the day.

- Page 3, Line 3 shall state, "this case is scheduled to begin on approximately April 4, 2011."

- Page 4, Line 2-3 shall no longer include the text stating, "including seeking the murder of a federal prosecutor and the murder of cooperating witnesses" in light of the court's recent *in limine* ruling that evidence of the alleged solicitation to murder Assistant United States Attorney Greg Andres will not be admissible at the guilt phase of the trial (Docket Entry # 1048).

- Page 6, Line 2 shall state, "trial is expected to begin on April 4, 2011."

- Page 6, Line 3-4 shall state, "Trial will be in session, generally speaking, four days per week from 9:30 a.m. to 6:00 p.m."

1

- Page 6, Line 5 shall include the following two sentences after the last sentence of the first paragraph, "The trial will recess for national and major religious holidays. Jurors will receive a printed schedule of trial dates upon final selection of the jury."

SO ORDERED.

Dated: Brooklyn, New York
   February 07, 2011

<u>/S/ Nicholas G. Garaufis</u>
NICHOLAS G. GARAUFIS
United States District Judge