

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 1, 2011

By ECF

George Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

      Re:  United States v. Vincent Basciano
            Criminal Docket No. 05-060 (NGG)

Dear Mr. Goltzer:

      Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the government requests that the defendant provide to the government a written summary of testimony the defendant intends to elicit from Dr. Thomas J. Reidy, PhD. at trial under Rules 702, 703 and 705 of the Federal Rules of Evidence.  The summary should describe the witness's opinions, the bases and reasons for those opinions, and the witness' qualifications.

                           Sincerely,

                           LORETTA E. LYNCH
                         UNITED STATES ATTORNEY

             By:     /s/
                  Taryn A. Merkl
                  Nicole Argentieri
                  Jack Dennehy
                  Stephen E. Frank
                  Assistant U.S. Attorneys

cc: Clerk of the Court (NGG) (by ECF)