**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

March 2, 2011

Taryn Merkl, Esq.
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Via ECF and By Hand

Re: *United States v. Vincent Basciano,* 05 Cr. 60 (NGG)

Dear Ms. Merkl:

Please accept this letter as a supplemental discovery request in connection with your office's recent Rule 16 disclosure of CART reports and Title III recordings of Mancuso/Cetta.

The tape recordings are virtually inaudible. Please provide the defense with a copy of any enhancements used or to be used by your office to prepare transcripts. We request copies of all enhanced tapes, whether or not you intend to offer them in evidence, so we may have a proper context for any portions of the tapes you intend to offer into evidence. In addition, please provide a copy of the pertinent eavesdropping order and application for the order.

With respect to the CART report, please provide the telephone number and carrier of the alleged Pizzolo phone (see Bates # 10156) so that we may subpoena pertinent records or, of you have copies of the records, please provide unredacted copies thereof. Thank you for your attention to these issues.

Very truly yours,

George R. Goltzer

GRG/ms