**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

March , 2011

Taryn Merkl, Esq.
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Via ECF

Re: *United States v. Vincent Basciano,* 05 Cr. 60 (NGG)

Dear Ms. Merkl:

 Please accept this letter as a supplemental discovery request pursuant to Rule 16, F.R. Cr. Pro.  Please provide the defense with all surveillance reports of Special Agent Daniel Parish and other agents who surveilled the Casablanca Restaurant on June 2, 2002.  The reports we seek should reflect, among other things, the people and automobiles identified by law enforcement.  Thank you for your attention to this matter.

    Very truly yours,

    George R. Goltzer

GRG/ms