**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

March 10, 2011

Taryn Merkl, Esq.
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Via ECF and By Hand

Re: *United States v. Vincent Basciano,* 05 Cr. 60 (NGG)

Dear Ms. Merkl:

    Please accept this letter as a supplemental discovery request in connection with your office's recent Rule 16 disclosure of Title III recordings of Mancuso/Cetta, MCC 11 South prisoner rosters, and a prior unanswered request contained in ECF document 755.

    Since the enhanced Mancuso/Cetta tape is inaudible, we request any document or report, including but not limited to notes or reports of the encounter between the participants to the conversation, pertinent line sheets and FBI 302's.

    The MCC 11 South roster provided to the defense by your office contains several redactions, making it impossible to properly compare the names to those on your witness list. Please provide an unredacted copy of the roster or the name of the "list" witness.

    We renew our request for documents contained in ECF document and pertaining to Louis Kasman. Thank you for your attention to these matters.

Very truly yours,

George R. Goltzer

GRG/ms