**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

March 10, 2011

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
**By Hand and ECF**

Re: *United States v. Vincent Basciano*; 05 Cr. 60 (NGG)

Dear Judge Garaufis:

      Please accept this letter as a request for court intervention with respect to the MCC's refusal to permit Mr. Basciano to be visited by more than one adult at a time. We request that the Court cause the MCC to justify its decision and, if it fails to demonstrate that it is not a justified security measure, to direct visitation by multiple adults so that Mr. Basciano may be seen by more than one family member at a time.

      The defense believes that the visitation restriction at issue is really a punitive measure, not directed toward legitimate security concerns. After all, Mr. Basciano was permitted visits from multiple adults at the MDC for at least three years. Mr. Basciano's social visits are already restricted in number and contemporaneously monitored by law enforcement. The current restriction, we respectfully suggest, is at best irrational and at worst vindictive for reasons stated in earlier correspondence concerning conditions of confinement. We also renew our request that Mr. Basciano be returned to MDC. Thank you for your consideration. We remain

      Respectfully,

      George R. Goltzer
      Richard D. Jasper
      Ying Stafford

cc: Taryn Merkl, A.U.S.A.