

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

TM:NMA
F#.2005R00060

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 14, 2011

**By Federal Express**

George R. Goltzer, Esq. *(Att'y for V. Basciano)*
200 West 57th Street
Suite 900
New York, NY 10019

    Re:  United States v. Vincent Basciano, et al.
       Criminal Docket No. 05-060 (NGG)

Dear Counsel:

    Pursuant to your discovery request of March 2011 for all surveillance reports of Special Agent Daniel Parish and other agents who performed surveillance on Casablanca restaurant on June 2, 2002, the government is not aware of materials responsive to your request.

    Pursuant to your discovery request dated March 10, 2011, the government attaches the monitoring log for the Mancuso recordings, bates-numbered 10157-10179.  With regard to your request for an unredacted MCC 11 South roster, please provide the bates-numbers of the relevant materials.

    Pursuant to your follow-up discovery request in regard to your August 19, 2009 for materials related to Lewis Kaplan, contrary to your assertion, the government previously responded to this request on August 20, 2009 (<u>see</u> Docket No. 763).  The government directs you to its previous disclosure dated July 16, 2008, which is also attached.

    Finally, also enclosed is a compact disc containing surveillance of the Aquarius Club, dated July 1, 1999, bates numbered 10180.

Please contact this Office with any questions you may have.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By: _____
    Taryn A. Merkl
    Nicole M. Argentieri
    Jack Dennehy
    Stephen Frank
    Assistant U.S. Attorneys
    (718) 254-6064/6232/6133/6143

Attachments