

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM:SEF
F#.2005R00060

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 18, 2011

**By Federal Express**

George R. Goltzer, Esq. *(Att'y for V. Basciano)*
200 West 57th Street
Suite 900
New York, NY 10019

      Re:    United States v. Vincent Basciano, et al.
            Criminal Docket No. 05-060 (NGG)

Dear Counsel:

      This letter is in further response to your request for all surveillance reports of Special Agent Daniel Parrish and other agents who performed surveillance on Casablanca Restaurant on June 2, 2002.

      Enclosed herewith at Bates numbers 10181-10195 are logs of a surveillance conducted on June 1, 2002, as well as three DVDs labeled "Surveillance Video taken on 6/1/02 at CasaBlanca." This June 1 surveillance terminated at approximately 1 a.m. on June 2, 2002.

      Please contact this Office with any questions you may have.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

      By:    /s Taryn A. Merkl
            Taryn A. Merkl
            Nicole M. Argentieri
            Jack Dennehy
            Stephen Frank
            Assistant U.S. Attorneys
            (718) 254-6064/6232/6133/6143

Enclosures