```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3                   Plaintiff,

                                         05 CR 060
 4


 5           versus            United States Courthouse
                               225 Cadman Plaza East
 6                             Brooklyn, N.Y.  11201
     VINCENT BASCIANO,

 7
                     DEFENDANT.
 8
     ------------------------------------x
 9
                                    March 18,  2011
10                                  9:30 a.m.
             TRANSCRIPT OF JURY SELECTION
11   Before:  HON. NICHOLAS G. GARAUFIS,
                               DISTRICT COURT JUDGE
12
                         APPEARANCES
13
     LORETTA LYNCH
14   United States Attorney – Eastern District of New York
     One Pierrepont Plaza
15   Brooklyn, New York  11201
             TARYN MERKL, ESQ.
16           NICOLE ARGENTIERI, ESQ.
             STEPHEN FRANK, ESQ.
17           JACK DENNEHY, ESQ.
     Assistant United States Attorneys
18

19   ATTORNEY FOR DEFENDANT:

20   GEORGE GOLTZER, ESQ.
     RICHARD JASPER, ESQ.
21   YING STAFFORD, ESQ.

22   Reporter:  ALLAN R. SHERMAN, CSR, RPR
                225 Cadman Plaza East Rm 374
23              Brooklyn, New York  11201
                Tel: (718) 613-2529  Fax: (718) 613-2630
24

25   Proceedings recorded by mechanical stenography, transcription
     by CAT.
```

| | |
|---|---|
| 1 | THE CLERK:  Criminal cause on trial, United States |
| 2 | of America versus Basciano. |
| 3 | Appearances. |
| 4 | MS. MERKL:  For the government, Taryn Merkl and Jack |
| 5 | Dennehy. |
| 6 | MR. GOLTZER:  For the defendant, Richard Jasper, |
| 7 | George Goltzer, Ying Stafford and Beth Bochnak for Mr. |
| 8 | Basciano. |
| 9 | THE COURT:  And Mr. Basciano is present. |
| 10 | Please be seated, everybody. |
| 11 | This is regarding juror 268.  The defendant moves to |
| 12 | strike juror 268 for cause on the ground that her |
| 13 | self-purported hearing difficulties could substantially impair |
| 14 | her ability as a juror. |
| 15 | The Court does not believe that this juror's |
| 16 | condition will in any way impair her ability to serve as a |
| 17 | juror in this case. |
| 18 | Juror 268 represented that she has difficulty with |
| 19 | her hearing in her left ear.  She told the Court that it quote |
| 20 | "It's kind of like I have severe hearing loss at certain |
| 21 | levels.  It's not so much that I don't hear, it's that |
| 22 | sometimes I don't hear properly and I don't know that I'm |
| 23 | missing things, "end quote however juror 268 represented that |
| 24 | she did not miss anything during her long and complex |
| 25 | discussion with the Court. |

1       Juror 268 said that she quote, "Would be more

2  concerned in terms of maybe like jury deliberation," end

3  quote.

4       Juror 268 provided the Court with her prescriptions

5  for three drugs.  The Court is not aware of any reasons why

6  these drugs would impair the jury's ability to serve.

7       Furthermore, the Court notes that the juror will

8  have completed taking one of these drugs, the steroid, by the

9  time this trial starts.

10      Although juror 268 also provided the Court with an

11 audiologist's report, she did not provide any documentation

12 which included a doctor's opinion as to whether or not she

13 could serve.

14      The Court notes that juror 268 never showed any

15 signs that she had difficulty hearing the Court during an

16 in-depth voir dire.  The voir dire lasted over 30 minutes and

17 during this time I was speaking at varying volume levels and

18 was seated at approximately the same distance from the juror

19 as witnesses and attorneys will be at trial.

20      Juror 268 was able to provide thoughtful answers to

21 all of my questions which demonstrated that she fully

22 comprehended everything that I said.

23      From this questioning the Court is satisfied that

24 juror 268 will be able to serve effectively as a juror at

25 trial and in deliberations.

1          The Court further notes that if this juror

2   experiences difficulty hearing at any time during the trial,

3   the Court is prepared to take steps to accommodate her.

4          Furthermore, all transcripts and instructions will

5   be made available to jurors in the deliberation room which

6   will insure that all jurors can review testimony and clarify

7   information as needed.

8          Finally, because the jury room is small and

9   discussions will be in close quarters, the Court sees no

10  reason why jury deliberations will present any special problem

11  for this juror.  The defense motion to exclude this juror is

12  denied.

13         I also will inquire of this juror should she be

14  selected as either a juror or an alternate that she advise the

15  Court if at any time she has a problem hearing any of the

16  proceedings.

17         (Prospective jurors enter the courtroom.)

18         THE COURT:  Please be seated.

19         Good morning, ladies and gentlemen.

20         Before we begin with individual questioning of each

21  of you based on your responses in the questionnaire, let me

22  just remind you of the following.

23         As I instructed you before, it is extremely

24  important that you follow my instruction that you not discuss

25  this case with anyone, not your family, friends or business

1      associates and not other jurors.  Please refrain from

2      discussing any aspects of this case while you are waiting in

3      the jury room today or at any point throughout this trial.

4              In addition, you must not read, listen to, watch or

5      access on the internet any accounts of this case nor research

6      or seek outside information about any aspect of the case or

7      the parties to the case.

8              Please do not communicate with anyone about the case

9      on your cell phone, through E-mail, Blackberry, I-Phone, text

10     messages or on Twitter, through any blog or website, through

11     any internet chat room or by any other social networking

12     websites, including Facebook, Linked-In and YouTube.

13             The parties and the Court deeply appreciate your

14     adherence to these instructions in a strict sense and that you

15     continue to follow these instructions until the case is over.

16             So, is juror number 288 here?

17             A PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Juror number 288 will remain and take

19     the first seat in the first row where the microphone is.  All

20     other jurors may now retire to the jury room until they are

21     called in.

22             Thank you very much for your attention.

23             All rise.

24             (Prospective jurors leave the courtroom except for

25     juror 288).

1          THE COURT:  Please be seated.

2          You're juror number 288?

3          A PROSPECTIVE JUROR:  Yes.

4          THE COURT:  And I remind you that you are still

5    under oath.

6          Between the time filled out this questionnaire and

7    today, have you read, heard or learned anything about this

8    case?

9          A PROSPECTIVE JUROR:  No.

10         THE COURT:  You indicated that you are a collection

11   specialist, is that right?

12         A PROSPECTIVE JUROR:  Yes.

13         THE COURT:  And you've been working for the same

14   company for 23 years?

15         A PROSPECTIVE JUROR:  24.

16         THE COURT:  It's 24.

17         Okay.

18         You put 23 down here.  So now it's 24.  And you are

19   employed full-time?

20         A PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Your husband is retired?

22         A PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And you indicated that in answer to this

24   question:  Do you have an unusual financial hardship, other

25   serious problem that would prevent you from serving as a juror

1    in this case.

2              You checked off yes, and you said my salary is most

3    of what me and my husband live on.  Not sure how long my job

4    pays full salary for jury duty.

5              Did you find out between then and now?

6              A PROSPECTIVE JUROR:  Yes, I believe they pay full

7    as long as the case lasts.  I don't know.  I didn't go into

8    months or whatever but normal jury duty they pay.

9              THE COURT:  Do you work for -- don't tell me who you

10   work for -- but do you work for a large company or a small

11   company?

12             A PROSPECTIVE JUROR:  Large.

13             THE COURT:  Now, you indicated that you sat on two

14   juries, trial juries.  One is a criminal trial.  You indicated

15   that the jury reached a verdict.

16             Is that correct?

17             A PROSPECTIVE JUROR:  Yes, it was a long time ago.

18             THE COURT:  Did you deliberate with the jury on the

19   verdict?  Were you one of the 12 jurors?

20             A PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Also you stated that in 2004 you were a

22   juror in a civil case involving a car accident, is that right?

23             A PROSPECTIVE JUROR:  Yes.

24             THE COURT:  And that jury also deliberated to a

25   verdict?

1     A PROSPECTIVE JUROR:  I think they came to a

2   settlement or something.

3     THE COURT:  I see.

4     So you didn't reach a verdict because they had

5   settled?

6     A PROSPECTIVE JUROR:  Yes, I believe that was it.

7     THE COURT:  Is there anything about your prior jury

8   service that would impact your ability to be a fair and

9   impartial juror in this case?

10     A PROSPECTIVE JUROR:  No.

11     THE COURT:  You indicated that your husband was a

12   drug user and was convicted of robbery and you said drug

13   arrest?

14     A PROSPECTIVE JUROR:  Yes.

15     THE COURT:  And that he was sent to a correction

16   facility in 1969 and that you visited him at the detention

17   facility on Atlantic Avenue and Woodburne Correctional

18   Facility in 1969 and 1970?

19     A PROSPECTIVE JUROR:  Correct.

20     THE COURT:  Would your husband's experience with the

21   criminal justice system have any effect on your ability to be

22   fair and impartial in this case?

23     A PROSPECTIVE JUROR:  No.

24     THE COURT:  Do you believe your husband was treated

25   fairly by the criminal justice system?

1      A PROSPECTIVE JUROR:  Yes and no.

2      THE COURT:  Tell me the no part?

3      A PROSPECTIVE JUROR:  He was involved in the riots

4  and he was hit over the head and they were locked up and for

5  about a month or two couldn't have any visitors.  They were

6  treated kind of bad.

7      THE COURT:  What riots were these?

8      A PROSPECTIVE JUROR:  On Atlantic Avenue.

9      THE COURT:  There were riots on Atlantic Avenue?

10      A PROSPECTIVE JUROR:  Yes.

11      THE COURT:  In 1969?

12      A PROSPECTIVE JUROR:  Yes, I believe it was '69.

13  It's far back but yes, there was a riot.

14      THE COURT:  Were these riots in connection with the

15  Vietnam War?

16      A PROSPECTIVE JUROR:  No, these were just -- I don't

17  know what it is but he got cracked over the head.  Then they

18  were locked up and we couldn't see him until I don't remember,

19  a month, two months.

20      THE COURT:  Were you married to him at the time?

21      A PROSPECTIVE JUROR:  Yes, we were married.

22      THE COURT:  So --

23      A PROSPECTIVE JUROR:  So that was kind of a bad

24  experience.

25      THE COURT:  With the police or with the -- with the

1  prosecutors?

2          A PROSPECTIVE JUROR:  The way he was treated.

3          THE COURT:  Or with the --

4          A PROSPECTIVE JUROR:  I mean the stories he told

5  about when they were locked up.

6          THE COURT:  Okay.

7          Do you think that that would have any effect on your

8  ability to fairly and impartially consider the testimony of

9  law enforcement witnesses?

10         A PROSPECTIVE JUROR:  No.

11         THE COURT:  You answered this question as follows:

12         Do you have any religious, philosophical, moral or

13 other belief that might make you unable to render a guilty

14 verdict?

15         You checked off yes and you explain:  I do not feel

16 I can give a decision that might give someone the death

17 penalty.

18         Is that right?

19         A PROSPECTIVE JUROR:  I don't know if I can do that.

20         THE COURT:  Well, let me proceed to discuss with you

21 your views on the death penalty and get into it a little

22 further.

23         You said regarding your views on the death penalty:

24 I don't know if I can give the verdict of death penalty except

25 if the person committed a very violent, hideous, intentional

1    murder or mass murder.

2              You seem to be troubled.

3              Tell me why?

4              A PROSPECTIVE JUROR:  I don't know, I don't know if

5    I can -- I don't know if I can give that verdict.  I'm not

6    sure.  I never had to and I just -- it does, it makes me

7    nervous.

8              THE COURT:  It makes you nervous.  Why do you think

9    you are nervous about this?

10             A PROSPECTIVE JUROR:  I don't know.  This whole

11   thing is giving me anxiety.

12             THE COURT:  How does the anxiety present itself?  In

13   other words, what -- you have anxiety, what is the result of

14   the anxiety?

15             Is there anything special that the anxiety results

16   in?

17             A PROSPECTIVE JUROR:  Yeah, I mean, I don't know, at

18   night sometimes I can't think sleeping thinking about if I'm

19   going to be on this.  I would have to hear the trial maybe.  I

20   don't know if I can just say death penalty.

21             THE COURT:  Can we have a sidebar.

22             MS. MERKL:  Yes, your Honor.

23             (Whereupon, the following took place at the

24   sidebar.)

25             THE COURT:  At this stage I would go into a whole

```
 1   discussion about the trial, the two phases of the trial and so

 2   forth but I'm wondering what your views are about this juror's

 3   statements and demeanor and whether she would be an

 4   appropriate juror for this case.

 5             MS. MERKL:  We would move to strike this juror for

 6   cause.  She is visibly nervous, keeps closing her eyes which

 7   is causing the government a lot of concern.

 8             She has very a closed body language and the fact

 9   that she is already having sleepless nights or anxiety over a

10   case where she hasn't begun the jury selection, the government

11   doesn't see how she can serve.

12             MR. JASPER:  I agree.  Just watching her right now,

13   she seems to be in a lot of turmoil.

14             MR. GOLTZER:  I think the riots and her husband

15   being in jail, and he got locked down, affects her ability.

16   That is my understanding.

17             THE COURT:  I was out of town that week.

18             Thank you.

19             (End of discussion at sidebar.)

20             THE COURT:  We don't have any more questions for

21   you.

22             Mr. Reccoppa will tell you what to do next.

23             You have a nice day.

24             (Whereupon, a prospective juror exits the

25   courtroom.)
```

1    THE COURT:  There is a motion to strike the juror

2    for cause?

3    MS. MERKL:  Yes, your Honor, the government and the

4    defense I believe consent that this juror should be struck for

5    cause.  She is extremely anxious about sitting on a case of

6    this type as demonstrated by her courtroom demeanor and her

7    reluctance to answer the court's questions.

8    THE COURT:  And the defense consents?

9    MR. JASPER:  Yes, your Honor.

10    THE COURT:  Juror 288 is struck for cause on

11    consent.

12    We're going to go to 289.  Then we'll go back to

13    255.

14    289 isn't here.

15    292 then is next.

16    The next one will be 292.

17    MS. MERKL:  Your Honor, I would just note with

18    regard to this juror that she indicated in question 58 that

19    she has a problem with the charges and wrote in that she is

20    scared and doesn't think she can handle hearing the details of

21    this trial.

22    In addition, with regard to her views vis-a-vis the

23    death penalty, she stated that she is anti-death penalty

24    because of her religion and moral fiber.

25    So we want to draw the Court's attention to those

Juror 292

1    things because it may expedite and we have a lot of jurors

2    remaining.

3            (Whereupon, a prospective juror entered the

4    courtroom.)

5            THE COURT:  You are juror 292?

6            A PROSPECTIVE JUROR:  Yes.

7            THE COURT:  And let me ask you between the time you

8    filled out the questionnaire and this morning, have you heard,

9    read, learned or been told anything about in case?

10           A PROSPECTIVE JUROR:  Yes, I have.

11           THE COURT:  Tell me what it is?

12           A PROSPECTIVE JUROR:  I just red something in the

13   paper.

14           THE COURT:  What did you read?

15           A PROSPECTIVE JUROR:  I can't remember, something

16   about, something about a tie.

17           THE COURT:  About a tie?

18           A PROSPECTIVE JUROR:  Yes.

19           THE COURT:  Is that it?

20           A PROSPECTIVE JUROR:  Yes, nothing, just a small

21   blush.

22           THE COURT:  Do you know what paper it was?

23           A PROSPECTIVE JUROR:  Daily News.

24           THE COURT:  From now on, as I told you, please don't

25   read anything.  If anyone says I think you are on this case,

1    tell them the judge told you you are not to discuss it, you

2    are not to be told anything.

3            Be polite but firm.

4            A PROSPECTIVE JUROR:  Yes.

5            THE COURT:  Thank you.

6            Now, you indicated that you've been with the same

7    employer for 29 years, is that right?

8            A PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Is there without telling me who it is,

10   is this a government agency or is this a private employer?

11           A PROSPECTIVE JUROR:  It's a not for profit.

12           THE COURT:  And you do finance?

13           A PROSPECTIVE JUROR:  I pay the payroll.

14           THE COURT:  You do the payroll.

15           Very well.

16           You answered this question:  The defendant is

17   charged with conspiring to murder in aid of racketeering,

18   murder in aid of racketeering and possessing a firearm in

19   connection with the murder and murder conspiracy.  Is there

20   anything about the nature of these charges in and of

21   themselves that would interfere with your ability to fairly

22   decide this case impartially in accordance with the

23   instructions of the Court?

24           You checked off yes and you said:  All the above

25   scared the wits out of me.  I don't think I could handle

1    hearing the details of this trial.

2              Is that your feeling?

3              A PROSPECTIVE JUROR:  Yes, I'm very stressed out

4    about this.

5              THE COURT:  How does the stress manifest itself in

6    you?

7              A PROSPECTIVE JUROR:  Internally.  I can't sleep.

8    Ever since I heard about this case, I've been like really

9    stressed out and just the thought of being on this case

10   affects my stomach and my sleep pattern.

11             THE COURT:  Do you think that this stress would

12   interfere with your ability to listen to and evaluate the

13   evidence as to the guilt or innocence of the defendant?

14             A PROSPECTIVE JUROR:  Yes.

15             THE COURT:  I'll just ask you a couple of other

16   questions.

17             In describing your views on the death penalty, you

18   said I do not believe in the death penalty.  My religious

19   beliefs, believe that God is the only one who can decide who

20   lives or dies.

21             Is that your view?

22             A PROSPECTIVE JUROR:  Yes, it is.

23             THE COURT:  Are there any exceptions to that true?

24             A PROSPECTIVE JUROR:  Not really.  I mean, it's just

25   -- I just can't see myself being the person to say who could

1  live or die and it's not in my beliefs that a human being

2  should do that.  That is something God decides.

3         THE COURT:  Are there other questions?

4         MS. MERKL:  No, your Honor.

5         MR. JASPER:  No.

6         THE COURT:  I want to thank you for coming in.

7         You have a nice day.

8         Mr. Reccoppa will tell you what to do next.

9         (Whereupon, a prospective juror exits the

10  courtroom.)

11         THE COURT:  Is there a motion?

12         MS. MERKL:  Yes, your Honor, the government moves to

13  excuse this juror for cause, both due to her inability to

14  evaluate the evidence in the case due to her anxiety and with

15  regard to her substantial impairment with regard to the death

16  penalty.

17         MR. GOLTZER:  No objection.

18         THE COURT:  The juror is struck, number 292, on the

19  consent of the parties.  She is substantially impaired.

20         Juror number 255.

21         Tell me when you are ready because we are taking

22  that one out of turn.

23         Are we all set?

24         MR. GOLTZER:  Yes, judge.

25         THE COURT:

Juror 255

1      (Whereupon, a prospective juror entered the

2 courtroom.)

3      THE COURT:  Please be seated.  You are juror

4 number 255?

5      A PROSPECTIVE JUROR:  Yes, sir.

6      THE COURT:  You remind you that you are still under

7 oath.

8      And let me ask you since you filled out the

9 questionnaire, have you read or learned or been told anything

10 about this case?

11      A PROSPECTIVE JUROR:  No, sir.

12      THE COURT:  You indicated that you've been employed

13 with the same employer for the last 21 years, is that right?

14      A PROSPECTIVE JUROR:  Yes.

15      THE COURT:  What kind of work do you do?  Don't tell

16 he me who you work for just what kind of work?

17      A PROSPECTIVE JUROR:  Outdoors.

18      THE COURT:  Do you work for a private employer or a

19 public employer?

20      A PROSPECTIVE JUROR:  A public.

21      THE COURT:  You indicated that you had prior

22 experience as a member of a trial jury in a criminal case back

23 in 2005 or 2006?

24      A PROSPECTIVE JUROR:  Yes.

25      THE COURT:  And the case involved an assault.  Let

1   me just ask you this, without telling me what the verdict was,

2   did the jury reach a verdict?

3            A PROSPECTIVE JUROR:  Yes.

4            THE COURT:  Were you one of the jurors who

5   deliberated to a verdict?

6            A PROSPECTIVE JUROR:  Yes.

7            THE COURT:  You answered the following question:  Do

8   you believe there are such entities as organized crime

9   families, La Cosa Nostra the mob or the Mafia?

10           A PROSPECTIVE JUROR:  Yes.

11           THE COURT:  You do?

12           A PROSPECTIVE JUROR:  Yes.

13           THE COURT:  You put down no here.  Was that a

14   mistake?

15           A PROSPECTIVE JUROR:  Maybe it was.  Yes, it was

16   because I heard different stories in the past.

17           THE COURT:  When you say you heard different

18   stories?

19           A PROSPECTIVE JUROR:  I mean if it's true or not.

20           THE COURT:  Is that from like watching --

21           A PROSPECTIVE JUROR:  My opinion, no, I don't

22   believe.

23           THE COURT:  You don't believe there is a Mafia?

24           A PROSPECTIVE JUROR:  No.

25           THE COURT:  But you heard stories that there is a

1    Mafia?

2              A PROSPECTIVE JUROR:  Yes, through the movies.

3              THE COURT:  But you don't think those are accurate?

4              A PROSPECTIVE JUROR:  No, it's fiction.

5              THE COURT:  Now, I have a few questions for you on

6    your views on the death penalty.

7              You were asked to explain your views.  You said:  If

8    the defendant is found to be guilty of the death penalty, then

9    it should stand since it is the law.  I have no opinion on the

10   death penalty at all.

11             What is your view about the imposition of the death

12   penalty for an intentional and deliberate murder?

13             A PROSPECTIVE JUROR:  It depends on the crime, what

14   kind of a crime it was.

15             THE COURT:  Well, in this case the defendant is

16   accused of the intentional and deliberate murder of an

17   individual.  He is accused of conspiracy to commit the murder

18   and a weapons charge in connection with the other two charges.

19   And the way the case will go forward is that the first phase

20   of the case is like any other criminal case.  The government

21   has the burden of proving that the defendant is guilty of the

22   crimes beyond a reasonable doubt.  They will present evidence

23   to the jury that they believe will prove that the defendant is

24   guilty.  The defendant never has any responsibility of any

25   kind to prove that he is innocent because in our system of

1    justice, the defendant is deemed to be innocent of all the

2    charges until and until the government proves him guilty

3    beyond a reasonable doubt.

4           So the defendant has no obligation to testify or to

5    present any evidence and the burden is always on the

6    government.

7           Do you understand that?

8           A PROSPECTIVE JUROR:  Yes.

9           THE COURT:  And I will instruct the jury that the

10   jury can't hold it against the defendant in any way that the

11   defendant did not participate in the trial.

12          Do you understand that?

13          A PROSPECTIVE JUROR:  Yes.

14          THE COURT:  So if the jury returns a verdict of

15   intentional and deliberate murder of an individual, at that

16   point the jury will come back and there will be a second part

17   of the trial.  The second part of the trial will be what is

18   called the penalty phase.

19          At that point the defendant has already been found

20   guilty of intentional and deliberate murder and in the penalty

21   phase the jury will have to decide what the penalty should be.

22   The normal penalty for that crime is life in prison without

23   the possibility of release.  But in this case the government

24   is asking the jury, as it's entitled to, is asking the jury to

25   impose a more severe penalty which is the death penalty.

```
1            Do you understand that?

2            A PROSPECTIVE JUROR:  Yes.

3            THE COURT:  The government's burden is to provide

4    evidence to the jury that proves beyond a reasonable doubt

5    that the death penalty is the only appropriate sentence.  And

6    what the government must do is provide what is called

7    aggravating factors, information about the background,

8    activities, record of the defendant that it believes will

9    prove to all 12 jurors beyond a reasonable doubt that the

10   defendant should receive the death penalty.

11           The defense has the right if it wishes to present

12   what is called mitigating factors, evidence of the defendant's

13   background and circumstances that it will argue justify the

14   sentence of life without the possibility of release and will

15   counterbalance any evidence the government puts forward of

16   aggravating factors.

17           So there is going to be a weighing process in the

18   second stage of the trial.

19           Do you understand that?

20           A PROSPECTIVE JUROR:  Yes, I do.

21           THE COURT:  Now, do you believe that you could

22   fairly and impartially consider the evidence in the penalty

23   phase, the aggravating factors and the mitigating factors and

24   decide for yourself what the penalty should be?

25           A PROSPECTIVE JUROR:  Yes, I do.
```

1      THE COURT:  Is there any kind of deliberate and

2   intentional murder for which a defendant should always receive

3   the death penalty?

4      A PROSPECTIVE JUROR:  No.

5      THE COURT:  Well, if you learned that the defendant

6   had already been convicted of a separate intentional murder,

7   would you be able to consider the mitigating evidence and

8   impose a sentence of life without the possibility of release?

9      A PROSPECTIVE JUROR:  Yes.

10      THE COURT:  If you learned that the defendant had

11   planned at some point to murder a law enforcement officer but

12   the plan had never gone forward and the government presented

13   the information about the plan, would you always impose the

14   death penalty for this crime in that situation?

15      A PROSPECTIVE JUROR:  I suppose so, yes.

16      THE COURT:  Would you consider mitigating factors

17   that might counterbalance the information about the plan to

18   kill the law enforcement officer?

19      A PROSPECTIVE JUROR:  Yes.

20      THE COURT:  Is it possible that the mitigating

21   factors would be sufficient that you would impose a penalty of

22   life without the possibility of release?

23      A PROSPECTIVE JUROR:  Yes.

24      THE COURT:  If you were informed at the penalty

25   phase that the defendant was already serving a life sentence

1  without the possibility of release for another murder, would

2  you always impose the death penalty for this intentional

3  murder?

4          A PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Why?

6          A PROSPECTIVE JUROR:  Well, it depends what the

7  person did, what type of crime really.

8          THE COURT:  It's an intentional murder.  Would you

9  want to know the circumstances of the intentional murder or

10 does it matter?

11         A PROSPECTIVE JUROR:  The evidence really, all the

12 evidence combined.

13         THE COURT:  Let me ask you if you learned -- is

14 there --

15         MR. JASPER:  No further questions.

16         THE COURT:  No further questions?

17         MS. MERKL:  No, your Honor.

18         THE COURT:  Have a nice day.

19         Mr. Reccoppa will tell you what to do next.

20         (Whereupon, a prospective juror exits the

21 courtroom.)

22         THE COURT:  Is there a motion?

23         MR. JASPER:  Yes, your Honor, we move to strike for

24 cause this particular juror.

25         MS. MERKL:  The government consents.

1          THE COURT:  Juror number 255 is struck on consent of

2    the parties because he is substantially impaired.

3          MR. JASPER:  Correct, your Honor.

4          296 is next.

5          (Whereupon, a prospective juror entered the

6    courtroom.)

7          THE COURT:  Please be seated.

8          You are juror number 296?

9          A PROSPECTIVE JUROR:  Yes.

10         THE COURT:  And I remind you that you are still

11   under oath.

12         Let me ask you since you filled out the

13   questionnaire have you learned or read or been advised of

14   anything about the case?

15         A PROSPECTIVE JUROR:  I read a Daily News article.

16         THE COURT:  What was that about?

17         A PROSPECTIVE JUROR:  The tie.

18         THE COURT:  The tie.

19         Is there anything -- do you recall anything in the

20   article other than the discussion of the tie?

21         A PROSPECTIVE JUROR:  Not really.

22         THE COURT:  Now, you say that you worked for the

23   last nine and a half years basically for -- I can't read it.

24         What kind of work do you do?  Don't tell me who you

25   work for.

1            A PROSPECTIVE JUROR:  I work in civil rights.

2            THE COURT:  Is this a not-for-profit organization?

3            A PROSPECTIVE JUROR:  Yes, it is.

4            THE COURT:  Are you a lawyer?

5            A PROSPECTIVE JUROR:  No, I'm not.

6            THE COURT:  Before that, what did you do?

7            A PROSPECTIVE JUROR:  I worked at a foundation.

8            THE COURT:  At a foundation?

9            A PROSPECTIVE JUROR:  Yes.

10            THE COURT:  How long did you do that?

11            A PROSPECTIVE JUROR:  A little over two years.

12            THE COURT:  What did you do for the foundation?

13            A PROSPECTIVE JUROR:  I worked in public affairs.

14            THE COURT:  You indicated that in answer to this

15   question:  Have you taken any courses or worked in the field

16   of drug abuse counseling, law, criminal justice, criminology

17   or other related areas, you said yes, and you explained:

18   Courses in constitutional law, work in public interest.  I

19   have knowledge of law and criminal justice.

20            Is that correct?

21            A PROSPECTIVE JUROR:  It is correct.

22            THE COURT:  Now, in this case the Court is going to

23   instruct the jury as to what the law is and will tell the jury

24   that the only law that the jury is permitted to consider and

25   apply it is law as the jury gets it from the Court.

1            Would you be able to set aside any knowledge or

2    perception of the law that you have that might be in conflict

3    with the instructions of the Court and only follow the

4    instructions of the Court?

5            A PROSPECTIVE JUROR:  I would do the best of my

6    ability.

7            THE COURT:  Do you think there might be a situation

8    where you might have views on what the law is where you just

9    disagree with the Court and think the Court is wrong?

10           A PROSPECTIVE JUROR:  There may be a possibility.

11           THE COURT:  Any questions?

12           MS. MERKL:  No, your Honor.

13           MR. JASPER:  No, judge.

14           THE COURT:  I'd like to thank you for coming in.

15           Mr. Reccoppa will tell you what to do next.

16           (Whereupon, the prospective juror exits the

17   courtroom.)

18           THE COURT:  Is there a motion?

19           MS. MERKL:  Yes, your Honor.

20           The government will move to excuse this juror for

21   cause given her work in the public interest field involving

22   areas of criminal justice and law.  She indicated that she

23   would not necessarily be able to put aside her views of the

24   law and there is a possibility that her own view of what the

25   laws are would influence the jury's decision.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1           She indicated various biases in her written

2    questionnaire including a bias or prejudice against the

3    defendant, question 122.  Based on the totality of the record

4    as to this juror, we believe she should be excused for cause.

5           MR. JASPER:  No objection.

6           THE COURT:  Juror 296 is struck.  She is

7    substantially impaired.

8           And that is on consent.

9           298.

10          (Whereupon, a prospective juror entered the

11   courtroom.)

12          THE COURT:  Please be seated, sir.

13          You are juror number 298, is that correct?

14          A PROSPECTIVE JUROR:  Correct.

15          THE COURT:  I remind you that you are still under

16   oath.

17          Let me ask you as a preliminary matter, since you

18   filed out the questionnaire, have you seen, heard or been told

19   anything about this case?

20          A PROSPECTIVE JUROR:  No.  I mean I've seen things

21   on the internet.

22          THE COURT:  What have you seen on the internet?

23          A PROSPECTIVE JUROR:  Just that it was jury

24   selection.

25          THE COURT:  How did you -- what were the

Juror 298

1   circumstances of learning this on the internet?

2            A PROSPECTIVE JUROR:  I don't recall how I got to

3   that to be honest with you but I did see something about it.

4            THE COURT:  Are there certain general websites that

5   you review on any kind of regular basis, when you turn on the

6   computer?

7            A PROSPECTIVE JUROR:  Yes, MSN, Yahoo, et cetera.

8            THE COURT:  So how did you come across this is my

9   question?

10           A PROSPECTIVE JUROR:  I honestly don't recall.  It

11  was about a month or so ago.  It was right after the initial.

12           THE COURT:  Did you do a search?

13           A PROSPECTIVE JUROR:  No.

14           THE COURT:  It just happened to be on the website?

15           A PROSPECTIVE JUROR:  That's correct.

16           THE COURT:  Okay.

17           And if you can recall, what did the posting or

18  article say about this case?

19           A PROSPECTIVE JUROR:  Just that it was jury

20  selection for a trial.

21           THE COURT:  Did it discuss anything about the

22  defendant?

23           A PROSPECTIVE JUROR:  Yes.

24           THE COURT:  What did it discuss?

25           A PROSPECTIVE JUROR:  The fact that it was his

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Juror 298

1    second trial.

2            THE COURT:  Second trial?

3            A PROSPECTIVE JUROR:  Well, subsequent trial.

4            THE COURT:  From what?

5            A PROSPECTIVE JUROR:  I'm sorry?

6            THE COURT:  Subsequent trial?

7            A PROSPECTIVE JUROR:  For this individual.

8            THE COURT:  You mean that he has been tried before?

9            A PROSPECTIVE JUROR:  Correct.

10           THE COURT:  Did it say what the result of the last

11   trial were?

12           A PROSPECTIVE JUROR:  Yes, it did.

13           THE COURT:  What did it say?

14           A PROSPECTIVE JUROR:  Conviction.

15           THE COURT:  Sidebar.

16           (Whereupon, the following took place at the

17   sidebar.)

18           THE COURT:  My concern is that I had to drag it out

19   of him and I think that he is substantially impaired because

20   he was keeping from the Court what he knew.

21           I would think that he may know even more and I'm not

22   sure about the truthfulness of his statements that he didn't

23   research it.

24           Does everyone agree he should be struck?

25           MR. JASPER:  Yes, your Honor.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Juror 298

1           MS. MERKL:  Yes, your Honor.

2           (End of discussion at sidebar.)

3           THE COURT:  Thanks very much for coming in.

4           Mr. Reccoppa will tell you what to do next.

5           (Whereupon, a prospective juror exits the

6    courtroom.)

7           THE COURT:  Is there a motion?

8           MR. JASPER:  Yes, your Honor, we move to strike this

9    particular juror for failure to follow the Court's

10   instructions and also substantial impairment.

11          THE COURT:  Very well.

12          Is that consented to?

13          MS. MERKL:  Yes, due to the news exposure, yes,

14   your Honor.

15          THE COURT:  Juror number 298 is struck for cause as

16   being substantially impaired.

17          MR. JASPER:  Judge, can I take a quick five minutes?

18          THE COURT:  I feel we're getting going.  We'll take

19   five minutes.

20          (Recess.)

21          THE COURT:  Juror number 300.

22          MR. JASPER:  Thank you, judge.

23          MS. MERKL:  Yes, judge.

24          (Whereupon, a prospective juror entered the

25   courtroom.)

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1    THE COURT:  Please be seated, ma'am.

2    You are juror number 300?

3    A PROSPECTIVE JUROR:  Yes, I am.

4    THE COURT:  I remind you that you are still under

5    oath?

6    A PROSPECTIVE JUROR:  Yes.

7    THE COURT:  Let me ask you since you filled out the

8    questionnaire, have you learned anything, read anything, been

9    told anything about the case?

10   A PROSPECTIVE JUROR:  Yes.

11   THE COURT:  What is that?

12   A PROSPECTIVE JUROR:  In the Daily News, I don't

13   know, two weeks ago, three weeks ago there was an article

14   about paper clips and the defendant.

15   THE COURT:  What did you learn if anything about the

16   defendant other than about the paper clips.

17   A PROSPECTIVE JUROR:  They had like a nickname or

18   something.  Then I remembered going back I don't know when,

19   something about being in prison and demanding certain things.

20   THE COURT:  You are remembered from something you

21   had read before you were even called for jury duty, is that

22   right?

23   A PROSPECTIVE JUROR:  Yes, but it didn't come to

24   mind until I read the article about the paper clips and there

25   was in parenthesis a nickname.  I can't even remember.  Then I

Juror 300

1   remember reading something prior to that, I don't remember

2   when but I was able to associate it.

3           THE COURT:  Shall we go forward?

4           MR. JASPER:  Yes, your Honor.

5           THE COURT:  Let's go forward.

6           I have a few extra questions for you based on your

7   questionnaire.

8           You are retired, correct?

9           A PROSPECTIVE JUROR:  Yes.

10          THE COURT:  What kind of work did you do?  Don't

11  tell me who you worked for.  When you were employed, what kind

12  of work did you do?

13          A PROSPECTIVE JUROR:  My last job before retirement?

14          THE COURT:  Yes.

15          A PROSPECTIVE JUROR:  School lunch helper.

16          THE COURT:  How long did you do that?

17          A PROSPECTIVE JUROR:  About 12 years.

18          THE COURT:  Before you did that, what kind of work

19  did you do?

20          A PROSPECTIVE JUROR:  Secretarial.

21          THE COURT:  You indicated that some friend or family

22  member is or was with the New York City Police Department?

23          A PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Was this a friend or a relative?

25          A PROSPECTIVE JUROR:  A lot of relatives.

1          THE COURT:  You have a lot of relatives?

2          A PROSPECTIVE JUROR:  I'm Irish American, a lot of

3    relatives.

4          THE COURT:  Happy St. Patrick's day?

5          A PROSPECTIVE JUROR:  I have a nephew, two uncles, I

6    think two first cousins.

7          THE COURT:  There are going to be a number of law

8    enforcement officers who testify in this case.  Will you be

9    able to be fair and impartial in considering their testimony

10   in the same way you would consider the testimony of any juror

11   -- any witness, rather?  I misspoke.

12         A PROSPECTIVE JUROR:  You're asking me would I

13   believe the police officers over any witnesses?

14         THE COURT:  Would you tend to believe them more or

15   be less critical of them than you would in considering other

16   witnesses?

17         A PROSPECTIVE JUROR:  I probably would be less

18   critical.

19         THE COURT:  Why is that?

20         A PROSPECTIVE JUROR:  Because I would associate them

21   with the family or something like that, with my family.

22         THE COURT:  Let me ask you some questions about your

23   views on the death penalty.

24         You were asked to describe your views on the death

25   penalty.  You say it's the law, we voted for it.  I didn't but

1    it is the law.

2              A PROSPECTIVE JUROR:  Right.

3              THE COURT:  You didn't vote for the death penalty?

4              A PROSPECTIVE JUROR:  No, no.

5              THE COURT:  Well, I think that there was a New York

6    State death penalty and that law was enacted by the

7    legislature.  It wasn't a referendum on the ballot the way we

8    have some referendums on the ballot but that was struck down

9    by the highest Court in New York.

10             So New York State doesn't have a death penalty but

11   the federal government has a death penalty that was voted by

12   Congress in Washington.  So it's unlikely that you ever

13   technically voted for the death penalty although you may have

14   voted for a member of the state legislature who supports the

15   death penalty.

16             Do you understand that?

17             A PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Now, if someone is found guilty of

19   intentional and deliberate murder, do you think that it's

20   possible that you would impose the death penalty on such a

21   person?

22             A PROSPECTIVE JUROR:  The answer I want to give is I

23   don't think the answer you want -- you know.

24             THE COURT:  I have no --

25             A PROSPECTIVE JUROR:  What I would say is I'd have

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1    to look at the victim.

2              Okay?

3              The victim like being a mother, grandmother, the

4    victim is a child or abuse or something like that or I could

5    put myself and say yeah, you did it to my family, hang them,

6    whatever.  I'm not keen on the death penalty.

7              THE COURT:  Is there any kind of deliberate murder

8    where you think the death penalty may be more justified than

9    in other cases?

10             A PROSPECTIVE JUROR:  Yes.

11             THE COURT:  What kind?

12             A PROSPECTIVE JUROR:  Rape of a small child.

13             THE COURT:  You mean that resulted in death?

14             A PROSPECTIVE JUROR:  In death.  The beating of a

15   three year old, things like that definitely.  But again, I

16   still would have a hard time taking another individual's life.

17   It's as simple as that.

18             THE COURT:  In this case there will be -- first,

19   there will be what you would normally expect in a criminal

20   trial.  There will be a trial on the question of whether the

21   defendant committed certain crimes.

22             One crime that he is excused of is intentional and

23   deliberate murder of an individual who was an adult.

24             The second is conspiracy to commit the murder.

25             And the third is a weapons charge associated with

```
 1   the other two charges.

 2            And so the government will present evidence that it

 3   believes will prove beyond a reasonable doubt that the

 4   defendant committed these crimes.

 5            The defense never has to submit any evidence to the

 6   jury as to the guilt or innocence of the defendant because

 7   under our system of law, a defendant is presumed to be

 8   innocent until proven guilty.

 9            So the defendant doesn't have to testify, the

10   defendant doesn't have to submit any evidence.  The burden is

11   always on the government to prove guilt.

12            You understand that?

13            A PROSPECTIVE JUROR:  Yes.

14            THE COURT:  So let's assume that the defendant is

15   tried for these crimes, the jury hears the evidence, I

16   instruct the jury on the law and the jury goes back to the

17   deliberation room and after deliberating decides that the

18   defendant is guilty of intentional and deliberate murder.

19            So now the defendant is guilty of that crime.

20   Ordinarily the penalty for that crime in the federal system is

21   life without the possibility of release.

22            A PROSPECTIVE JUROR:  Parole?

23            THE COURT:  No parole possible.  But in this case

24   the government is seeking, as it is entitled to, a more severe

25   penalty which is the death penalty.
```

1       So what will happen next is that there will be a

2    trial as to the penalty and the government will submit to the

3    jury evidence which is called aggravating factors, information

4    on the defendant's background, circumstances, record and so

5    forth that it believes will prove to the jury beyond a

6    reasonable doubt that the defendant should receive the more

7    severe penalty of death.

8       And the defense may submit what is called mitigating

9    factors, evidence that the defense will argue shows where the

10   jury should then conclude that the sentence of life in prison

11   without the possibility of release is the appropriate penalty

12   and that therefore the jury should impose that penalty.

13      And after all that evidence is presented, then the

14   jury will go back and decide what to do.  All 12 jurors would

15   have to vote in favor of the death penalty in order to impose

16   the death penalty.  If even one juror decides that a life

17   sentence is the correct sentence, then the sentence will be

18   life.  No juror is ever required to vote for the death

19   penalty.

20      The question of what the penalty should be is a

21   personal moral decision for each juror.  I will never instruct

22   the jury that the jury has to impose that penalty.

23      Do you understand?

24      A PROSPECTIVE JUROR:  Yes, I do.

25      THE COURT:  Now, you told us that there are certain

1    types of intentional murder for which you would be more likely

2    to impose the death penalty.

3            Is there any kind of murder, intentional and

4    deliberate murder for which you would always vote for the

5    death penalty?

6            A PROSPECTIVE JUROR:  You know, that is a very hard

7    question because when you read something and hear something,

8    the first thought that comes to your mind is, you know, but

9    when you think about it and you realize what you said, I would

10   find it extremely, extremely difficult to say I'm all for the

11   death penalty in any case.  I really have to think about it.

12   This isn't, you know --

13           THE COURT:  All right, let me give you a few

14   hypotheticals that might help.

15           If the government presents evidence at the

16   sentencing or penalty phase that the defendant had already

17   been convicted of a separate intentional murder, would you be

18   able to consider imposing the death penalty in that case?

19           A PROSPECTIVE JUROR:  No, because always in the back

20   of my mind is life in prison without parole and to me, that is

21   horrendous.  That is horrendous to me.

22           THE COURT:  Do you understand that the law is that

23   life in prison without the possibility of release or parole is

24   the lesser penalty and the death penalty is the greater

25   penalty, do you accept that?

```
1              A PROSPECTIVE JUROR:  Yes.

2              THE COURT:  If you learned that the defendant was

3    already serving a sentence of life in prison without the

4    possibility of parole or release for another intentional

5    murder --

6              A PROSPECTIVE JUROR:  Yes.

7              THE COURT:  Would you --

8              A PROSPECTIVE JUROR:  No, they are in there.

9              Look, they are in there, the person, the persons,

10   whoever, they are in there for life.

11             THE COURT:  And you think that is sufficient?

12             A PROSPECTIVE JUROR:  Yes, I do because knowing that

13   there is no future, there is no tomorrow, there is no nothing,

14   it's just this, day after day after day.

15             THE COURT:  You think that is pretty severe?

16             A PROSPECTIVE JUROR:  Yes.

17             THE COURT:  In the case -- is there any kind of case

18   of multiple murders where you would be inclined to impose the

19   death penalty where the defendant had killed a number of

20   people?

21             A PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Over time?

23             A PROSPECTIVE JUROR:  Over time?

24             THE COURT:  Yes.

25             A PROSPECTIVE JUROR:  You are talking serial?
```

1    THE COURT:  If it's a serial killer, would that be

2    an appropriate case for the death penalty?

3         A PROSPECTIVE JUROR:  Yeah.

4         THE COURT:  So you would consider it?

5         A PROSPECTIVE JUROR:  I would definitely consider it

6    then.

7         THE COURT:  You think you could vote for it in the

8    case of a serial killer?

9         A PROSPECTIVE JUROR:  I'm thinking about the cop in

10   Canada.  That is terrible but you want me to be honest with

11   you.

12        THE COURT:  The cop in Canada?

13        A PROSPECTIVE JUROR:  The serial killer in Canada

14   and to him, I would say yes, he should get the death penalty.

15   I read that in the paper.

16        THE COURT:  I haven't read it.

17        A PROSPECTIVE JUROR:  It's going back.

18        Okay?

19        THE COURT:  If you learned that the defendant had

20   been involved in a number of separate intentional murders over

21   time, not a serial killing situation but as part of the

22   background of the defendant there were a number of murders for

23   which there is evidence that he committed, even if he wasn't

24   convicted of all of them, would you possibly vote for the

25   death penalty in that case?

Juror 300

1      A PROSPECTIVE JUROR:  No.

2      THE COURT:  Are there other questions?

3      MR. JASPER:  No, your Honor.

4      MS. MERKL:  No, your Honor.

5      THE COURT:  All right, I want to thank you for

6  coming in.

7      Mr. Reccoppa will tell you what to do next.

8      Have a nice day.

9      A PROSPECTIVE JUROR:  Thank you.

10     THE COURT:  You are welcome.

11     (Whereupon, a prospective juror exits the

12  courtroom.)

13     THE COURT:  Is there a motion?

14     MS. MERKL:  Yes, your Honor the government moves to

15  strike this juror for cause due to substantial impairment

16  based on her views of the death penalty.

17     MR. JASPER:  No objection.

18     THE COURT:  Very well.

19     Juror number 300 is stricken for cause.  She is

20  substantially impaired.

21     She is not death qualified.

22     And in addition, I note that the juror indicated her

23  inability to treat law enforcement testimony in the same way

24  as other witness testimony because she has numerous relatives

25  who have been police officers.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1           302.

2           289 has come in and we'll take 289 next after 302.

3           I'm just keeping 289 and 306 separated because I

4   haven't given the instruction to 289.

5           (Whereupon, a prospective juror entered the

6   courtroom.)

7           THE COURT:  Please be seated.

8           Good afternoon.

9           A PROSPECTIVE JUROR:  Good afternoon.

10          THE COURT:  You are juror number 302?

11          A PROSPECTIVE JUROR:  Yes, sir.

12          THE COURT:  I remind you that you are still under

13  oath.

14          And let me ask you the following question, between

15  the time you filled out the questionnaire and today, have you

16  read, heard, learned or been told anything about this case?

17          A PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.

19          You indicated that you've been -- that you are a

20  producer for the last three years, is that correct?

21          A PROSPECTIVE JUROR:  Much longer than that.

22          THE COURT:  With this particular employer for the

23  last three years, is that right?

24          A PROSPECTIVE JUROR:  Yes.

25          THE COURT:  And before that, were you also a

1    producer for some other organization?

2              A PROSPECTIVE JUROR:  Yes, my husband and I owned a

3    company and he sold part of it and I work for this gentleman.

4              THE COURT:  That took over the company?

5              A PROSPECTIVE JUROR:  Yes.

6              THE COURT:  When you say you are a producer, without

7    telling me exactly what you produce, what kind of production

8    are you involved in?  Is it TV production, is it commercial

9    produce shop?

10             Is it documentary production?

11             A PROSPECTIVE JUROR:  It's audio production.

12             THE COURT:  And is that what you've done during your

13   career, audio production?

14             A PROSPECTIVE JUROR:  Yes.

15             THE COURT:  That's what your husband does as well?

16             A PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Is he retired?

18             A PROSPECTIVE JUROR:  No, but he works less.

19             THE COURT:  Fine.

20             Now, you indicated the following answer to the

21   following question:  As a result of your exposure to the

22   media, is there any reason why you can not be fair and

23   impartial in this case?  And you checked off yes and said:

24   Would not feel comfortable being a juror on a case trying a

25   member of a organized crime family.

Juror 302

1       Is that how you feel?

2           A PROSPECTIVE JUROR:  Yes, I do, sir.

3           THE COURT:  Why is that?

4           A PROSPECTIVE JUROR:  Well, I have a basic

5   discomfort with it to begin with but.

6           THE COURT:  It meaning?

7           A PROSPECTIVE JUROR:  Organized crime.  May I also

8   say something about the work that I do.

9           May I?

10          THE COURT:  Yes, just as long as you don't say

11  anything that will tell us who you work for or where you work.

12  If it's about the type of work?

13          A PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Go ahead.

15          As it might relate to this kind of a case.

16          A PROSPECTIVE JUROR:  Yes.

17          THE COURT:  That, I want.

18          A PROSPECTIVE JUROR:  I'm an audio book producer and

19  my husband is an audio book producer and we work for all of

20  the major publishers and on two different occasions my husband

21  was the producer director of the books that Joe Pistone, alias

22  Donnie Brasco put on audio and worked with Joe Pistone.

23          THE COURT:  Are there any other questions for this

24  juror?

25          MR. JASPER:  No, judge.

1           MS. MERKL:  No, judge.

2           THE COURT:  Gee, I'm glad you told us.  Have a nice

3    day.

4           (Whereupon, a prospective juror exits the

5    courtroom.)

6           THE COURT:  Is there any -- is there a motion to

7    strike based on substantial impairment because the juror knows

8    Joe Pistone?

9           MS. MERKL:  Yes, your Honor, there will be evidence

10   in this trial about Donnie Brasco so we certainly think it

11   would be inappropriate for the juror to serve.

12          THE COURT:  Do you consent?

13          MR. JASPER:  Yes, your Honor.

14          THE COURT:  The jury is struck on consent.  That is

15   juror 302.

16          And we are going back to juror 289.  Bring him or

17   her in.

18          (Whereupon, a prospective juror entered the

19   courtroom.)

20          THE COURT:  Please be seated, ma'am.  Good

21   afternoon.

22          You are juror number 289?

23          A PROSPECTIVE JUROR:  Yes.

24          THE COURT:  And let me just ask you this question.

25   Between the time that you filled out the questionnaire and

1    today, have you read or learned or been advised of anything

2    about this case?

3              A PROSPECTIVE JUROR:  No.

4              THE COURT:  I'm going to just reiterate an

5    instruction that we are going to all the jurors that I have

6    given previously then I'll ask you some followup questions

7    about your questionnaire.

8              A PROSPECTIVE JUROR:  Okay.

9              THE COURT:  As I instructed you before, it is

10   extremely important that you follow my instruction that you

11   not discuss this case with anyone, not your family, friends or

12   business associates and not other jurors.

13             Please refrain from discussing any aspect of this

14   case while you are waiting in the jury room today or at any

15   other point throughout this trial.

16             In addition, you must not read, listen to, watch or

17   access on the internet any accounts of this case or research

18   or seek outside information about any aspect of this case or

19   the parties to the case.

20             Please do not communicate with anyone about the case

21   on your cell phone, through E-mail, Blackberry, I-Phone, text

22   messaging or on Twitter through any blog or website through

23   any internet chat room or by way of any other social

24   networking websites including Facebook, Linked-In and YouTube.

25             Do you understand?

1            A PROSPECTIVE JUROR:  Yes.

2            THE COURT:  Thank you very much for your attention.

3            Now, you indicated in your questionnaire that you

4   are a teacher, is that right?

5            A PROSPECTIVE JUROR:  Yes.

6            THE COURT:  At what level do you teach?

7            A PROSPECTIVE JUROR:  All ages from K to 12, special

8   ed.

9            THE COURT:  And you have been teaching special ed

10  for the past 15 years?

11           A PROSPECTIVE JUROR:  Yes.

12           THE COURT:  Have you been teaching the whole time in

13  one school or various schools?

14           A PROSPECTIVE JUROR:  Various schools depending on

15  the need.

16           THE COURT:  And so are you a public school teacher?

17           A PROSPECTIVE JUROR:  Yes.

18           THE COURT:  You indicated that you have friends or

19  relatives who work for law enforcement, U.S. Immigration, is

20  that right?

21           A PROSPECTIVE JUROR:  Yes.

22           THE COURT:   Is this someone who -- this person works

23  in Virginia and Maryland?

24           A PROSPECTIVE JUROR:  Yes.

25           THE COURT:  Do you talk to this person a lot?

1       A PROSPECTIVE JUROR:  My brother.

2       THE COURT:  Do you talk to this person a lot?

3       A PROSPECTIVE JUROR:  Every so -- yes, about once a

4  week.

5       THE COURT:  Do you discuss his work with him?

6       A PROSPECTIVE JUROR:  He doesn't talk to me about

7  it.

8       THE COURT:  You indicated that your father was held

9  hostage at gunpoint and tied up and robbed.

10       Was this in Kenya?

11       A PROSPECTIVE JUROR:  Yes.

12       THE COURT:  How long ago was this?

13       A PROSPECTIVE JUROR:  2000 -- I'm guessing, maybe

14  2001.

15       THE COURT:  Does your father live there?

16       A PROSPECTIVE JUROR:  No, he passed away.

17       THE COURT:  Did he live there at the time?

18       A PROSPECTIVE JUROR:  No, he was born there.  He

19  lived here but every summer he would travel back to Kenya.

20       THE COURT:  Do you know any of the details of what

21  happened or just a general knowledge?

22       A PROSPECTIVE JUROR:  It's just everyone is under

23  gated communities in that part of the world and it's an every

24  day thing.  It just seems to be quite the norm.

25       THE COURT:  I see.

1          You testified concerning your cousin's death in a

2   road accident, is that right, in Manhattan, you testified in

3   Manhattan?

4          A PROSPECTIVE JUROR:  Yes.

5          THE COURT:  When was that?

6          A PROSPECTIVE JUROR:  2003.

7          THE COURT:  And your testimony was only regarding --

8   it wasn't about the accident itself but it was about her

9   character?

10          A PROSPECTIVE JUROR:  Yes.

11          THE COURT:  And that was on the phone you testified?

12          A PROSPECTIVE JUROR:  It was on the phone because

13   the procedure was taking place in Florida.

14          THE COURT:  I see.

15          A PROSPECTIVE JUROR:  And her parents were overseas.

16          THE COURT:  I see.

17          Now, let me ask you some questions about your views

18   on the death penalty.

19          You indicated:  I am for it if it fits the crime.

20   Certain acts are inexcusable in my opinion.

21          Is that your view?

22          A PROSPECTIVE JUROR:  Yes.

23          THE COURT:  The death penalty can sometimes be

24   imposed for intentional and deliberate murder.  And my

25   question is:  Are there any kinds of or types of intentional

1  and deliberate murders for which you would always vote for the

2  death penalty?

3          A PROSPECTIVE JUROR:  Not always.

4          THE COURT:  In this case the defendant is accused of

5  three crimes, intentional and deliberate murder of an

6  individual, conspiracy to commit the murder and a weapons

7  charge in connection with the other two charges.  And the

8  first phase of the trial after the jury is selected will be

9  what we normally think of as a criminal jury trial.  The

10  government will present evidence that it believes will

11  convince the jury beyond a reasonable doubt that the defendant

12  is guilty of those crimes.

13          The defendant never has any obligation to present

14  any evidence or to testify because the defendant is presumed

15  innocent of all the charges unless and until the government

16  proves that he is guilty.

17          The burden to prove that he is guilty is always on

18  the government.  The defendant never has to prove that he is

19  innocent.

20          Do you understand?

21          A PROSPECTIVE JUROR:  Yes.

22          THE COURT:  So if the government presents evidence

23  that you hear in the first phase which we'll call the guilt

24  phase of the trial, and if the jury hears the evidence, I give

25  the jury the law, the jury retires to the jury room, it

1    deliberates, if the jury reaches a verdict of guilty of

2    intentional and deliberate murder, then and only then will

3    there be a second phase of the trial.  The second phase of the

4    trial is the penalty phase.  At the penalty phase there are

5    only two possible penalties.

6          The penalty that is normally imposed for intentional

7    and deliberate murder is life without the possibility of

8    release, but in this case the government is seeking, as it is

9    entitled to, a more severe penalty which is the death penalty.

10          And what will happen in the second phase which is

11   the penalty phase is the government will present evidence

12   which is called aggravating factors, information about

13   activities, background, record of the defendant that it

14   believes will convince the jury not to impose the normal

15   penalty of life without the possibility of release but to

16   impose the more severe penalty of death.

17          In order to do that, the government must prove

18   beyond a reasonable doubt that the death penalty is

19   appropriate.  All 12 jurors must agree and vote for it.  And

20   the defense has the right to present evidence that is called

21   mitigating factors, information about the defendant and his

22   circumstances and background which it believes will convince

23   the jury that the proper penalty is indeed life in prison

24   without the possibility of release and that the jury should

25   reject the death penalty that the government wants to impose.

1      So do you understand all that?

2      A PROSPECTIVE JUROR:  Yes.

3      THE COURT:  Now, at the penalty phase, you will,

4  should there be one, you will be -- you will hear certain

5  evidence.

6      Now, I'm going to give you some hypotheticals as to

7  the kinds of evidence that is an aggravating factor.

8      Let's say that at the penalty phase you hear

9  evidence that the defendant had already been convicted of a

10  separate intentional murder.  In that case would you be able

11  to consider the mitigating evidence presented by the defense

12  and the defense arguments that a sentence of death is not

13  appropriate in this case and that a sentence of life is

14  appropriate?

15      A PROSPECTIVE JUROR:  If I heard --

16      THE COURT:  If you heard evidence of a separate

17  intentional murder that the defendant was convicted of.

18      A PROSPECTIVE JUROR:  Would I take that into

19  account?

20      Would I --

21      THE COURT:  Would you take it into account in your

22  balancing of the possibilities for a sentence?

23      A PROSPECTIVE JUROR:  Yes.

24      THE COURT:  Would that knowledge of such a fact

25  cause you to always impose the death penalty?

1          A PROSPECTIVE JUROR:  No.

2          THE COURT:  If you learned that a defendant was

3    already serving a sentence of life in prison without the

4    possibility of release for another murder or murders, would

5    you always impose the death penalty for this crime?

6          A PROSPECTIVE JUROR:  I can't say always, no.

7          THE COURT:  What would you like to know about the

8    defendant in terms of mitigating factors, information that

9    might help you and convince you to impose a life sentence?

10          A PROSPECTIVE JUROR:  Past actions.

11          THE COURT:  His behavior in the past?

12          A PROSPECTIVE JUROR:  Behavior.

13          THE COURT:  What kind of behavior would you consider

14    mitigating or favorable to the defendant?

15          A PROSPECTIVE JUROR:  Favorable?  Given a period of

16    time what has he done in that period of time to show positive

17    actions.

18          THE COURT:  Are you interested in what his behavior

19    was during the period of time before the charge was made

20    against him?

21          A PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Now, let me ask you another question.

23    If you received evidence at the penalty phase that the

24    defendant had planned the killing of a law enforcement officer

25    but that it was not -- it didn't result in any harm coming to

1    the law enforcement officer, in that case, would you always

2    impose the death penalty or possibly impose the death penalty

3    or not impose the death penalty?

4              A PROSPECTIVE JUROR:  Possibly.

5              THE COURT:  You said the following in answer to this

6    question:  Are your views on the death penalty such that you

7    would be unable to consider a sentence of life without the

8    possibility of release if the evidence at trial showed a

9    defendant presented a future danger to others?

10             And you checked both yes and no you, you said no

11   sure when you said future danger question mark, like

12   communicating, ordering in quotes others to commit crimes.

13   What did you mean by that?

14             A PROSPECTIVE JUROR:  Your question was would I

15   always -- that one question was would I always impose it?

16             THE COURT:  Yes.

17             A PROSPECTIVE JUROR:  It depends -- no, not always.

18   Not always.

19             THE COURT:  There is this other question.  Let me

20   just ask you to expand and your answer if possible.

21             Are your views on the death penalty such that you

22   would be unable to consider the sentence of life without the

23   possibility of release if the evidence at trial showed the

24   defendant sought the murder of a cooperating witness?

25             Then you said maybe.  That's what you wrote, maybe.

1    And you said:  Witnesses are important.  It would greatly

2    bother me if the witness were in harm's way, especially an

3    innocent witness not involved in a case.

4              What do you mean by innocent witness not involved in

5    a case?

6              A PROSPECTIVE JUROR:  Just hearing about witnesses

7    who wants to testify and they are in danger of being hurt.

8              THE COURT:  Well, would one innocent witness include

9    witnesses who were alleged to be coconspirators and also

10   involved in the crimes being tried?

11             A PROSPECTIVE JUROR:  No.

12             THE COURT:  So for those witnesses, you would still

13   consider a life sentence for the defendant even if there was

14   evidence that showed that the defendant sought the murder of

15   that witness?

16             Do you understand or do you want me to go back?

17             A PROSPECTIVE JUROR:  Go back.

18             THE COURT:  If the witness is believed to be or

19   testifies that he or she is a coconspirator in committing a

20   certain crime and you hear the witness' testimony at the guilt

21   stage but in the penalty phase the government presents

22   evidence that the defendant sought the murder of that

23   coconspirator at some point.  Would that cause you to always

24   impose the death penalty?

25             A PROSPECTIVE JUROR:  I would consider it but not

1    always.

2              THE COURT:  Are there other questions?

3              MR. JASPER:  Yes, your Honor.

4              THE COURT:  All right.

5              (Whereupon, the following took place at the

6    sidebar.)

7              THE COURT:  Okay.  Go.

8              MR. JASPER:  Judge, following up on something you

9    just ended with, there is going to be evidence that Mr.

10   Basciano purportedly sought permission from Mr. Massino to

11   kill children and parents of cooperating witnesses, in other

12   words, innocent people, which seems to be one of her major

13   concerns here.

14             So there is going to be some evidence that he sought

15   to harm innocent people who were related to witnesses.  So if

16   you can ask her whether or not she could fairly and

17   impartially view the life without possibility in that

18   situation.

19             Also, your Honor, she indicated in question 107,

20   that is the cost of prison question, that our prisons are

21   pretty nice compared to third world countries, and I wondered

22   if you would ask her if that also would interfere with her

23   decision in the life or death context.

24             THE COURT:  Yes.

25             MR. JASPER:  Also, your Honor, since this case is

1    going to involve substantial evidence involving obviously

2    organized crime and she had mentioned that one of the factors

3    would be the history of a particular defendant, the history

4    here is going to be involvement I believe in organized crime

5    from a very early age.

6              Would that in and of itself also interfere with or

7    possibly taint her view of whether she would be able to give

8    life.

9              Also, question 122, she indicated that she had

10   privacy concerns that might interfere with her ability to be

11   impartial.

12             If you can explore what she meant by that.

13             MS. MERKL:  She indicated it would not interfere but

14   it is a concern she raised.  She wrote it in.

15             With regard to Mr. Jasper's proposed follow-ups, the

16   government would of course request that they be asked the way

17   your Honor is asking them vis-a-vis even in the light of

18   evidence about potential solicitation to kill family members

19   of cooperating witnesses, whether she could still consider

20   mitigators and aggravators and consider the imposition of a

21   life sentence.  She is not required to be impartial in the

22   face of aggravators.

23             MR. JASPER:  I didn't mean to suggest that.  The

24   other thing is question 106 was left blank.

25             106 is the burden shifting question whether or not

 1    the defendant starts with the principle that he is entitled

 2    for live.

 3            THE COURT:  I'm sorry, I didn't hear what you said

 4    about burden shifting.

 5            MR. JASPER:  It's left blank.

 6            THE COURT:  I'm ask her.  106, I'll ask her.

 7            MR. GOLTZER:  In terms of the mitigating factors, we

 8    request the language.

 9            THE COURT:  I didn't understand that at all.  Just

10    slowly.

11            MR. GOLTZER:  When the government asks your Honor to

12    question whether the prospective juror could consider

13    mitigating factors, we have, of course, have no objection to

14    that question but we believe the case law is not simple

15    consideration but requires a state of mind from the

16    prospective juror that they both consider and be able to give

17    effect to mitigating evidence.

18            Anyone can listen.

19            MS. MERKL:  They need to be able to weigh it.  I

20    don't know what give effect means.

21            THE COURT:  Vote for life I think is give effect.

22            MR. GOLTZER:  I'm not suggesting a stakeout

23    question, vote for life but it has to be a meaningful

24    question, not simply hearing it.

25            THE COURT:  Thank you.

1           (End of discussion at sidebar.)

2           THE COURT:  Now you told -- you heard some

3    information about this case in the past, is that right or have

4    you?  Nothing?

5           A PROSPECTIVE JUROR:  No.

6           THE COURT:  Now, if the government presents evidence

7    of certain aggravating factors that lead you to believe that

8    the defendant is a danger in the future and the defense

9    presents evidence that the defendant could be designated to a

10   prison facility where he would have limited contact with other

11   prisoners and with the prison guards, would you be able to

12   consider the mitigating factor about placement in that type of

13   prison and weigh that fairly against any aggravating factors

14   that you hear and then seriously consider the possibility of

15   placing the defendant in life without the possibility of

16   release?

17          A PROSPECTIVE JUROR:  Yes.

18          THE COURT:  If you heard evidence that the defendant

19   had considered or spoken of the possibility of killing the

20   children of the cooperators, could you still give serious

21   consideration to the mitigating factors that are presented by

22   the defense before reaching a decision as to whether a life

23   sentence or death sentence is appropriate?

24          A PROSPECTIVE JUROR:  I would do my best.

25          THE COURT:  Would it be hard for you to do that?

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1           A PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Why is that?

3           A PROSPECTIVE JUROR:  Children are involved.

4           THE COURT:  Now, you indicated that in answer to
5    this question:  Does the cost a taxpayer pays for housing an
6    inmate for a life sentence a concern to you?  You said yes, I
7    have thought of this especially since compared to persons
8    around the world, third world countries, our prisons seem
9    pretty nice with the three meals a day and TV.

10          If I instruct the jury that in considering what the
11   sentence should be, that it's not to take into account the
12   cost of either imprisoning someone or the cost of putting
13   someone to death but only the evidence of the aggravating and
14   mitigating factors, would you follow my instructions?

15          A PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Now the question was --

17          You didn't answer this question.  Let me ask it.
18   You left it blank.

19          Do you believe that a defendant should first have to
20   prove that he is does not deserve the death penalty before the
21   jury should give any consideration as to whether to impose a
22   life sentence?

23          A PROSPECTIVE JUROR:  Someone just coughed.  Can you
24   repeat that.

25          THE COURT:  Sure.

1    Do you believe that a defendant should first have to

2    prove that he does not deserve the death penalty before the

3    jury should give any consideration as to whether to impose a

4    life sentence?

5    A PROSPECTIVE JUROR:  Should a defendant have to

6    prove?

7    THE COURT:  That he does not deserve the death

8    penalty before considering a life sentence.

9    A PROSPECTIVE JUROR:  No.

10    THE COURT:  By the way, I'll instruct the jury that

11    a life sentence is presumptively the appropriate sentence for

12    this crime and that in order for impose the death penalty, the

13    jury have to determine after hearing the evidence that the

14    government has proven beyond a reasonable doubt that the more

15    severe penalty of death is the appropriate sentence.

16    Do you understand that?

17    A PROSPECTIVE JUROR:  Yes.

18    THE COURT:  I think I mentioned it before but let me

19    just mention it again.

20    There will be evidence presented by the government

21    potentially that the defendant has a long history in the

22    activities of organized crime.

23    Would such evidence make it impossible for you to

24    give meaningful consideration to mitigating circumstances

25    before deciding what the penalty should be?

1    A PROSPECTIVE JUROR:  No.

2    THE COURT:  Then there is another question:

3    Is there anything about the nature of the charges or

4    the facts of the case as they have been explained to you thus

5    far that would affect your ability to be a fair and impartial

6    in this case?

7    You said no.  Then you added:  Just my privacy as a

8    juror.

9    What did you mean?

10   A PROSPECTIVE JUROR:  Because you mentioned that

11   it's probably going to be in the media and that would concern

12   me.

13   THE COURT:  All right.

14   And I also advised you that your personal

15   information, your name, where you live and other identifying

16   information where you work is going to be kept confidential to

17   the degree that when you filled out that last page with all

18   your information, the first thing that was done by the clerk

19   was the clerk ripped that off the questionnaire and put it in

20   a vault in the clerk's office and no one here including me has

21   any idea what your name is, what your address is and other

22   specifics that you may have put down on that page.

23   Do you understand?

24   A PROSPECTIVE JUROR:  Yes.

25   THE COURT:  Any questions?

1           A PROSPECTIVE JUROR:  There are a few things that

2    you said now that people can find out a lot of information

3    about someone, right?

4           THE COURT:  It's possible to find out information

5    but the way the questionnaire is constructed and the efforts

6    that are made to maintain your privacy are intended, are

7    designed to maintain your privacy.  And that's what I would

8    tell you about that.

9           Any other questions?

10          MS. MERKL:  No, your Honor.

11          MR. JASPER:  No, your Honor.

12          THE COURT:  Thank you for coming in.

13          Mr. Reccoppa will tell you what to do next.

14          (Whereupon, a prospective juror exits the

15   courtroom.)

16          THE COURT:  Does anyone have a motion?

17          MS. MERKL:  No, your Honor.

18          THE COURT:  Do you have a motion?

19          MR. JASPER:  Yes, judge, I think this jury is

20   impaired based upon her concern about privacy.  She seemed to

21   be very uncomfortable.  Even as your Honor explained to her,

22   her demeanor seemed to be that she was skeptical of the

23   procedures to keep her privacy private and not public and it

24   does rise to a level of concern that I have that I would seek

25   to strike on those grounds.

1      I was a little surprised that she was still so

2  skeptical, she smiled and she didn't really -- with respect,

3  she didn't seem to buy it and that is a concern.

4      MS. MERKL:  Given the fact that the defense objected

5  to the government's anonymous jury motion, we are not sure why

6  the defense is so concerned about the juror's perception of

7  privacy.

8      That being said this juror like anybody is not

9  stupid.  She understands that the media could try to find out

10  information about her, could try to find out where she taught

11  but that doesn't mean that she is unqualified to serve as a

12  juror.

13      MR. JASPER:  The position we took about the

14  unanimous jury is irrelevant as we stand here today.  She

15  seems to be concerned about her privacy and it seemed to be a

16  major concern.

17      And that's what I'm basing this on.  She seemed to

18  be fearful it would appear.

19      MS. MERKL:  Your Honor, that is quite a stretch.

20  Nothing in the questionnaire indicated that she was fearful of

21  the defendant.

22      The juror specifically stated that it would not

23  interfere with her ability to be fair and impartial in the

24  questionnaire.

25      When your Honor inquired as to the basis for her

1    concerns, she stated that it was the Court's observation that

2    this case would likely receive media attention that caused her

3    to have those privacy concerns.

4              The privacy concerns are entirely natural,

5    your Honor, and I think that many jurors like to have privacy

6    concerns.  It's one of the reasons that the government moves

7    for an unanimous jury, although this juror has raised that

8    issue certainly does not seem as disqualifying.  There is no

9    information she couldn't be fair and impartial.

10             To the contrary.  Her answers were careful,

11   thoughtful, balanced.  She was extremely thoughtful in the

12   questionnaire and there is absolutely no basis to conclude

13   that she could not be fair and impartial in this case from the

14   record.

15             THE COURT:  I'll reserve on that one.

16             Next.

17             306 is next.

18             It's just about 1:00.

19             So my suggestion is that we ask juror 306 to come

20   back in the afternoon and we'll take 306 right after lunch.

21             Is everyone agreeable to that?

22             MR. JASPER:  Yes.

23

24

25

Juror 289

1           THE COURT:   I have a sentencing at 2:00 so we'll

2    start around 2:20.

3           Thank you.

4           (Whereupon, there was a luncheon recess.)

5           (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Whereupon, the afternoon session began at

2     2:30 p.m.)

3          MS. MERKL:  Your Honor, I just wanted to note I

4     inadvertently took the elevator with a man who I think is our

5     next juror and he asked me where the courthouse cafeteria was.

6     So I told him, and I didn't realize that until after I told

7     him that he might be our next juror.

8          I realized after I took the elevator that he fits

9     the description of our next juror.  I certainly didn't mean

10    any contact with him intentionally.

11         MR. GOLTZER:  We don't see that as a problem because

12    if he enjoyed the food the way I did, he will hold that

13    against them.

14         Would the Court instruct the jurors that in the

15    future when the lawyers go by them without saying hello, that

16    we are not being rude.

17         THE COURT:  I'll try to remember.  I would point out

18    that counsel had adequate time available to themselves to

19    avail themselves of local eating establishments aside from the

20    courthouse cafeteria today.

21         MR. GOLTZER:  And we enjoyed it very much.  Thank

22    you.

23         (Prospective jurors enter the courtroom.)

24         THE COURT:  Please be seated good afternoon, ladies

25    and gentlemen.

1      Before we proceed with individual questioning to

2 follow up on the answers in your questionnaires, I'd like to

3 remind you of the following that I mentioned at the time you

4 filled out your questionnaires.

5      As I instructed you previously, it's important that

6 you follow my instruction that you not discuss the case with

7 anyone, not your family, friends or business associates and

8 not other jurors.

9      Please refrain from discussing any aspect of the

10 case while you are waiting in the jury room today or at any

11 point throughout the trial.

12      In addition, you must not read, listen to, watch or

13 access on the internet any accounts of this case or research

14 or seek outside information about any aspects of the case or

15 the parties to the case.

16      Please do not communicate with anyone about the case

17 on your cell phone, through E-mail, Blackberry, I-Phone, text

18 messaging or on Twitter, through any blog or website or any

19 internet chat room or by way of any other social networking

20 websites including Facebook, Linked-In and YouTube.

21      And I would just add that if you should see any of

22 the lawyers in the hallway when you are coming in or out of

23 the courthouse, I've instructed them not to say anything to

24 you, even hello because it's important that they not

25 communicate with you in any way.  They are not being rude or

1    impolite.  They are just following my instructions.

2                 So just bear that in mind as well.

3                 First, 306.

4                 Good.  Please remain when the other jurors go into

5    the jury room.

6                 Everyone else may retire to the jury deliberation

7    room until I call you.

8                 Thank you.

9                 (Prospective jurors exit the courtroom except for

10   juror 306.)

11                THE COURT:  You are juror number 306?

12                A PROSPECTIVE JUROR:  Yes.

13                THE COURT:  I remind you that you are still under

14   oath.

15                And let me ask you preliminarily, from the time you

16   filled out the questionnaire until today, have you read or

17   learned or been told of anything regarding this case by anyone

18   or from anything?

19                A PROSPECTIVE JUROR:  No.

20                THE COURT:  Thank you.

21                I'm going to ask a few followup questions.  You are

22   retired?

23                A PROSPECTIVE JUROR:  Yes.

24                THE COURT:  Before you retired, tell me what kind of

25   work you did, not who you worked for but what kind of work?

Juror 306

1          A PROSPECTIVE JUROR:  Electrical.

2          THE COURT:  Were you an electrician?

3          A PROSPECTIVE JUROR:  Yes.

4          THE COURT:  And how long were you an electrician?

5          A PROSPECTIVE JUROR:  The last 40 years.

6          THE COURT:  Did you work for various jobs and

7   companies or for one employer for a long period of time?

8          A PROSPECTIVE JUROR:  The last employer for a long

9   time.

10         THE COURT:  And was this employer?  I don't want to

11  know who it was but was this employer a company or a

12  government organization?

13         A PROSPECTIVE JUROR:  Company.

14         THE COURT:  Are you currently working at all?

15         A PROSPECTIVE JUROR:  Yes.

16         THE COURT:  What kind of work do you do?

17         A PROSPECTIVE JUROR:  I have a real estate business.

18         THE COURT:  You indicated that you served on a jury

19  in a drug case.

20         Is that right?

21         A PROSPECTIVE JUROR:  Yes.

22         THE COURT:  Was that in the State Court?

23         A PROSPECTIVE JUROR:  Yes.

24         THE COURT:  And that was back in the late 1990s, is

25  that right?

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1              A PROSPECTIVE JUROR:  Yes.

2              THE COURT:  And I don't want to know what the

3     verdict was but did you deliberate to a verdict?

4              A PROSPECTIVE JUROR:  No.

5              THE COURT:  Did the case?

6              A PROSPECTIVE JUROR:  Dismissed.

7              THE COURT:  Plead out?

8              A PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Your questionnaire indicates that you're

10    familiar with the Parkside Diner in Queens?

11             A PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Is that really a diner or is it a

13    restaurant?

14             A PROSPECTIVE JUROR:  It's a restaurant.

15             THE COURT:  That's in Corona, the one in Corona?

16             A PROSPECTIVE JUROR:  Yes.

17             THE COURT:  How often did you go there?

18             A PROSPECTIVE JUROR:  Maybe every couple of months,

19    every three months.  Not very often.

20             THE COURT:  You go with your family?

21             A PROSPECTIVE JUROR:  Yes.

22             THE COURT:  You like the food?

23             A PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Do you know the owners?

25             A PROSPECTIVE JUROR:  No.

1      THE COURT:  Then the other restaurant is Piccolo
2  Venezia.   How often have you gone there?

3      That is in Astoria, correct?

4      A PROSPECTIVE JUROR:  That would be -- in 10 years,
5  maybe twice.

6      THE COURT:  And that's because?

7      A PROSPECTIVE JUROR:  I'm very familiar with the
8  area and I pass by there.

9      THE COURT:  Do you know the owners?

10      A PROSPECTIVE JUROR:  No.

11      THE COURT:  Now, I'm going to ask you a few
12  questions about your views on the death penalty.

13      You were asked to describe your views.  You said all
14  12 jurors must agree that death is the only appropriate
15  sentence.

16      Is that correct, is that your view?

17      A PROSPECTIVE JUROR:  I want to hear the question.

18      THE COURT:  You said all 12 jurors must agree that
19  death is the only appropriate sentence.  That's what you said
20  your views were on the death penalty.  Do you remember writing
21  that down?

22      A PROSPECTIVE JUROR:  I'm not a hundred percent sure
23  now.  I don't remember -- in other words, 12 jurors -- what is
24  the question again?

25      THE COURT:  The question was:  Please describe your

1    views on the death penalty.  And you wrote:  All 12 jurors

2    must agree that death is the only appropriate penalty.

3              A PROSPECTIVE JUROR:  Right.

4              THE COURT:  Regarding your personal views on the

5    death penalty, do you believe that -- this is a case -- let me

6    withdraw that.

7              This case involves three charges.  The first charge

8    is intentional and deliberate murder of an individual.  The

9    second charge is conspiracy to commit the murder.  And the

10   third charge is a weapons charge in connection with the other

11   two charges.

12             The government has brought an indictment against the

13   defendant containing those charges.  An indictment is not

14   evidence, it's simply an accusation.  The defendant is

15   considered to be innocent until proven guilty and the

16   presumption of innocence stays with the defendant unless the

17   jury at the end of the trial votes unanimously to find the

18   defendant guilty of the charges beyond a reasonable doubt.

19             Now, the defendant doesn't have to prove anything,

20   doesn't have to testify.  You can't hold it against the

21   defendant in any way that he didn't submit any evidence or

22   that he didn't testify because the burden is always on the

23   government to prove that he is guilty.

24             Do you understand that?

25             A PROSPECTIVE JUROR:  Yes.

1          THE COURT:  So in this case if after hearing the

2    evidence the jury decides that the defendant is guilty of an

3    intentional and deliberate murder, then and only then will

4    there be a second part of the trial with the same jury.

5          And in the second part which is called the second

6    phase the jury will have to decide to impose one of two

7    sentences.  The normal sentence, the regular sentence is life

8    in prison without the possibility of parole or release.  The

9    other sentence, the more serious sentence is the death

10   penalty.

11         And the government will have to present evidence at

12   the second phase of the trial which is called the penalty

13   phase of certain aggravating factors, evidence about the

14   defendant's background, activities, record and other

15   circumstances that it believes will prove to the jury beyond a

16   reasonable doubt that the defendant should receive the more

17   severe penalty of the death penalty.

18         Now, the defense may present evidence of mitigating

19   factors, information about the defendant's conduct and

20   background that the defense will argue justifies the

21   imposition of life without the possibility of release.  And

22   then the jury will consider the factors, weigh the factors in

23   whatever way the jury decides to do.  And then after

24   deliberating will decide what the sentence should be.

25         All 12 jurors will have to agree to impose the death

1    penalty in order to impose it as you said in your response.

2    If only one juror decides that the penalty should be life

3    without the possibility of release, then that is the penalty.

4    Every juror gets to decide for him or herself.  Each juror has

5    the right to utilize his or her own moral standards but the

6    jury will have an opportunity to discuss which sentence to

7    impose before reaching a conclusion.

8              So that is how the trial will proceed.

9              If the defendant is found guilty of intentional and

10   deliberate murder in the first phase of the trial and we get

11   to a second phase, do you believe there are circumstances

12   under which you would impose the death penalty on a defendant

13   who committed a deliberate and intentional murder?

14             A PROSPECTIVE JUROR:  You are asking me if I would?

15             THE COURT:  Yes.

16             A PROSPECTIVE JUROR:  I would say no.

17             THE COURT:  No.  Why not?

18             A PROSPECTIVE JUROR:  Because based on my religious

19   beliefs, I believe that -- I don't go for an eye for an eye.

20   That is one explanation.  The other one is my religion teach

21   me love and forgiveness so I don't know.

22             Also I'm running -- this time of the year is a very

23   lending time for my religion and it would be very difficult

24   for me to go any other way.

25             THE COURT:  You mean it's Lent?

1           A PROSPECTIVE JUROR:  Lent.

2           THE COURT:  And you are Greek Orthodox?

3           A PROSPECTIVE JUROR:  Yes.

4           THE COURT:  And the Greek Orthodox church opposes

5    the death penalty?

6           A PROSPECTIVE JUROR:  Yes.

7           THE COURT:  Let me just take it one step further.

8           Is there any kind of murder, any type of intentional

9    murder for which you would consider the possibility of

10   imposing the death penalty?

11          A PROSPECTIVE JUROR:  Personally, I would say no.

12          THE COURT:  Are there other questions?

13          MR. JASPER:  None, your Honor.

14          MS. MERKL:  No, your Honor, thank you.

15          THE COURT:  Thank you very much.

16          Mr. Recoppa will tell you what to do next.

17          A PROSPECTIVE JUROR:  Thank you.

18          THE COURT:  Have a good Easter.

19          (Whereupon, a prospective juror exits the

20   courtroom.)

21          THE COURT:  Just for the clarification as to the

22   juror's comment about his church, the Greek Orthodox church

23   like the Catholic church opposes the death penalty at any

24   time.

25          So he gave an accurate description of his church's

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1    moral philosophy.

2              MS. MERKL:  Thank you, your Honor.

3              MR. JASPER:  Thank you, judge.

4              THE COURT:  Is there a motion?

5              MS. MERKL:  Yes, your Honor, the government would

6    move to strike this juror for cause as he is not death

7    qualified.

8              MR. JASPER:  No objection.

9              THE COURT:  All right, motion granted.

10             Juror number 306 is struck for cause.  He is

11   substantially impaired as he is not death qualified.

12             308.

13             (Whereupon, a prospective juror entered the

14   courtroom.)

15             THE COURT:  Please be seated, sir.  Good afternoon.

16             A PROSPECTIVE JUROR:  Good afternoon.

17             THE COURT:  You are juror number 308?

18             A PROSPECTIVE JUROR:  Yes.

19             THE COURT:  I remind you that you are still under

20   oath.

21             Let me ask you a question.  Since filled out the

22   questionnaire until today, have you read or heard or learned

23   anything about this case?

24             A PROSPECTIVE JUROR:  No, your Honor.

25             THE COURT:  Very fine.

1          You indicated that you are retired, is that right?

2          A PROSPECTIVE JUROR:  Yes.

3          THE COURT:  And before you retired how long did you

4    work?

5          A PROSPECTIVE JUROR:  20 something years.

6          THE COURT:  Without telling me who you worked for,

7    what kind of work did you do?

8          A PROSPECTIVE JUROR:  It varies from security to

9    accounting to working in a hospital.

10         THE COURT:  And so you worked with different

11   employers?

12         A PROSPECTIVE JUROR:  Yes.

13         THE COURT:  Would you say that you worked, spent

14   more time working for public sector employers or private

15   sector employers?

16         A PROSPECTIVE JUROR:  Private.

17         THE COURT:  You indicated that you served in the

18   military police, is that right?

19         A PROSPECTIVE JUROR:  Yes.

20         THE COURT:  And you were in the New York Army

21   National Guard?

22         A PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And that is a part-time activity.  Did

24   you have active duty as a military police person?

25         A PROSPECTIVE JUROR:  No.

Juror 308

1     THE COURT:  But you went to two weeks summer camp

2  every year?

3          A PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Where did you go?

5          A PROSPECTIVE JUROR:  Peekskill.

6          THE COURT:  Portsmouth?

7          A PROSPECTIVE JUROR:  Excuse me?

8          THE COURT:  Portsmouth?

9          A PROSPECTIVE JUROR:  Camp Smith.

10         THE COURT:  Camp Smith?

11         A PROSPECTIVE JUROR:  Yes.

12         THE COURT:  How long did you do that?

13         A PROSPECTIVE JUROR:  Almost three years.

14         THE COURT:  You did it three years.

15         A PROSPECTIVE JUROR:  35 months.

16         THE COURT:  I see.

17     Is there any reason why you didn't serve longer?

18         A PROSPECTIVE JUROR:  I had to take care of my

19  parents.  They are both deceased.

20         THE COURT:  You indicated that you've been a juror

21  in a State criminal trial involving a gun, is that right?

22         A PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And I don't want to know what the

24  verdict was but did you deliberate to a verdict?

25         A PROSPECTIVE JUROR:  Yes.

1    THE COURT:  You indicated that you have followed a

2    number of killings of students.

3    You said you were following the Pace University

4    killing of a student.

5    That is a recent killing?

6    A PROSPECTIVE JUROR:  Yes.

7    THE COURT:  And the Sean Bell killing?

8    A PROSPECTIVE JUROR:  Yes.

9    THE COURT:  And you said -- you were asked:  What

10   opinions or feelings do you have regarding those trials and

11   the outcomes of those trials, and you said the police officer

12   overacted in both cases?

13   A PROSPECTIVE JUROR:  In my opinion.

14   THE COURT:  Do you think that the police tend to

15   overact as you call it in cases involving minorities

16   generally?

17   A PROSPECTIVE JUROR:  Only because of job pressure.

18   And because the fact they don't really understand the

19   different cultures, they may have a tendency to overact.

20   THE COURT:  There are going to be law enforcement

21   witnesses in this case.

22   Do you think your concerns regarding overacting by

23   law enforcement would have any effect on your ability to be

24   fair and impartial in considering the testimony of law

25   enforcement witnesses?

1         A PROSPECTIVE JUROR:  No, your Honor.

2         THE COURT:  You were asked if you had any opinions

3    or beliefs concerning law enforcement in general that would

4    make it difficult for you to evaluate evidence fairly and

5    impartially in accordance with the Court's instructions?  You

6    checked yes and you explained:  Most are doing a wonderful job

7    but there are many bad apples in services.

8         What did you mean by that?

9         A PROSPECTIVE JUROR:  Well, I don't want to

10   stereotype one particular officer but sometimes because of the

11   job, you know --

12        Can you repeat the question?

13        THE COURT:  You indicated with regard to law

14   enforcement officers your view that, that you have the view

15   that your beliefs about law enforcement officers in general

16   would make it difficult for you to evaluate the evidence

17   fairly and impartially in accordance with the Court's

18   instructions and you said most are doing a wonderful job but

19   there are many bad apples in services.  So my question is:

20   What do you mean by that?

21        A PROSPECTIVE JUROR:  Well, I guess over a period of

22   time when you do a job, sometimes when you get up in the

23   morning, you can do a job well and sometimes you can just take

24   a shortcut on the job and don't do it as well.  Sometimes a

25   person needs to retire.  Some people, they try to do a job for

Juror 308

1   20 years just to get a pension.  Sometimes a person is not

2   just qualified to take that full duration.

3              THE COURT:  So --

4              A PROSPECTIVE JUROR:  In other words I was saying

5   sometimes a person is just burnt out.

6              THE COURT:  I see.

7              Well, if there are law enforcement witnesses that

8   appear here, do you think that that perception that you have

9   whether it's valid or not valid, do you think your perception

10  would influence your consideration of the testimony of police

11  officers and FBI agents and other law enforcement people in

12  this trial?

13             A PROSPECTIVE JUROR:  I'm not sure.

14             THE COURT:  Anybody have another question?

15             MS. MERKL:  Yes, your Honor.

16             THE COURT:  All right.

17        **(Whereupon, the following took place at sidebar.)**

18             THE COURT:  I didn't even get into the death penalty

19  questions yet but based on that answer I naught there might be

20  a problem that's why I asked.

21             MS. MERKL:  Your Honor based on what we have heard

22  so far, the government doesn't see this as a problem.  We

23  would just ask if he could evaluate, do his best to evaluate

24  the credibility of witnesses and put whatever perceptions he

25  may have as to law enforcement aside.  If you probe into it a

1    little further, I think that might be helpful.

2              THE COURT:  So let me go on and ask the rest of the

3    questions.  Thank you.

4              (End of discussion at sidebar.)

5              THE COURT:  Now following up on your last answer,

6    let me just ask this.

7              Do you believe that you could set aside your views

8    on some law enforcement officers' motives and behavior and

9    evaluate the credibility of witnesses in this case based on

10   what you observe from them on the witness stand?

11             A PROSPECTIVE JUROR:  Yes, your Honor.

12             THE COURT:  Let me go over with you your views on

13   the death penalty.

14             You said if anyone kills another for no good reason,

15   then that person should die.  The eye for an eye rule should

16   be enforced.  Do unto others as you have them do on to you.

17   Treat them the say way as I treat you.

18             Is that your philosophy?

19             A PROSPECTIVE JUROR:  Yes, your Honor.

20             THE COURT:  Well, in this case the defendant is

21   accused of three crimes in an indictment.  They are the

22   intentional and deliberate murder of an individual, conspiracy

23   to commit the murder and a weapons charge in connection with

24   the other two charges.

25             Now, an indictment is only an accusation and the

1    defendant is presumed to be innocent under our system of law.

2    He doesn't have to prove he is innocent.  The government

3    always has the responsibility, the obligation of proving to

4    the jury beyond a reasonable doubt that the defendant is

5    guilty of the crimes that are charged.

6              Do you understand that?

7              A PROSPECTIVE JUROR:  Yes, your Honor.

8              THE COURT:  And the defendant doesn't have to

9    provide any evidence, the defendant doesn't have to testify,

10   and I would tell the jury that they can't hold that against

11   the defendant in any way or take that into consideration in

12   any way when they deliberate.

13             Will you follow my instructions?

14             A PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Now, if after the government presents

16   its evidence and I give you the law that you must apply to the

17   evidence and you go back with your fellow jurors and

18   deliberate, if the jury returns a verdict of guilty for the

19   intentional and deliberate murder of an individual, then and

20   only then will the jury be required to consider what the

21   penalty should be.  The normal penalty for that crime is life

22   in jail without the possibility of release.  That is the

23   normal penalty.

24             However, in this case the government is seeking a

25   more significant, more serious penalty which is the death

1   penalty which they have the right to seek in these

2   circumstances.  And they will present to the jury certain what

3   are called aggravating factors, evidence about the behavior

4   and background and record and circumstances of the defendant

5   that they think will convince the jury beyond a reasonable

6   doubt that the defendant should not receive the regular

7   penalty of life but should receive the more serious penalty of

8   death and the jury will have the opportunity to hear all this

9   evidence.

10          And also if the defense wishes to present evidence

11  about what we call mitigating factors, evidence that the

12  defense will say justifies the penalty of life in prison as

13  opposed to the death penalty, then the jury will have an

14  opportunity to consider all that evidence, the aggravating

15  factors, the mitigating factors to the extent it believes they

16  are relevant and decide what the penalty should be.  That is

17  the second part of the trial.

18          So we have the guilt part of the trial and if the

19  defendant is found guilty of intentional and deliberate

20  murder, we then have the penalty part of the trial.

21          Do you understand that?

22          A PROSPECTIVE JUROR:  Yes, your Honor.

23          THE COURT:  Now, the jury in the penalty part of the

24  trial is never required to impose the death penalty.  All 12

25  jurors must agree to impose the death penalty in order for the

1    death penalty to be imposed.  If even one juror decides that

2    the penalty should be life, then the penalty will be life.

3    Every juror has to make his or her own moral decision as to

4    what the penalty should be and before doing that each juror

5    should listen to the views of the other jurors but it's each

6    juror's job to make an independent determination.

7              Do you think that you can make an independent

8    determination of what the penalty should be in that situation?

9              A PROSPECTIVE JUROR:  Yes, your Honor.

10             THE COURT:  Now, in a case of someone convicted of

11   an intentional murder, a deliberate and intentional murder of

12   an individual, would you consider imposing the death penalty

13   in that situation?

14             A PROSPECTIVE JUROR:  Yes, your Honor.

15             THE COURT:  Would you consider imposing a life

16   sentence in that situation?

17             A PROSPECTIVE JUROR:  I'm not sure.

18             THE COURT:  Why not?

19             A PROSPECTIVE JUROR:  I don't think, if they take a

20   life, I don't know, an eye for an eye, a tooth for a tooth.

21   If you kill somebody, maybe you should have taken off this

22   earth.

23             THE COURT:  So --

24             A PROSPECTIVE JUROR:  Let me just interject this,

25   that is my opinion.  I don't want to be the one that throws

1    the switch.  I can make that opinion but I don't want to take

2    somebody's life in the process of doing it which I would be

3    doing.  In other words, I wouldn't want to push that button.

4              THE COURT:  So on the one hand, you believe that the

5    death penalty should always be imposed on someone who murders

6    another person?

7              A PROSPECTIVE JUROR:  Yes.

8              THE COURT:  On the other hand, you don't believe you

9    could vote for the death penalty if you are the 12th vote?

10             A PROSPECTIVE JUROR:  I was never put in that

11   position before, so I'm not sure how I would react to it.

12   It's almost like if you have a gun and you are going to shoot

13   somebody, you don't know if you can do it until you are

14   actually confronted with it.

15             THE COURT:  I appreciate your sharing your thoughts

16   with us and your concerns.  You are very thoughtful and we

17   appreciate hearing from you on these very, very important

18   matters.  We don't have any other questions.  Mr. Recoppa will

19   tell you what to do next.

20             Have a good afternoon, sir.

21             A PROSPECTIVE JUROR:  Thank you, your Honor.

22             THE COURT:  You are most welcome.

23             (Whereupon, a prospective juror exits the

24   courtroom.)

25             MR. JASPER:  Move to strike your Honor the juror is

Juror 308

1    substantially impaired.

2              MS. MERKL:  We consent.

3              THE COURT:  Juror 308 is substantially impaired and

4    he is struck on consent of the parties.

5              311 is next.

6              MS. MERKL:  Your Honor, this is, this juror I think

7    requires extra special attention on issues not relating to the

8    death penalty.

9              As indicated in our letter, the juror indicated

10   numerous points in his questionnaire that he had formed an

11   opinion about the case and the defendant and he noted in his

12   questionnaire that he reads Gangland News and he knew somebody

13   who was recently arrested in the LCN sweep that was conducted

14   by multiple officers in January.  So this juror seems like he

15   may have a lot of knowledge that is not necessarily going to

16   be in evidence.

17             THE COURT:  I'll ask him.

18             Why don't we start with that.

19             MR. GOLTZER:  Would your Honor also ask him if he

20   shared that knowledge with anybody else?

21             (Whereupon, a prospective juror entered the

22   courtroom.)

23             THE COURT:  Good afternoon, sir.

24             A PROSPECTIVE JUROR:  Good afternoon.

25             THE COURT:  You are juror number 311?

1       A PROSPECTIVE JUROR:  Yes.

2       THE COURT:  I remind you that you are still under

3  oath.

4       And let me just ask you between the time you filled

5  out the questionnaire and today, have you read or learned or

6  heard or been told anything about this case?

7       A PROSPECTIVE JUROR:  I read something in the paper

8  referring to it but I can't remember what.

9       THE COURT:  Now, without telling me who you work

10  for, what kind of work do you do?

11       A PROSPECTIVE JUROR:  Construction.

12       THE COURT:  Construction.

13       Are you currently employed?

14       A PROSPECTIVE JUROR:  Yes.

15       THE COURT:  Are you working for -- without telling

16  me who you are working for -- a company or a government

17  agency?

18       A PROSPECTIVE JUROR:  Government agency.

19       THE COURT:  How long have you been working for a

20  government agency?

21       A PROSPECTIVE JUROR:  12 years.

22       THE COURT:  Now, you indicated that you live in

23  Ozone Park?

24       A PROSPECTIVE JUROR:  Yes.

25       THE COURT:  How long have you lived there?

1    A PROSPECTIVE JUROR:  Since '82, '83.

2    THE COURT:  Did you grow up there?

3    A PROSPECTIVE JUROR:  Yes.

4    THE COURT:  In connection with growing up there, did

5    you have any contact with any persons who had -- who are

6    reputed to have a relationship with organized crime?

7    A PROSPECTIVE JUROR:  As I was growing up?

8    THE COURT:  Yes.

9    A PROSPECTIVE JUROR:  Yes.

10   THE COURT:  Who?

11   A PROSPECTIVE JUROR:  Well, one of those clubs was

12   right down the block from my house.

13   THE COURT:  There was a social club?

14   A PROSPECTIVE JUROR:  Yes, there was a social club.

15   THE COURT:  Did you know anyone who went to the

16   social club?

17   A PROSPECTIVE JUROR:  Yes.

18   THE COURT:  Were they neighbors of yours?

19   A PROSPECTIVE JUROR:  Not neighbors but they lived

20   in the neighborhood.

21   THE COURT:  And were you aware or did you think that

22   they were engaged in organized crime or associated with

23   organized crime?

24   A PROSPECTIVE JUROR:  Yes.

25   THE COURT:  Which one, both or one, one or the

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Juror 311

1    other?

2              A PROSPECTIVE JUROR:  I'm sure they were associated,

3    either one.

4              THE COURT:  I see.

5              Now, are you familiar with Gangland News?

6              A PROSPECTIVE JUROR:  Yes.

7              THE COURT:  Do you read it?

8              A PROSPECTIVE JUROR:  Not lately but I have before.

9              THE COURT:  Why don't you read it these days?

10             A PROSPECTIVE JUROR:  I don't buy the Daily News

11   anymore.  I think that it's associated with the Daily News.

12   I'm more into the New York Times now.

13             THE COURT:  So have you read any stories over time

14   in the Daily News and Gangland about this defendant?

15             A PROSPECTIVE JUROR:  Yes.

16             THE COURT:  So what have you read about this

17   defendant?

18             A PROSPECTIVE JUROR:  I read that he is associated

19   with, allegedly associated with a few murders in Brooklyn and

20   I think they gave the guy's name.  It was a story, something

21   like that.

22             THE COURT:  Anything else that you can recall about

23   that?

24             A PROSPECTIVE JUROR:  I think there is imprisonment

25   and -- there were just bits and pieces here and there, a few

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1    months in between there was always a story thrown in there.

2              THE COURT:  Did you share any of that information

3    with anybody else associated with the case, in other words,

4    with other potential jurors?

5              A PROSPECTIVE JUROR:  No.

6              THE COURT:  Does anyone have any other questions?

7              MS. MERKL:  No, your Honor.

8              MR. JASPER:  No questions, judge.

9              THE COURT:  I want to thank you for coming in.  You

10   have a nice day.

11             A PROSPECTIVE JUROR:  You too.

12             THE COURT:  Mr. Reccoppa will tell you what to do

13   next.

14             (Whereupon, a prospective juror exits the

15   courtroom.)

16             MS. MERKL:  Your Honor, based on the in-court voir

17   dire and the juror's questionnaire, the government would move

18   to have this jury excused for cause.

19             He indicated potential bias and lack of ability to

20   be fair and impartial multiple times in his questionnaire.

21   For the record, I would point to question 35, 39 B, question

22   51 B where he indicated that he had formed an opinion

23   regarding the defendant, question 52 D where he indicated he

24   had formed an opinion regarding this case, question 53 where

25   he indicated that it would be difficult to be fair and

Juror 311

1    impartial.

2            And although the juror apparently hasn't read

3    Gangland News recently, he does seem to have some beliefs,

4    true or not, that he learned from the media and we think he

5    has a potential severe bias or lack of impartiality with

6    regard to the case.

7            MR. JASPER:  Based on his honest candor in

8    answering, we consent to the excusal.

9            THE COURT:  Motion is granted.

10           Juror number 311 is substantially impaired and is

11   stricken.

12           312 is coming in on Monday.  313 is next.

13           (Whereupon, a prospective juror entered the

14   courtroom.)

15           THE COURT:  Please be seated, ma'am.

16           Good afternoon, you are juror number 313?

17           A PROSPECTIVE JUROR:  Yes.

18           THE COURT:  I remind you that you are still under

19   oath.

20           And let me ask you between the time you filled out

21   your questionnaire and today, have you read or heard or been

22   informed of anything about the case?

23           A PROSPECTIVE JUROR:  No.

24           THE COURT:  Now, you indicated for the last six

25   months you've worked in a movie theater, is that correct?

1          A PROSPECTIVE JUROR:  That's right.

2          THE COURT:  What job do you have in a movie theater?

3          A PROSPECTIVE JUROR:  Manager of the box office?

4          THE COURT:  Before that, what kind of work did you

5     do?

6          A PROSPECTIVE JUROR:  I worked in Chase Bank.

7          THE COURT:  How long were you at Chase?

8          A PROSPECTIVE JUROR:  Actually I was working for

9     Washington Mutual and Chase.  So I've been in banking for like

10    20 years.

11         THE COURT:  And they consolidated and some jobs were

12    lost, is that it?

13         A PROSPECTIVE JUROR:  No, actually I quit myself.

14         THE COURT:  And you served on a trial jury in a

15    civil case is that right?

16         A PROSPECTIVE JUROR:  Yes.

17         THE COURT:  And did you, without telling me what the

18    verdict was, did you deliberate to a verdict?

19         A PROSPECTIVE JUROR:  Yes, we did.

20         THE COURT:  Now, do you know what your employer's

21    policy is on paying for jury duty?

22         A PROSPECTIVE JUROR:  I got paid from my job here.

23         THE COURT:  You get paid?

24         A PROSPECTIVE JUROR:  I do.  I have to bring back

25    the check to the company if I get paid here.

Juror 313

1        THE COURT:  Do you know whether they will pay you

2   for the entire trial?

3        A PROSPECTIVE JUROR:  Yes.

4        THE COURT:  You indicated that your mother had been

5   robbed?

6        A PROSPECTIVE JUROR:  Yes.

7        THE COURT:  What were the circumstances of that?

8        A PROSPECTIVE JUROR:  She was robbed outside our

9   house and we did caught that person.

10       THE COURT:  Really?

11       A PROSPECTIVE JUROR:  Yes.

12       THE COURT:  I would like to ask you a few questions

13  about your views on the death penalty.

14       You said I have nothing against the death penalty.

15  They should have the same result as the victim if they kill

16  someone.

17       Is that your view about the death penalty?

18       A PROSPECTIVE JUROR:  Yes, that's right.

19       THE COURT:  And do you believe that the death

20  penalty should be imposed for anyone who commits an

21  intentional and deliberate murder?

22       A PROSPECTIVE JUROR:  Yes.

23       THE COURT:  Are there any exceptions?

24       A PROSPECTIVE JUROR:  No.

25       THE COURT:  Anything else?

1          MR. JASPER:  No questions, judge.

2          MS. MERKL:  No, your Honor.

3          THE COURT:  Thank you very much for coming in.

4          You have a nice day.

5          Mr. Reccoppa will tell you what to do next.

6          A PROSPECTIVE JUROR:  Thank you.

7          (Whereupon, a prospective juror exits the

8    courtroom.)

9          MR. JASPER:  Move to --

10         THE COURT:  Do you have a motion?

11         MR. JASPER:  Yes, your Honor, move to strike for

12   cause, judge.

13         MS. MERKL:  No objection.

14         THE COURT:  All right, juror number 313 is struck

15   for cause.  She is substantially impaired because she is not

16   life qualified.

17         314.

18         (Whereupon, a prospective juror entered the

19   courtroom.)

20         THE COURT:  Good afternoon.

21         Please be seated, ma'am, welcome.

22         You are juror number 314, is that right?

23         A PROSPECTIVE JUROR:  Yes.

24         THE COURT:  And I remind you that you are still

25   under oath.

Juror 313

1          Let me ask you between the time you filled out this

2   questionnaire and today, have you learned, heard, read, been

3   advised of anything about this case?

4          A PROSPECTIVE JUROR:  No.

5          THE COURT:  Now, you missed a question and I'll ask

6   you the question.

7          A PROSPECTIVE JUROR:  Okay.

8          THE COURT:  Do you have any unusual financial

9   hardship or other serious problem that would prevent you from

10  serving as a juror in this case?

11         A PROSPECTIVE JUROR:  No, but I have a mortgage to

12  pay.

13         THE COURT:  Tell me what the problem would be.  You

14  said you are a civil service benefit examiner, is that right?

15         A PROSPECTIVE JUROR:  Yes.

16         THE COURT:  And without telling me who you work for,

17  do you work for a government agency?

18         A PROSPECTIVE JUROR:  Yes, I work for the City of

19  New York.

20         THE COURT:  The City of New York pays you during

21  your jury duty, doesn't it?

22         A PROSPECTIVE JUROR:  Yes.

23         THE COURT:  So you'll be able to pay your mortgage

24  because you are going to get paid for your job while you are a

25  juror, correct?

1        A PROSPECTIVE JUROR:  Yes.

2        THE COURT:  Is there some other reason why you said

3    I have a mortgage to pay?

4        A PROSPECTIVE JUROR:  Because I'm behind like a

5    month or two.

6        THE COURT:  There is a question here:  As a result

7    of your exposure to the media, is there any reason why you can

8    not be fair and impartial in this case?

9        A PROSPECTIVE JUROR:  I think I am because if

10    anybody is killed, as you told us before, I believe the

11    judgment has to be served.  So I don't believe in prolonging

12    anything if they find somebody killed somebody.

13        THE COURT:  Do you have any concerns about the Mafia

14    that would make it hard for you to be a fair and impartial

15    juror?

16        A PROSPECTIVE JUROR:  I don't think I have anything

17    I can say about Mafia, I think if somebody killed somebody.

18        THE COURT:  Then what?

19        A PROSPECTIVE JUROR:  They should kill that person

20    or give the --

21        THE COURT:  You said give some kind of judgment?

22        A PROSPECTIVE JUROR:  Like the punishment, you know,

23    severe punishment.

24        THE COURT:  If someone is convicted of intentionally

25    and deliberately committing murder, what do you think the

Juror 313

1    punishment should be?

2            A PROSPECTIVE JUROR:  Anything severe.

3            THE COURT:  Anything severe?

4            A PROSPECTIVE JUROR:  Yes.

5            THE COURT:  Let me ask you; one of the options in

6    this case if the defendant is found guilty of intentional and

7    deliberate murder is that the defendant may be sentenced to

8    life in jail without the possibility of parole or release.

9            Is that a severe punishment in your mind?

10           A PROSPECTIVE JUROR:  I just don't know, I can't.

11           THE COURT:  You can't what?

12           A PROSPECTIVE JUROR:  It depends on what the judge

13   wants to do.

14           THE COURT:  The judge doesn't have anything to do

15   with it.  It's up to the jury.

16           MR. GOLTZER:  May we have a sidebar.

17           THE COURT:  Do you want a sidebar?

18           No questions.

19           MR. GOLTZER:  No questions.

20           THE COURT:  Do you least admire your pastor?

21           A PROSPECTIVE JUROR:  What?

22           THE COURT:  It says other than friends and

23   relatives, please list the three people you least admire, and

24   you wrote down:  My pastor.

25           Do you not like your pastor?

```
 1              A PROSPECTIVE JUROR:  I love my pastor.  I like my

 2      pastor.

 3              THE COURT:  Thank you very much for coming in.

 4              Mr. Reccoppa will tell you what to do next.

 5              You have a nice day.

 6              A PROSPECTIVE JUROR:  Thank you.

 7              THE COURT:  You are most welcome.

 8              (Whereupon, a prospective juror exits the

 9      courtroom.)

10              THE COURT:  Can I make an observation?

11              MS. MERKL:  Yes, your Honor.

12              THE COURT:  This juror is totally confused.

13              MR. GOLTZER:  We agree.

14              MS. MERKL:  We agree.

15              THE COURT:  And would not be able to follow the

16      evidence or the law in this case and is substantially

17      impaired.

18              Do you agree?

19              MS. MERKL:  We agree.

20              THE COURT:  Do you agree?

21              MR. GOLTZER:  I do.

22              And our wonderful jury expert happened to notice,

23      Ms. Bochnak noticed that she was literally hiding her face

24      from the defense table.

25              MS. MERKL:  And from the government.
```

Juror 313

```
 1            THE COURT:  Juror 314 is struck for cause on consent
 2   of the parties.
 3            319.
 4            (Whereupon, a prospective juror entered the
 5   courtroom.)
 6            THE COURT:  Please be seated.
 7            You are juror number 319, is that right?
 8            A PROSPECTIVE JUROR:  Yes.
 9            THE COURT:  And I remind you that you are still
10   under oath.
11            And let me ask you since you filled out this
12   questionnaire until today, have you read or learned or been
13   advised of anything about this case?
14            A PROSPECTIVE JUROR:  No.
15            THE COURT:  Okay.
16            You are unemployed?
17            A PROSPECTIVE JUROR:  Yes.
18            THE COURT:  Have you -- how long have you been
19   unemployed?
20            A PROSPECTIVE JUROR:  Since August of last year.
21            THE COURT:  Since August?
22            A PROSPECTIVE JUROR:  Yes.
23            THE COURT:  So what kind of job did you have when
24   you were employed?
25            A PROSPECTIVE JUROR:  I was an administrative
```

1    assistant for a fashion company.

2            THE COURT:  And you were laid off?

3            A PROSPECTIVE JUROR:  Yes.

4            THE COURT:  How long did you do that job?

5            A PROSPECTIVE JUROR:  Like four months.

6            THE COURT:  Before that?

7            A PROSPECTIVE JUROR:  I was in school.

8            THE COURT:  It's hard to find a job these days?

9            A PROSPECTIVE JUROR:  Yes.

10           THE COURT:  Let me ask you some questions about your

11   views on the death penalty.

12           You said that I don't feel like anyone should be put

13   to death unless that person has killed a substantial amount of

14   people, killing one person is a crime but time can be served

15   and the person can live their life.  Killing multiple people

16   shows that you knew what you were going and don't care.  And

17   by multiple, I mean hundreds.

18           Is that your view about the death penalty?

19           A PROSPECTIVE JUROR:  Yes.

20           THE COURT:  Is there a minimum number that would be

21   necessary for you to impose the death penalty, minimum number

22   of murders?

23           Do you have a number in mind?

24           A PROSPECTIVE JUROR:  No.

25           THE COURT:  If someone -- if there is evidence that

1    someone has committed several murders, separate from each

2    other over time, would that be sufficient for you to impose

3    the death penalty?

4              A PROSPECTIVE JUROR:  No.

5              THE COURT:  How long have you held these views?

6              A PROSPECTIVE JUROR:  I was in high school.

7              THE COURT:  Is there any type of mass murder that

8    you would be particularly inclined to impose the death penalty

9    for?

10             A PROSPECTIVE JUROR:  Probably like -- I don't know

11   the name of it, what happened in Africa.  The genocide.

12             THE COURT:  So for genocide you would impose the

13   death penalty?

14             A PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Are there other questions?

16             MR. GOLTZER:  No, your Honor.

17             MS. MERKL:  No, your Honor.

18             THE COURT:  Thank you very much for coming in.

19             Mr. Reccoppa will tell you what to do next.

20             (Whereupon, a prospective juror exits the

21   courtroom.)

22             MS. MERKL:  Your Honor, the government would move to

23   excuse Juror 319 for cause based on her substantial impairment

24   with regard to death penalty.

25             MR. GOLTZER:  Consent.

1          THE COURT:  Number 319 is struck.  The motion is

2   granted.  She is substantially impaired in that she is not

3   death qualified.

4          Next one, 321.

5          The last one.

6          MR. GOLTZER:  Question 72, your Honor.

7          THE COURT:  Okay.

8          MR. GOLTZER:  I read that as a problem, the

9   defendant not testifying.

10         (Whereupon, a prospective juror entered the

11  courtroom.)

12         THE COURT:  Please be seated, sir.

13         Good afternoon.

14         A PROSPECTIVE JUROR:  Good afternoon.

15         THE COURT:  Welcome.

16         You are juror number 321?

17         A PROSPECTIVE JUROR:  That's correct, sir.

18         THE COURT:  Very well.

19         And I remind you that you are still under oath.

20         Let me ask you between the time you filled out the

21  questionnaire and today, did you learn, read, hear or were you

22  told anything about the case?

23         A PROSPECTIVE JUROR:  I'll be honest with you, sir,

24  a few people that told me about a few things that were in the

25  paper.

```
 1              THE COURT:  What did they tell you?

 2              A PROSPECTIVE JUROR:  Well, I have a brother-in-law

 3    who is retired from the job.

 4              THE COURT:  What kind of job?

 5              A PROSPECTIVE JUROR:  The police department.  My

 6    last brother-in-law just retired a couple of weeks ago from

 7    homicide detective in the South Bronx, in the Bronx and he is

 8    actually from Throgs Neck section.  And he told me there was a

 9    thing in the paper, he is familiar with Mr. Basciano and there

10    was things in the paper about the paper clips or the ties,

11    stuff like that.

12              THE COURT:  Did anyone mention anything else about

13    Mr. Basciano to you?

14              A PROSPECTIVE JUROR:  No.

15              THE COURT:  Are there any other questions?

16              MR. GOLTZER:  No.

17              MS. MERKL:  No, your Honor.

18              THE COURT:  Thank you for being so candid.

19              Mr. Reccoppa will tell you what to do next.

20              You have a nice day, sir.

21              A PROSPECTIVE JUROR:  Thank you.

22              THE COURT:  You are most welcome.

23              (Whereupon, a prospective juror exits the

24    courtroom.)

25              THE COURT:  Well that was the first mention of the
```

Juror 319

1    Throgs Neck section of the Bronx.

2              MS. MERKL:  And his brother-in-law is a homicide

3    detective there.

4              I was expecting a whole story about his involvement

5    in certain investigations.

6              MR. GOLTZER:  I want to thank your Honor for asking

7    him what the job was.

8              THE COURT:  I've heard that term of art used but I

9    wanted to make sure he and I shared the same definition of the

10   job.

11             There is a motion.

12             MR. GOLTZER:  We move to strike him for cause based

13   upon his exposure to extra information and his closeness to a

14   homicide detective who gave it to him.

15             MS. MERKL:  We consent under the circumstances.

16             THE COURT:  Number 321 is struck.  He was

17   substantially impaired for the reasons set forth by the

18   parties on consent.

19             On Monday we have 21.  I think that it would be

20   important for the parties to expedite their consideration of

21   the additional questionnaires that have been filled out

22   because at the end of Monday, we'll be up to 363 and we're not

23   having very much luck lately with these interviews even though

24   the parties have already struck on consent more than half of

25   the first 600.

1        And we also have the Tuesday interviewees which go

2   up to 401.  So we'll be done with two-thirds, about two-thirds

3   of the first group.

4        Once we're into midweek, we're going to have to

5   decide whether we want to bring in more potential jurors and

6   we'll take a look at what the numbers are, you can do the same

7   thing, we all have the same information.

8        I'm just concerned that we may run out of potential

9   jurors before we are up -- before we are at or beyond the

10  magic number which I would say is at least 76.

11       MR. GOLTZER:  We're not even halfway there.

12       THE COURT:  That's right.  We are not even halfway

13  there and I am very concerned about it but I think that we can

14  expedite it.  That way it puts a lot of burden on you all but

15  we still have to do it so that we can move into the trial

16  phase of this case.

17       I have a few things.

18       Do you have something?

19       You are standing.

20       MS. MERKL:  No.

21       THE COURT:  Please be seated.

22       The defendant has moved to strike juror 289 for

23  cause on the ground that her reported concern for her privacy

24  substantially impairs her ability to serve as a juror.

25       The Court does not believe that this juror is in any

1    way impaired in her ability to serve as a juror in this case.

2              The Court notes that unlike some other jurors who

3    have affirmatively raised the issue of safety concerns to the

4    Court during voir dire, juror 289 never mentioned the issue

5    during extensive voir dire.

6              During her entire questioning, she was thoughtful

7    and direct and in no way did she demonstrate that safety

8    concerns would enter into her service as a juror.

9              The issue was only raised upon request of defense

10   counsel.  When asked what this juror meant in questionnaire

11   question 122, when she stated quote "Just my privacy as a

12   juror," end quote, this juror mentioned that she was concerned

13   that with press exposure, her identity may become known.

14             The Court agrees with defense counsel that juror 289

15   seemed skeptical as first as to whether the Court would take

16   sufficient steps for maintain her anonymity, however, after

17   the Court advised her that sufficient steps would be taken,

18   this juror appeared less concerned.

19             Moreover, while this juror stated concern with her

20   anonymity, she in no way indicated that this concern would

21   affect her service as a juror.

22             The Court also takes note that this jury is not yet

23   aware of all the steps that the Court and the Marshals Service

24   will take to protect her anonymity, such as partial

25   sequestration.  These steps are likely to mitigate any concern

1    she has with anonymity.

2            The Court also notes that in the very question and

3    answer in which the juror raised the issue of anonymity, she

4    answered quote "no," end quote when asked quote:  "Is there

5    anything about the nature of the charges or the facts of the

6    case as they have been explained to you thus far that would

7    affect your ability to be a fair and impartial juror in this

8    case," end quote.

9            Consequently, the Court finds that there is no basis

10   to conclude that juror 289 is substantially impaired.

11           The motion to strike is denied.

12           On another issue, I would like to share with you the

13   Court's analysis and decision.

14           Defense counsel has requested that the court ask

15   about combinations of potential aggravating factors rather

16   than asking about potential aggravating factors individually.

17           The court has already ruled on this motion in its

18   opinion of February 4, 2011.  That previous order held as

19   follows.  "Part of the guarantee of a defendant's right to an

20   impartial jury is an adequate voir dire to identify

21   unqualified jurors."  Morgan v. Illinois, 504 U.S. 719, 729

22   (1992).

23           The proper standard for determining when a

24   prospective juror may be excluded for cause because of his or

25   her views on capital punishment is whether the juror's views

1   would prevent or substantially impair the performance of his

2   duties as a juror in accordance with his instructions and his

3   oath."   Morgan v Illinois at 728 citing Wainwright v. Witt,

4   469 U.S. 412, 424 (1985)

5              In Morgan, the Supreme Court held that a defendant

6   charged with a capital crime must have the ability to

7   challenge a potential juror for cause if he would

8   automatically vote to impose the death penalty if the

9   defendant were convicted.  504 U.S. at 729.

10             As the Morgan Court reasoned, a juror who will

11   automatically vote for the death penalty in every case will

12   fail in good faith to consider the evidence of aggravating and

13   mitigating circumstances as the instructions require him to

14   do.

15             Indeed, because such a juror has already formed an

16   opinion on the merits, the presence or absence of either

17   aggravating or mitigating circumstances is entirely irrelevant

18   to such a juror.

19             Quoting Morgan v Illinois, defendants must be

20   permitted to ask potential jurors questions that will

21   effectively reveal any such biases.  As this court has

22   previously held, "certain case-specific questions can be

23   appropriate in capital voir dire.

24             Such questions may be proper, indeed necessary, if

25   they deal with subject matter that would demonstrate

1    impermissible bias on the part of a juror."  United States

2    v. Wilson, 493 F. Supp. 2d 402, 404-05 (E.D.N.Y. 2006) (citing

3    United States v. Fell, 372 F. Supp. 2d 766, 770 (D. Vt.

4    2005)).

5              As the Fell court held, "if properly formed,

6    case-specific questions help  identify various forms of juror

7    bias.  For example, a juror might be excused for cause if he

8    or she could not fairly consider the death penalty where the

9    victim was involved in drug crimes."  372 F. Supp 2d at 771;

10   see also United States v. Johnson, 366 F. Supp. 2d 822,

11   848-49 (N.D. Iowa 2005).

12             Accordingly, the court will permit Basciano to

13   include case-specific questions in the jury questionnaire so

14   long as they are phrased so as to serve a legitimate purpose;

15   see Johnson, 366 F. Supp. 2d at 849.

16             While the court will permit Basciano to include

17   case-specific questions in the jury questionnaire, the court

18   will only permit such inclusion if the questions are

19   reformulated so as to best serve the purpose of revealing

20   juror bias.

21             Basciano's proposed questions ask proposed jurors to

22   consider whether a combination of likely aggravating factors

23   together will cause the juror to be unable to consider life in

24   prison.

25             A question combining aggravators together does not

1   effectively reveal juror bias and instead requires potential

2   jurors to prejudge and reveal how they will weigh the evidence

3   at the penalty phase.

4          In accordance with this ruling, the court included

5   individual potential aggravators in the questionnaire and has

6   repeatedly asked about them during in-court voir dire.

7   Despite this court's previous ruling on the issue, and defense

8   counsels' repeated representation that they were satisfied

9   with asking potential aggravating factors individually,

10  defense counsel has now changed its mind.  The court has not.

11  Contrary to the Defendant's suggestion of yesterday, no

12  plausible reading of the constitution, the case law, or United

13  States v. Johnson, 366 F. Supp. 2d 822 (N.D. Iowa 2005) and

14  United States v. Fell, 372 F. Supp. 2d 766 (D. Vt. 2005),

15  compels the conclusion that constitutionally-effective voir

16  dire requires asking about potential aggravating factors in

17  combination.

18         The court previously noted that there is little

19  authority for the proposition that due process requires the

20  court to ask about the effect that specific potential

21  aggravating factors would have on a juror's deliberation at

22  the penalty phase.

23         The court nonetheless, found that the Defendant

24  could more fully route out circumstances in which the jurors

25  would be unable to follow the court's instructions and

1    consider and weigh all mitigating and aggravating factors by

2    asking the jurors whether potentially inflammatory aggravating

3    factors such as the conspiracy to kill a federal prosecutor

4    would cause them to disregard mitigating factors and

5    automatically vote for the death penalty. However, just

6    because the court afforded Defendant this already generous

7    right does not mean the court must open the door entirely to

8    an all-out testing of how jurors will weigh aggravating

9    factors in combination.

10           While the court found it reasonable that some jurors

11   could conceivably have a bias toward some particular

12   aggravating factor such that the presence of that factor would

13   cause a juror to violate their oath to follow the law that

14   demands weighing all mitigating and aggravating factors, the

15   court finds a far less serious concern that a juror could hear

16   a particular combination and have a prejudice to that

17   combination such that they could not consider mitigating

18   evidence.

19           Rather, asking a juror how they would react to a

20   combination of aggravating factors is asking those jurors to

21   weigh the aggravators in the absence of any other facts and

22   prejudge the case. Of course the court could phrase the

23   question as "could you still consider mitigating factors," but

24   this would tell little about juror's actual bias, and would

25   rather just test their ability to participate in an abstract

1    and highly speculative thought experiment.

2              The court also deems it inappropriate to ask

3    combinations of aggravators along with combinations of

4    mitigators, which have been submitted to the court by the

5    Defendant.

6              While this would reduce the problem of aggravators

7    being considered in a vacuum, it would only compound the

8    problem of asking jurors to prejudge the case by weighing

9    mitigators and aggravators in advance staking out their

10   positions.

11             If the constitution required inquiry into the effect

12   of combined aggravators in this case, the court sees no

13   principled basis upon which to distinguish this case from

14   every other federal death penalty case in which the government

15   planned to present multiple aggravators.

16             In other cases, as in this one, the argument could

17   be made that if hearing a particular set of aggravators would

18   cause a potential juror to say that they could not consider

19   mitigating evidence, then these jurors would be substantially

20   impaired.  However, the law on capital voir dire does not

21   support such a broad reading of the constitution and this

22   court sees no justification broaden it so drastically.

23             The court's position is clear, Defense counsel's

24   objection has been made and is reserved, and it need not be

25   raised again.

1            Is there else for today?

2                 MS. MERKL:  No, your Honor.

3                 THE COURT:  Anything else for today?

4                 MR. GOLTZER:  Very briefly, I want TO alert the

5    Court if I may to an issue that may arise Monday or Tuesday.

6                 We have submitted a letter to the government which

7    was ECFed requesting an unredacted roster for 11 South at the

8    MCC for the period that Mr. Basciano was there and during the

9    period that the issue of the list, the so-called list arose.

10                The government has not yet responded to the letter.

11                MS. MERKL:  That is not accurate.

12                THE COURT:  Just let him finish.

13                MR. GOLTZER:  I haven't received the response.

14                THE COURT:  Please finish, Mr. Goltzer.

15                MR. GOLTZER:  I have not seen or received the

16   response to my letter.  It's on ECF I'll read it.  If there is

17   a need for further action, I'll take it.  If not, I won't.

18                I am now advised for the first time it's on there.

19                MS. MERKL:  The government requested that the

20   defense provide the Bates numbers for the discovery materials

21   that they are referring to in our letter that was filed a

22   couple of days ago filed by Ms. Argentieri.

23                We are not sure which documents they are looking

24   for.  There are over 10,000 pages of discovery materials.  If

25   we have an unredacted list and it is appropriate for

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1    disclosure under Rule 16, we will provide it.

2           If we do not have such a list, the defense will have

3    to subpoena it from the Bureau of Prisons, your Honor.

4           MR. GOLTZER:  We will act accordingly.

5           THE COURT:  On Monday, we'll start add 9:30.

6           Have a good weekend, everybody.

7           (Whereupon, the trial was adjourned to Monday,

8    March 21, 2011 at 9:30 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'69 [1]  1691/2
'82 [1]  1773/1
'83 [1]  1773/1

-

-------------------------------x [2]
1683/2 1683/8

# 0

05 [2]  1683/3 1794/2
060 [1]  1683/3

# 1

10 [1]  1755/4
10,000 [1]  1798/24
106 [3]  1740/24 1740/25 1741/6
107 [1]  1739/19
11 [1]  1798/7
11201 [3]  1683/6 1683/15 1683/23
12 [13]  1689/19 1704/9 1715/17
1720/14 1730/7 1734/19 1755/14
1755/18 1755/23 1756/1 1757/25
1768/24 1772/21
122 [3]  1710/3 1740/9 1791/11
12th [1]  1770/9
15 [1]  1730/10
16 [1]  1799/1
18 [1]  1683/9
1969 [3]  1690/16 1690/18 1691/11
1970 [1]  1690/18
1985 [1]  1793/4
1990s [1]  1753/24
1992 [1]  1792/22
1:00 [1]  1748/18

# 2

20 [3]  1761/5 1765/1 1777/10
2000 [1]  1731/13
2001 [1]  1731/14
2003 [1]  1732/6
2004 [1]  1689/21
2005 [5]  1700/23 1794/4 1794/11
1795/13 1795/14
2006 [2]  1700/23 1794/2
2011 [3]  1683/9 1792/18 1799/8
21 [3]  1700/13 1789/19 1799/8
225 [2]  1683/5 1683/22
23 [2]  1688/14 1688/18
24 [3]  1688/15 1688/16 1688/18
2529 [1]  1683/23
255 [4]  1695/13 1699/20 1700/4 1707/1
2630 [1]  1683/23
268 [10]  1684/11 1684/12 1684/18
1684/23 1685/1 1685/4 1685/10
1685/14 1685/20 1685/24
288 [5]  1687/16 1687/18 1687/25
1688/2 1695/10
289 [12]  1695/12 1695/14 1725/2
1725/2 1725/3 1725/4 1728/16 1728/22
1790/22 1791/4 1791/14 1791/15
29 [1]  1697/7
292 [4]  1695/15 1695/16 1696/5
1699/18
296 [3]  1707/4 1707/8 1710/6
298 [3]  1710/9 1710/13 1713/15
2:00 so [1]  1749/1
2:20 [1]  1749/2
2:30 p.m [1]  1750/2
2d [7]  1794/2 1794/3 1794/9 1794/10
1794/15 1795/13 1795/14

# 3

30 [1]  1685/16

300 [3]  1713/21 1714/2 1724/19
302 [4]  1725/1 1725/3 1725/10 1728/15
306 [3]  1725/3 1748/17 1748/19
1748/20 1752/3 1752/12 1752/11
1760/10
308 [2]  1760/12 1760/17 1771/3
311 [3]  1771/5 1771/25 1776/10
312 [1]  1776/12
313 [3]  1776/12 1776/16 1779/14
314 [3]  1779/17 1779/22 1784/1
319 [4]  1784/3 1784/7 1786/23 1787/1
321 [3]  1787/4 1787/16 1789/16
35 [2]  1762/15 1775/21
363 [1]  1789/22
366 [3]  1794/10 1794/15 1795/13
372 [3]  1794/3 1794/9 1795/14
374 [1]  1683/22
39 [1]  1775/21

# 4

40 [1]  1753/5
401 [1]  1790/2
402 [1]  1794/2
404-05 [1]  1794/2
412 [1]  1793/4
424 [1]  1793/4
469 [1]  1793/4
49 [1]  1794/11
493 [1]  1794/2

# 5

504 [2]  1792/21 1793/9
51 [1]  1775/22
52 [1]  1775/23
53 [1]  1775/24
58 [1]  1695/18

# 6

600 [1]  1789/25
613-2529 [1]  1683/23
613-2630 [1]  1683/23

# 7

718 [2]  1683/23 1683/23
719 [1]  1792/21
72 [1]  1787/6
728 [1]  1793/3
729 [2]  1792/21 1793/9
76 [1]  1790/10
766 [2]  1794/3 1795/14
770 [1]  1794/3
771 [1]  1794/9

# 8

822 [2]  1794/10 1795/13
848-49 [1]  1794/11
849 [1]  1794/15

# 9

9:30 [2]  1683/10 1799/5
9:30 a.m [1]  1799/8

# A

a.m [2]  1683/10 1799/8
ability [20]  1684/14 1684/16 1685/6
1690/8 1690/21 1692/8 1694/15
1697/21 1698/12 1709/6 1740/10
1745/5 1747/23 1763/23 1775/19
1790/24 1791/1 1792/7 1793/6 1796/25
able [15]  1685/20 1685/24 1705/7
1709/1 1709/23 1715/2 1716/9 1721/18
1735/10 1740/7 1741/16 1741/19
1742/11 1780/23 1783/15
about [110]  1687/6 1687/8 1688/7

1690/7 1691/5 1692/5 1693/9 1693/18
1694/1 1694/2 1695/5 1696/9 1696/16
1696/16 1696/17 1697/20 1698/4
1698/8 1700/10 1702/11 1704/7
1705/13 1705/17 1707/14 1707/16
1710/19 1711/3 1711/11 1711/18
1711/21 1712/22 1714/9 1714/14
1714/15 1714/16 1714/19 1714/24
1715/17 1716/22 1721/9 1721/11
1723/9 1725/16 1727/8 1727/12
1728/10 1729/2 1729/7 1729/18
1729/20 1731/3 1731/6 1732/8 1732/8
1732/17 1734/12 1734/21 1736/7
1738/6 1740/18 1741/4 1742/3 1742/12
1745/3 1746/3 1746/8 1746/20 1747/6
1747/10 1747/13 1747/15 1748/18
1751/14 1751/16 1752/12 1757/13
1757/19 1759/22 1760/23 1764/15
1768/3 1768/11 1771/11 1772/6
1774/14 1774/16 1774/22 1776/22
1778/13 1778/17 1780/3 1781/13
1781/17 1784/13 1785/10 1785/18
1787/22 1787/24 1788/10 1788/12
1789/4 1790/2 1790/13 1792/5 1792/15
1792/16 1795/6 1795/16 1795/20
1796/24
above [1]  1697/24
absence [2]  1793/10 1796/21
absolutely [1]  1748/12
abstract [1]  1796/25
abuse [2]  1708/16 1718/4
accept [1]  1721/25
access [3]  1687/5 1729/17 1751/13
accident [3]  1689/22 1732/2 1732/8
accommodate [1]  1686/3
accordance [5]  1697/22 1764/5 1764/17
1793/2 1795/4
accordingly [2]  1794/12 1799/4
account [3]  1735/19 1735/21 1743/11
accounting [1]  1761/9
accounts [3]  1687/5 1729/17 1751/13
accurate [3]  1702/3 1759/25 1798/11
accusation [2]  1756/14 1766/25
accused [4]  1702/16 1702/17 1733/4
1766/21
across [1]  1711/8
act [1]  1799/4
action [1]  1798/17
actions [2]  1736/10 1736/17
active [1]  1761/24
activities [4]  1704/8 1734/13 1744/22
1757/14
activity [1]  1761/23
acts [1]  1732/20
actual [1]  1796/24
actually [4]  1770/14 1777/8 1777/13
1788/8
add [2]  1751/21 1799/5
added [1]  1745/7
addition [5]  1687/4 1695/22 1724/22
1729/16 1751/12
additional [1]  1789/21
address [1]  1745/21
adequate [2]  1750/18 1792/20
adherence [1]  1687/14
adjourned [1]  1799/7
administrative [1]  1784/25
admire [2]  1782/20 1782/23
adult [1]  1718/23
advance [1]  1797/9
advise [1]  1686/14
advised [7]  1707/13 1729/1 1745/14
1780/3 1784/13 1791/17 1798/18
affairs [1]  1708/13

affect [3] 1745/5 1791/21 1792/7
affects [2] 1694/15 1698/10
affirmatively [1] 1791/3
afforded [1] 1796/6
Africa [1] 1786/11
after [15] 1711/11 1719/17 1720/13
1722/14 1722/14 1725/2 1733/8
1744/13 1748/20 1750/6 1750/8 1757/1
1757/23 1767/15 1791/16
afternoon [15] 1725/8 1725/9 1728/21
1748/20 1750/1 1750/24 1760/15
1760/16 1770/20 1771/23 1771/24
1776/16 1779/20 1787/13 1787/14
again [4] 1718/15 1744/19 1755/24
1797/25
against [9] 1703/10 1710/2 1736/20
1742/13 1750/13 1756/12 1756/20
1767/10 1778/14
age [1] 1740/5
agency [5] 1697/10 1772/17 1772/18
1772/20 1780/17
agents [1] 1765/11
ages [1] 1730/7
aggravating [26] 1704/7 1704/16
1704/23 1720/3 1734/12 1735/7 1742/7
1742/13 1743/13 1757/13 1768/3
1768/14 1792/15 1792/16 1793/12
1793/17 1794/22 1795/9 1795/16
1795/21 1796/1 1796/2 1796/8 1796/12
1796/14 1796/20
aggravators [11] 1740/20 1740/22
1794/25 1795/5 1796/21 1797/3 1797/6
1797/9 1797/12 1797/15 1797/17
ago [7] 1689/17 1711/11 1714/13
1714/13 1731/12 1788/6 1798/22
agree [13] 1694/12 1712/24 1734/19
1755/14 1755/18 1756/2 1757/25
1768/25 1783/13 1783/14 1783/18
1783/19 1783/20
agreeable [1] 1748/21
agrees [1] 1791/14
ahead [1] 1727/14
aid [2] 1697/17 1697/18
alert [1] 1798/4
alias [1] 1727/21
all [44] 1685/21 1686/4 1686/6 1687/19
1687/23 1697/24 1699/23 1702/10
1703/1 1704/9 1706/11 1720/13
1720/14 1721/10 1721/13 1723/24
1724/5 1727/19 1729/5 1730/7 1733/15
1734/19 1735/1 1739/4 1741/9 1745/13
1745/17 1753/14 1755/13 1755/18
1756/1 1757/25 1760/9 1765/16 1768/8
1768/14 1768/24 1779/14 1790/7
1790/14 1791/23 1796/1 1796/8
1796/14
all-out [1] 1796/8
ALLAN [1] 1683/22
alleged [1] 1738/9
allegedly [1] 1774/19
almost [2] 1762/13 1770/12
along [1] 1797/3
already [12] 1694/9 1703/19 1705/6
1705/25 1721/16 1722/3 1735/9 1736/3
1789/24 1792/17 1793/15 1796/6
also [22] 1685/10 1686/13 1689/21
1689/24 1713/10 1725/25 1727/7
1738/9 1739/19 1739/22 1739/25
1740/6 1740/9 1745/14 1758/22
1768/10 1771/19 1790/1 1791/22
1792/2 1794/10 1797/2
alternate [1] 1686/14

although [4] 1685/10 1717/13 1748/7
1776/2
always [24] 1703/5 1705/2 1705/13
1706/2 1719/11 1721/4 1721/19 1733/1
1733/3 1733/17 1735/25 1736/5 1736/6
1737/1 1737/15 1737/15 1737/17
1737/18 1738/23 1739/1 1756/22
1767/3 1770/5 1775/1
am [5] 1714/3 1732/19 1781/9 1790/13
1798/18
AMERICA [2] 1683/2 1684/2
American [1] 1716/2
amount [1] 1785/13
analysis [1] 1792/13
anonymity [5] 1791/16 1791/20 1791/24
1792/1 1792/3
anonymous [1] 1747/5
another [10] 1706/1 1718/16 1722/4
1736/4 1736/22 1745/2 1765/14
1766/14 1770/6 1792/12
answer [13] 1688/23 1695/7 1708/14
1717/22 1717/23 1726/20 1737/5
1737/20 1743/4 1743/17 1765/19
1766/5 1792/3
answered [4] 1692/11 1697/16 1701/7
1792/4
answering [1] 1776/8
answers [3] 1685/20 1748/10 1751/2
anti [1] 1695/23
anti-death [1] 1695/23
anxiety [1] 1693/11 1693/12 1693/13
1693/14 1693/15 1694/9 1699/14
anxious [1] 1695/5
any [100] 1684/16 1685/5 1685/11
1685/14 1686/2 1686/10 1686/15
1686/15 1687/2 1687/3 1687/5 1687/6
1687/10 1687/11 1687/11 1690/21
1691/5 1692/7 1692/12 1694/20
1698/23 1702/20 1702/24 1702/24
1703/5 1703/10 1704/15 1705/1
1708/15 1709/1 1709/11 1711/5
1716/10 1716/11 1716/13 1718/7
1719/5 1719/10 1721/3 1721/11
1722/17 1726/22 1727/23 1728/6
1729/13 1729/14 1729/17 1729/18
1729/22 1729/23 1729/23 1731/20
1732/25 1733/13 1733/14 1736/25
1742/13 1743/21 1744/3 1745/21
1745/25 1746/9 1750/10 1751/9
1751/10 1751/13 1751/14 1751/18
1751/18 1751/19 1751/21 1751/25
1756/21 1756/21 1758/24 1759/8
1759/8 1759/23 1762/17 1763/23
1764/2 1767/9 1767/11 1767/12
1770/18 1773/5 1773/5 1774/13 1775/2
1775/6 1778/23 1780/8 1781/7 1781/13
1786/7 1788/15 1790/25 1791/25
1793/21 1796/21
anybody [5] 1747/8 1765/14 1771/20
1775/3 1781/10
anymore [1] 1774/11
anyone [16] 1686/25 1687/8 1696/25
1729/11 1729/20 1741/18 1746/16
1751/7 1751/16 1752/17 1766/14
1773/15 1775/6 1778/20 1785/12
1788/12
anything [42] 1684/24 1688/7 1690/7
1693/15 1696/9 1696/25 1697/2
1697/20 1700/9 1707/14 1707/19
1707/19 1710/19 1711/21 1714/8
1714/8 1714/9 1714/15 1725/16
1727/11 1729/1 1745/3 1751/23
1752/17 1752/18 1756/19 1760/23
1772/6 1774/22 1776/22 1778/25

1780/3 1781/12 1781/16 1782/2 1782/3
1782/14 1784/13 1787/22 1788/12
1792/5 1793/3
apparently [1] 1776/2
appear [2] 1747/18 1765/8
APPEARANCES [2] 1683/12 1684/3
appeared [1] 1791/18
apples [2] 1764/7 1764/19
apply [2] 1708/25 1767/16
appreciate [3] 1687/3 1770/15 1770/17
appropriate [15] 1694/4 1704/5 1720/11
1723/2 1734/19 1735/13 1735/14
1742/23 1744/11 1744/15 1755/14
1755/19 1756/2 1793/23 1798/25
approximately [1] 1685/18
are [137]
area [1] 1755/8
areas [2] 1708/17 1709/22
ARGENTIERI [2] 1683/16 1798/22
argue [3] 1704/13 1720/9 1757/10
argument [1] 1797/16
arguments [1] 1735/12
arise [1] 1798/5
Army [1] 1761/20
arose [1] 1798/9
around [2] 1743/8 1749/2
arrest [1] 1690/13
arrested [1] 1771/13
art [1] 1789/8
article [5] 1707/15 1707/20 1711/18
1714/13 1714/24
as [93] 1684/14 1684/16 1685/12
1685/19 1685/24 1686/7 1686/14
1686/23 1688/25 1689/7 1689/7
1692/11 1695/6 1696/24 1698/13
1700/22 1701/8 1703/24 1708/23
1708/25 1710/4 1710/17 1713/15
1718/17 1718/17 1719/6 1719/24
1720/2 1723/21 1724/24 1726/15
1726/21 1727/10 1727/10 1727/15
1729/9 1733/9 1734/8 1735/6 1742/22
1743/21 1744/3 1745/4 1745/7 1746/21
1747/11 1747/14 1747/25 1748/8
1750/11 1751/5 1752/2 1758/1 1759/21
1760/6 1760/11 1761/24 1763/15
1764/24 1765/22 1765/25 1766/16
1766/17 1768/12 1769/3 1771/9 1773/7
1778/15 1780/10 1781/6 1781/10
1787/8 1790/24 1791/1 1791/8 1791/11
1791/15 1791/15 1791/21 1791/24
1792/6 1792/18 1793/2 1793/10
1793/13 1793/21 1794/5 1794/14
1794/14 1794/19 1796/3 1796/23
1797/16
aside [5] 1709/1 1709/23 1750/19
1765/25 1766/7
ask [44] 1696/7 1698/15 1700/8 1701/1
1706/13 1707/12 1710/17 1714/7
1716/22 1725/14 1728/24 1729/6
1732/17 1736/22 1737/20 1739/16
1739/22 1741/6 1741/6 1743/17
1748/19 1752/15 1752/21 1755/11
1760/21 1765/23 1766/2 1766/6
1771/17 1771/19 1772/4 1776/20
1778/12 1780/1 1780/5 1782/5 1784/11
1785/10 1787/20 1792/14 1793/20
1794/21 1795/20 1797/2
asked [11] 1702/7 1716/24 1740/16
1750/5 1755/13 1763/9 1764/2 1765/20
1791/10 1792/4 1795/6
asking [13] 1703/24 1703/24 1716/12
1740/17 1758/14 1789/6 1792/16
1795/9 1795/16 1796/2 1796/19
1796/20 1797/8

## A

asks [1] 1747/17
aspect [4] 1687/6 1729/13 1729/18 1751/9
aspects [2] 1687/2 1751/14
assault [1] 1700/25
assistant [1] 1683/17 1785/1
associate [2] 1715/2 1716/20
associated [7] 1718/25 1773/22 1774/2 1774/11 1774/18 1774/19 1775/3
associates [3] 1687/1 1729/12 1751/7
assume [1] 1719/14
Astoria [1] 1755/3
at [63] 1684/20 1685/17 1685/18 1685/19 1685/24 1686/2 1686/15 1687/3 1690/16 1691/20 1693/17 1693/23 1693/25 1694/19 1702/10 1703/15 1703/19 1705/11 1705/24 1708/7 1708/8 1712/16 1713/2 1718/1 1721/15 1729/14 1730/6 1731/9 1731/17 1734/4 1735/3 1735/8 1736/23 1737/8 1737/23 1738/20 1738/23 1739/5 1741/9 1742/1 1749/1 1750/1 1751/3 1751/10 1753/14 1756/17 1757/11 1759/23 1765/17 1766/4 1777/7 1789/22 1790/6 1790/9 1790/10 1793/3 1793/9 1794/9 1794/15 1795/3 1795/21 1798/7 1799/8
Atlantic [3] 1690/17 1691/8 1691/9
attention [5] 1687/22 1695/25 1730/2 1748/2 1771/7
Attorney [3] 1683/14 1683/17 1683/19
attorneys [1] 1685/19
audio [5] 1726/11 1726/13 1727/18 1727/19 1727/22
audiologist's [1] 1685/11
August [2] 1784/20 1784/21
authority [1] 1795/19
automatically [3] 1793/8 1793/11 1796/5
avail [1] 1750/19
available [2] 1686/5 1750/18
Avenue [3] 1690/17 1691/8 1691/9
aware [3] 1685/5 1773/21 1791/23
away [1] 1731/16

## B

back [17] 1691/13 1695/12 1700/22 1703/16 1714/18 1719/16 1720/14 1721/19 1723/17 1728/16 1731/19 1738/16 1738/17 1748/20 1753/24 1767/17 1777/24
background [9] 1704/7 1704/13 1720/4 1723/22 1734/13 1734/22 1757/14 1757/20 1768/4
bad [4] 1691/6 1691/23 1764/7 1764/19
balanced [1] 1748/11
balancing [1] 1735/22
ballot [2] 1717/7 1717/8
Bank [1] 1777/6
banking [1] 1777/9
BASCIANO [10] 1683/6 1684/2 1684/8 1684/9 1739/10 1788/9 1788/13 1794/12 1794/16 1798/8
Basciano's [1] 1794/21
based [14] 1686/21 1710/3 1715/6 1724/16 1728/7 1746/20 1758/18 1765/19 1765/21 1766/9 1775/16 1776/7 1786/23 1789/12
basic [1] 1727/4
basically [1] 1707/23
basing [1] 1747/17
basis [5] 1711/5 1747/25 1748/12 1792/9 1797/13

Bates [1] 1798/20
be [169]
bear [1] 1752/2
beating [1] 1718/14
because [36] 1686/8 1690/4 1695/24 1696/1 1699/21 1701/16 1702/25 1707/2 1712/19 1716/20 1719/6 1721/7 1721/19 1722/12 1724/24 1725/3 1728/7 1732/12 1733/14 1745/10 1750/11 1751/24 1755/6 1756/22 1758/18 1763/17 1763/18 1764/10 1779/15 1780/24 1781/4 1781/9 1789/22 1792/24 1793/15 1796/6
become [1] 1791/13
been [36] 1688/13 1696/9 1697/6 1698/8 1700/9 1700/12 1703/19 1705/6 1707/13 1710/18 1712/8 1714/8 1721/17 1723/20 1724/25 1725/16 1725/19 1729/1 1730/9 1730/12 1735/9 1745/4 1752/17 1762/20 1772/6 1772/19 1776/21 1777/9 1778/4 1780/2 1784/12 1784/18 1789/21 1792/6 1797/4 1797/24
before [29] 1683/11 1686/20 1686/23 1708/6 1712/8 1714/21 1715/13 1715/18 1725/25 1729/9 1736/19 1742/22 1743/20 1744/2 1744/8 1744/18 1744/25 1751/1 1752/24 1758/7 1761/3 1769/4 1770/11 1774/8 1777/4 1781/10 1785/6 1790/9 1790/9
began [1] 1750/1
begin [2] 1686/20 1727/5
begun [1] 1694/10
behavior [6] 1736/11 1736/12 1736/13 1736/18 1766/8 1768/3
behind [1] 1781/4
being [15] 1694/15 1698/9 1698/25 1699/1 1713/16 1714/19 1718/3 1726/24 1738/7 1738/10 1747/8 1750/16 1751/25 1788/18 1797/7
belief [1] 1692/13
beliefs [6] 1698/19 1699/1 1758/19 1764/3 1764/15 1776/3
believe [31] 1684/15 1689/6 1690/6 1690/24 1691/12 1695/4 1698/18 1698/19 1701/8 1701/22 1701/23 1702/23 1704/21 1710/4 1716/13 1716/14 1740/4 1741/14 1742/7 1743/19 1744/7 1756/5 1758/11 1758/19 1766/7 1770/4 1770/8 1778/19 1781/10 1781/11 1790/21
believed [1] 1738/18
believes [8] 1704/8 1719/3 1720/5 1733/10 1734/14 1734/22 1757/15 1768/15
Bell [1] 1763/7
benefit [1] 1780/14
best [4] 1709/5 1742/24 1765/23 1794/19
Beth [1] 1684/7
between [10] 1688/6 1689/5 1696/7 1725/14 1728/25 1772/4 1775/1 1776/20 1780/1 1787/20
beyond [14] 1702/22 1703/3 1704/4 1704/9 1719/3 1720/5 1733/11 1734/18 1744/14 1756/18 1757/15 1767/4 1768/5 1790/9
bias [9] 1702/2 1775/19 1776/5 1794/1 1794/7 1794/20 1795/1 1796/11 1796/24
biases [2] 1710/1 1793/21
bits [1] 1774/25
Blackberry [3] 1687/9 1729/21 1751/17
blank [1] 1740/24 1741/5 1743/18

block [1] 1773/12
blog [3] 1687/10 1729/22 1751/18
blush [1] 1696/21
Bochnak [2] 1684/7 1783/23
body [1] 1694/8
book [2] 1727/18 1727/19
books [1] 1727/21
born [1] 1731/18
both [6] 1699/13 1737/10 1741/16 1762/19 1763/12 1773/25
bother [1] 1738/2
box [1] 1777/3
Brasco [2] 1727/22 1728/10
briefly [1] 1798/4
broad [1] 1797/21
broaden [1] 1797/22
Bronx [3] 1788/7 1788/7 1789/1
Brooklyn [4] 1683/6 1683/15 1683/23 1774/19
brother [4] 1731/1 1788/2 1788/6 1789/2
brother-in-law [3] 1788/2 1788/6 1789/2
brought [1] 1756/12
burden [9] 1702/21 1703/5 1704/3 1719/10 1733/17 1740/25 1741/4 1756/22 1790/14
Bureau [1] 1799/3
burnt [1] 1765/5
business [4] 1686/25 1729/12 1751/7 1753/17
but [60] 1689/8 1689/10 1691/13 1691/17 1694/2 1697/3 1701/25 1702/3 1703/23 1705/11 1711/3 1714/23 1715/2 1716/25 1717/8 1717/10 1718/15 1719/23 1721/8 1723/10 1723/21 1726/18 1727/5 1731/19 1732/8 1734/8 1734/15 1736/25 1738/21 1738/25 1740/13 1741/14 1741/15 1741/23 1743/13 1744/18 1746/5 1747/11 1752/25 1753/11 1754/3 1758/5 1762/1 1762/24 1764/7 1764/10 1764/18 1765/19 1768/7 1769/5 1770/1 1772/8 1773/19 1774/8 1780/11 1785/14 1789/8 1790/13 1790/14 1796/23
button [1] 1770/3
buy [2] 1747/3 1774/10

## C

Cadman [2] 1683/5 1683/22
cafeteria [2] 1750/5 1750/20
call [4] 1733/23 1752/7 1763/15 1768/11
called [13] 1687/21 1703/18 1704/6 1704/12 1714/21 1720/3 1720/8 1734/12 1734/20 1757/5 1757/12 1768/3 1798/9
came [1] 1690/1
camp [3] 1762/1 1762/9 1762/10
can [36] 1686/6 1692/16 1692/19 1692/24 1693/5 1693/5 1693/20 1693/21 1694/11 1695/20 1698/19 1711/17 1713/17 1726/22 1732/23 1739/16 1740/12 1741/18 1743/23 1746/2 1764/12 1764/23 1764/23 1769/7 1770/1 1770/13 1774/22 1781/7 1781/17 1783/10 1785/14 1785/15 1790/6 1790/13 1790/15 1793/22
can't [13] 1693/18 1696/15 1698/7 1698/25 1703/10 1707/23 1714/25 1736/6 1756/20 1767/10 1772/8 1782/10 1782/11
Canada [3] 1723/10 1723/12 1723/13
candid [1] 1788/18
candor [1] 1776/7

**C**

capital [4] 1792/25 1793/6 1793/23 1797/20
car [1] 1689/22
care [2] 1762/18 1785/16
career [1] 1726/13
careful [1] 1748/10
case [118]
case-specific [4] 1793/22 1794/6 1794/13 1794/17
cases [4] 1718/9 1763/12 1763/15 1797/16
CAT [1] 1683/25
Catholic [1] 1759/23
caught [1] 1778/9
cause [31] 1684/1 1684/12 1694/6 1695/2 1695/5 1695/10 1699/13 1706/24 1709/21 1710/4 1713/15 1724/15 1724/19 1735/25 1738/23 1760/6 1760/10 1775/18 1779/12 1779/15 1784/1 1786/23 1789/12 1790/23 1792/24 1793/7 1794/7 1794/23 1796/4 1796/13 1797/18
caused [1] 1748/2
causing [1] 1694/7
cell [3] 1687/9 1729/21 1751/17
certain [13] 1684/20 1711/4 1714/19 1718/21 1720/25 1732/20 1735/4 1738/20 1742/7 1757/13 1768/2 1789/5 1793/22
certainly [3] 1728/10 1748/8 1750/9
cetera [1] 1711/7
challenge [1] 1793/7
changed [1] 1795/10
character [1] 1732/9
charge [9] 1702/18 1718/25 1733/7 1736/19 1756/7 1756/9 1756/10 1756/10 1766/23
charged [3] 1697/17 1767/5 1793/6
charges [14] 1695/19 1697/20 1702/18 1703/2 1719/1 1733/7 1733/15 1745/3 1756/7 1756/11 1756/13 1756/18 1766/24 1792/5
Chase [3] 1777/6 1777/7 1777/9
chat [3] 1687/11 1729/23 1751/19
check [1] 1777/25
checked [6] 1689/2 1692/15 1697/24 1726/23 1737/10 1764/6
child [2] 1718/4 1718/12
children [3] 1739/11 1742/20 1743/3
church [4] 1759/4 1759/22 1759/22 1759/23
church's [1] 1759/25
circumstances [15] 1704/13 1706/9 1711/1 1720/4 1734/22 1744/24 1757/15 1758/11 1768/2 1768/4 1778/7 1789/15 1793/13 1793/17 1795/24
citing [2] 1793/3 1794/2
City [3] 1715/22 1780/18 1780/20
civil [4] 1689/22 1708/1 1777/15 1780/14
clarification [1] 1759/21
clarify [1] 1686/6
clear [1] 1797/23
clerk [2] 1745/18 1745/19
clerk's [1] 1745/20
clips [4] 1714/14 1714/16 1714/24 1788/10
close [1] 1686/9
closed [1] 1694/8
closeness [1] 1789/13
closing [1] 1694/6
club [3] 1773/13 1773/14 1773/16

clubs [1] 1773/11
coconspirator [2] 1738/19 1738/23
coconspirators [1] 1738/9
collection [1] 1688/10
combination [6] 1794/22 1795/17 1796/9 1796/16 1796/17 1796/20
combinations [3] 1792/15 1797/3 1797/3
combined [2] 1706/12 1797/12
combining [1] 1794/25
come [5] 1703/16 1711/8 1714/23 1725/2 1748/19
comes [1] 1721/8
comfortable [1] 1726/24
coming [12] 1699/6 1709/14 1713/3 1724/6 1736/25 1742/12 1751/22 1775/9 1776/12 1779/3 1783/3 1786/18
comment [1] 1759/22
commercial [1] 1726/8
commit [6] 1702/17 1718/24 1733/6 1737/12 1756/9 1766/23
commits [1] 1778/20
committed [6] 1692/25 1718/21 1719/4 1723/23 1758/13 1786/1
committing [2] 1738/19 1781/25
communicate [4] 1687/8 1729/20 1751/16 1751/25
communicating [1] 1737/12
communities [1] 1731/23
companies [1] 1753/7
company [10] 1688/14 1689/10 1689/11 1726/3 1726/4 1753/11 1753/13 1772/16 1777/25 1785/1
compared [2] 1739/21 1743/7
compels [1] 1795/15
completed [1] 1685/8
complex [1] 1684/24
compound [1] 1797/7
comprehended [1] 1685/22
computer [1] 1711/6
conceivably [1] 1796/11
concern [14] 1694/7 1712/18 1740/14 1743/6 1745/11 1746/20 1746/24 1747/3 1747/16 1790/23 1791/19 1791/20 1791/25 1796/15
concerned [7] 1685/2 1747/6 1747/15 1790/8 1790/13 1791/12 1791/18
concerning [2] 1732/1 1764/3
concerns [11] 1739/13 1740/10 1748/1 1748/3 1748/4 1748/6 1763/22 1770/16 1781/13 1791/3 1791/8
conclude [3] 1720/10 1748/12 1792/10
conclusion [2] 1758/7 1795/15
condition [1] 1684/16
conduct [1] 1757/19
conducted [1] 1771/13
confidential [1] 1745/16
conflict [1] 1709/2
confronted [1] 1770/14
confused [1] 1783/12
Congress [1] 1717/12
connection [7] 1691/14 1697/19 1702/18 1733/7 1756/10 1766/23 1773/4
consent [15] 1695/4 1695/11 1699/19 1707/1 1710/8 1728/12 1728/14 1771/2 1771/4 1776/8 1784/1 1786/25 1789/15 1789/18 1789/24
consented [1] 1713/12
consents [2] 1695/8 1706/25
Consequently [1] 1792/9
consider [35] 1692/8 1704/22 1705/7 1705/16 1708/24 1716/10 1721/18 1723/4 1723/5 1735/11 1736/13 1737/7 1737/22 1738/13 1738/25 1740/19 1740/20 1741/12 1741/16 1742/12

1742/14 1757/22 1759/9 1767/20 1768/14 1769/12 1769/15 1793/12 1794/8 1794/22 1794/23 1796/1 1796/17 1796/23 1797/18
consideration [8] 1741/15 1742/21 1743/21 1744/3 1744/24 1765/10 1767/11 1789/20
considered [3] 1742/19 1756/15 1797/7
considering [5] 1716/9 1716/15 1743/10 1744/8 1763/24
consolidated [1] 1777/11
conspiracy [7] 1697/19 1702/17 1718/24 1733/6 1756/9 1766/22 1796/3
conspiring [1] 1697/17
constitution [3] 1795/12 1797/11 1797/21
constitutional [1] 1708/18
constitutionally [1] 1795/15
constitutionally-effective [1] 1795/15
constructed [1] 1746/5
Construction [2] 1772/11 1772/12
contact [3] 1742/10 1750/10 1773/5
containing [1] 1756/13
context [1] 1739/23
continue [1] 1687/15
Continued [1] 1749/5
contrary [2] 1748/10 1795/11
convicted [9] 1690/12 1705/6 1721/17 1723/24 1735/9 1735/17 1769/10 1784/21 1793/9
Conviction [1] 1712/14
convince [5] 1733/11 1734/14 1734/22 1736/9 1768/5
cooperating [3] 1737/24 1739/11 1740/19
cooperators [1] 1742/20
cop [2] 1723/9 1723/12
Corona [2] 1754/15 1754/15
correct [17] 1689/16 1690/19 1707/3 1708/20 1708/21 1710/13 1710/14 1711/15 1712/9 1715/8 1720/17 1725/20 1755/3 1755/16 1776/25 1780/25 1787/17
correction [1] 1690/15
Correctional [1] 1690/17
Cosa [1] 1701/9
cost [4] 1739/20 1743/5 1743/12 1743/12
coughed [1] 1743/23
could [27] 1684/13 1685/13 1697/25 1698/25 1704/21 1718/4 1723/7 1739/16 1740/19 1741/12 1742/9 1742/20 1747/9 1747/10 1748/13 1765/23 1766/7 1770/9 1794/8 1795/24 1796/11 1796/15 1796/17 1796/22 1796/23 1797/16 1797/18
couldn't [3] 1691/5 1691/18 1748/9
counsel [5] 1750/18 1791/10 1791/14 1792/14 1795/10
counsel's [1] 1797/23
counseling [1] 1708/16
counsels' [1] 1795/8
counterbalance [2] 1704/15 1705/17
countries [2] 1739/21 1743/8
couple [4] 1698/15 1754/18 1788/6 1798/22
course [3] 1740/16 1741/13 1796/22
courses [2] 1708/15 1708/18
court [64] 1683/1 1683/11 1684/15 1684/19 1684/25 1685/4 1685/5 1685/7 1685/10 1685/14 1685/15 1685/23 1686/1 1686/3 1686/9 1686/15 1687/13 1697/23 1708/22 1708/25 1709/3 1709/4 1709/9 1709/9 1712/20 1717/9

# C

court... [38] 1750/14 1753/22 1775/16
1790/25 1791/2 1791/4 1791/14
1791/15 1791/17 1791/22 1791/23
1792/2 1792/9 1792/14 1792/17 1793/5
1793/10 1793/21 1794/5 1794/12
1794/16 1794/17 1795/4 1795/6
1795/10 1795/18 1795/20 1795/23
1796/6 1796/7 1796/10 1796/15
1796/22 1797/2 1797/4 1797/12
1797/22 1798/5
court's [10] 1695/7 1695/25 1713/9
1748/1 1764/5 1764/17 1792/13 1795/7
1795/25 1797/23
courthouse [4] 1683/5 1750/5 1750/20
1751/23
courtroom [33] 1686/17 1687/24
1694/25 1695/6 1696/4 1699/10 1700/2
1706/21 1707/6 1709/17 1710/11
1713/6 1713/25 1724/12 1725/6 1728/5
1728/19 1746/15 1750/23 1752/9
1759/20 1760/14 1770/24 1771/22
1775/15 1776/14 1779/8 1779/19
1783/9 1784/5 1786/21 1787/11
1788/24
cousin's [1] 1732/1
cousins [1] 1716/6
CR [1] 1683/3
cracked [1] 1691/17
credibility [2] 1765/24 1766/9
crime [24] 1701/8 1702/13 1702/14
1703/22 1705/14 1706/7 1718/22
1719/19 1719/20 1726/25 1727/7
1732/19 1736/5 1738/20 1740/2 1740/4
1744/12 1744/22 1767/21 1773/6
1773/22 1773/23 1785/14 1793/6
crimes [11] 1702/22 1718/21 1719/4
1719/15 1733/5 1733/12 1737/12
1738/10 1766/21 1767/5 1794/9
criminal [12] 1684/1 1689/14 1690/21
1690/25 1700/22 1702/20 1708/16
1708/19 1709/22 1718/19 1733/9
1762/21
criminology [1] 1708/16
critical [2] 1716/15 1716/18
CSR [1] 1683/22
cultures [1] 1763/19
currently [2] 1753/14 1772/13

# D

Daily [6] 1696/23 1707/15 1714/12
1774/10 1774/11 1774/14
danger [4] 1737/9 1737/11 1738/7
1742/8
day [15] 1694/23 1699/7 1706/18
1716/4 1722/14 1722/14 1722/14
1724/8 1728/3 1731/24 1743/9 1775/10
1779/4 1783/5 1788/20
days [3] 1774/9 1785/8 1798/22
deal [1] 1793/25
death [120]
deceased [1] 1762/19
decide [10] 1697/22 1698/19 1703/21
1704/24 1720/14 1757/6 1757/24
1758/4 1768/16 1790/5
decides [1] 1699/2 1719/17 1720/16
1757/2 1757/23 1758/2 1769/1
deciding [1] 1744/25
decision [7] 1692/16 1709/25 1720/21
1739/23 1742/22 1769/3 1792/13
deemed [1] 1703/1
deems [1] 1797/2
deeply [1] 1687/13

defendant [102] 1683/7 1683/19 1684/6
1684/11 1697/16 1698/13 1702/8
1702/20 1702/21 1702/23 1702/24
1703/1 1703/4 1703/10 1703/11
1703/19 1704/8 1704/10 1705/2 1705/5
1705/10 1705/25 1710/3 1711/22
1714/14 1714/16 1718/21 1719/4
1719/6 1719/7 1719/9 1719/10 1719/14
1719/18 1719/19 1720/6 1721/16
1722/2 1722/19 1723/19 1723/22
1733/4 1733/11 1733/13 1733/14
1733/18 1734/13 1734/21 1735/9
1735/17 1736/2 1736/8 1736/14
1736/24 1737/9 1737/24 1738/13
1738/14 1738/22 1740/3 1741/1 1742/8
1742/9 1742/15 1742/18 1743/19
1744/1 1744/5 1744/21 1747/21
1756/13 1756/14 1756/16 1756/18
1756/19 1756/21 1757/2 1757/16
1758/9 1758/12 1766/20 1767/1 1767/4
1767/8 1767/9 1767/11 1768/4 1768/6
1768/19 1771/11 1774/14 1774/17
1775/23 1782/6 1782/7 1787/9 1790/22
1793/5 1793/9 1795/23 1796/6 1797/5
defendant's [6] 1704/12 1720/4 1757/14
1757/19 1792/19 1795/11
defendants [1] 1793/19
defense [27] 1686/11 1695/4 1695/8
1704/11 1719/5 1720/8 1720/9 1734/20
1735/11 1735/12 1742/8 1742/22
1747/4 1747/6 1757/18 1757/20
1768/10 1768/12 1783/24 1791/9
1791/14 1792/14 1795/7 1795/10
1797/23 1798/20 1799/2
definitely [2] 1718/15 1723/5
definition [1] 1789/9
degree [1] 1709/3
deliberate [31] 1689/18 1702/12
1702/16 1703/15 1703/20 1705/1
1717/19 1718/7 1718/23 1719/18
1721/4 1732/24 1733/1 1733/5 1734/2
1734/7 1734/3 1756/8 1757/3 1758/10
1758/13 1762/24 1766/22 1767/12
1767/18 1767/19 1769/18 1769/11
1777/18 1778/21 1782/7
deliberated [2] 1689/24 1701/5
deliberately [1] 1781/25
deliberates [1] 1781/19
deliberating [2] 1719/17 1757/24
deliberation [5] 1685/2 1686/5 1719/17
1752/6 1795/21
deliberations [2] 1685/25 1686/10
demanding [1] 1714/19
demands [1] 1796/14
demeanor [2] 1694/3 1695/6 1746/22
demonstrate [1] 1791/7 1793/25
demonstrated [2] 1685/21 1695/6
denied [2] 1686/12 1792/11
DENNEHY [2] 1683/17 1684/5
department [2] 1715/22 1788/5
depending [1] 1730/14
depends [4] 1702/13 1706/6 1737/17
1782/12
depth [1] 1685/16
describe [3] 1716/24 1755/13 1755/25
describing [1] 1689/17
description [2] 1750/9 1759/25
deserve [3] 1743/20 1744/2 1744/7
designated [1] 1742/9
designed [1] 1746/7
Despite [1] 1790/14
details [3] 1695/20 1698/1 1731/20
detective [3] 1788/7 1789/3 1789/14
detention [1] 1690/16

determination [2] 1769/6 1769/8
determine [1] 1744/13
determining [1] 1792/23
did [61] 1684/24 1685/11 1689/5
1689/18 1696/14 1701/2 1703/11
1706/7 1708/6 1708/10 1708/12
1710/25 1711/3 1711/8 1711/12
1711/17 1711/21 1711/24 1712/10
1712/12 1712/13 1714/15 1715/10
1715/12 1715/16 1715/18 1715/19
1718/5 1731/17 1737/13 1745/9
1750/12 1752/25 1753/6 1754/3 1754/5
1754/17 1761/3 1761/7 1761/23 1762/4
1762/12 1762/14 1762/24 1764/8
1772/3 1773/4 1773/15 1773/21 1775/2
1777/4 1777/17 1777/18 1777/19
1778/9 1784/23 1785/4 1787/21 1788/1
1788/12 1791/7
didn't [19] 1689/7 1690/4 1712/22
1713/23 1716/25 1717/3 1736/25
1740/23 1741/3 1741/9 1743/17 1747/2
1747/3 1750/6 1750/9 1756/21 1756/22
1762/17 1765/18
die [2] 1699/1 1766/15
dies [1] 1698/20
different [3] 1701/16 1701/17 1727/20
1761/10 1763/19
difficult [5] 1721/10 1758/23 1764/4
1764/16 1775/25
difficulties [1] 1684/13
difficulty [3] 1684/18 1685/15 1686/2
diner [2] 1754/10 1754/12
dire [10] 1685/16 1685/16 1775/17
1791/4 1791/5 1792/20 1793/23 1795/6
1795/16 1797/20
direct [1] 1791/7
director [1] 1727/21
disagree [1] 1709/9
disclosure [1] 1799/1
discomfort [1] 1727/5
discovery [2] 1798/20 1798/24
discuss [9] 1686/24 1692/20 1697/1
1711/21 1711/24 1729/11 1731/5
1751/6 1758/6
discussing [3] 1687/2 1729/13 1751/9
discussion [7] 1684/25 1694/1 1694/19
1707/20 1713/2 1742/1 1766/4
discussions [1] 1686/9
Dismissed [1] 1754/6
disqualifying [1] 1748/8
disregard [1] 1796/4
distance [1] 1685/18
distinguish [1] 1797/13
DISTRICT [4] 1683/1 1683/1 1683/11
1683/14
do [146]
doctor's [1] 1685/12
documentary [1] 1726/10
documentation [1] 1685/11
documents [1] 1798/23
does [21] 1684/15 1693/6 1693/12
1698/5 1706/10 1712/24 1726/15
1731/15 1743/5 1743/20 1744/2 1744/7
1746/16 1746/24 1748/8 1775/6 1776/3
1790/25 1794/25 1796/7 1797/20
doesn't [15] 1694/11 1695/20 1717/10
1719/9 1719/10 1731/6 1747/11
1756/19 1756/20 1765/22 1767/2
1767/8 1767/9 1780/21 1782/14
doing [5] 1764/6 1764/18 1769/4 1770/2
1770/3
don't [58] 1684/21 1684/22 1684/22
1689/7 1689/9 1691/16 1691/18
1692/19 1692/24 1693/4 1693/4 1693/5

**D**

don't... [46] 1693/10 1693/17 1693/20 1694/20 1696/24 1697/25 1700/15 1701/21 1701/23 1702/3 1707/24 1711/2 1711/10 1714/12 1714/18 1715/1 1715/10 1717/23 1727/10 1741/20 1750/11 1753/10 1754/2 1755/23 1758/19 1758/21 1762/23 1763/18 1764/9 1764/24 1769/19 1769/20 1769/25 1770/1 1770/8 1770/13 1770/18 1771/18 1774/9 1774/10 1781/11 1781/16 1782/10 1785/12 1785/16 1786/10
done [4] 1726/12 1736/16 1745/18 1790/2
Donnie [2] 1727/22 1728/10
door [1] 1796/7
doubt [13] 1702/22 1703/3 1704/4 1704/9 1719/3 1720/6 1733/11 1734/18 1744/14 1756/18 1757/16 1767/4 1768/6
down [8] 1688/18 1694/15 1701/13 1717/8 1745/22 1755/21 1773/12 1782/24
drag [1] 1712/18
drastically [1] 1797/22
draw [1] 1695/25
drug [5] 1690/12 1690/12 1708/16 1753/19 1794/9
drugs [3] 1685/5 1685/6 1685/8
due [5] 1699/13 1699/14 1713/13 1724/15 1795/23
duration [1] 1765/2
during [12] 1684/24 1685/15 1685/17 1686/2 1726/12 1736/19 1780/20 1791/4 1791/5 1791/6 1795/6 1798/8
duties [1] 1793/2
duty [6] 1689/4 1689/8 1714/21 1761/24 1777/21 1780/21

**E**

E-mail [3] 1687/9 1729/21 1751/17
E.D.N.Y [1] 1794/2
each [6] 1686/20 1720/21 1758/4 1769/4 1769/5 1786/1
ear [1] 1684/19
early [1] 1740/5
earth [1] 1769/22
East [2] 1683/5 1683/22
Easter [1] 1759/18
EASTERN [2] 1683/1 1683/14
eating [1] 1750/19
ECF [1] 1798/16
ECFed [1] 1798/7
ed [2] 1730/8 1730/9
effect [8] 1690/21 1692/7 1741/17 1741/20 1741/21 1763/23 1795/20 1797/11
effective [1] 1795/15
effectively [3] 1685/24 1793/21 1795/1
efforts [1] 1746/5
either [4] 1686/14 1743/12 1774/3 1793/16
Electrical [1] 1753/1
electrician [2] 1753/2 1753/4
elevator [2] 1750/4 1750/8
else [8] 1752/6 1771/20 1774/22 1775/3 1778/25 1788/12 1798/1 1798/3
employed [5] 1688/19 1700/12 1715/11 1772/13 1784/24
employer [10] 1697/7 1697/10 1700/13 1700/18 1700/19 1725/22 1753/7 1753/8 1753/10 1753/11

employer's [1] 1777/20
employers [3] 1761/11 1761/14 1761/15
enacted [1] 1717/6
end [11] 1684/23 1685/2 1694/19 1713/2 1742/1 1756/17 1766/4 1789/22 1791/12 1792/4 1792/8
ended [1] 1739/9
enforced [1] 1766/16
enforcement [18] 1692/9 1705/11 1705/18 1716/8 1724/23 1730/19 1736/24 1737/1 1763/20 1763/23 1763/25 1764/3 1764/14 1764/15 1765/7 1765/11 1765/25 1766/8
engaged [1] 1773/22
enjoyed [2] 1738/2 1743/7
enter [3] 1686/17 1750/23 1791/8
entered [13] 1696/3 1700/1 1707/5 1710/10 1713/24 1725/5 1728/18 1760/13 1771/21 1776/13 1779/18 1784/4 1787/10
entire [2] 1778/2 1791/6
entirely [1] 1748/4 1793/17 1796/7
entities [1] 1701/8
entitled [4] 1703/24 1719/24 1734/9 1741/1
especially [2] 1738/2 1743/7
ESQ [7] 1683/15 1683/16 1683/16 1683/17 1683/20 1683/20 1683/21
establishments [1] 1750/19
estate [1] 1753/17
et [1] 1711/7
evaluate [7] 1698/12 1699/14 1764/4 1764/16 1765/23 1765/23 1766/9
even [14] 1712/21 1714/21 1714/25 1720/16 1723/23 1738/13 1740/17 1746/21 1751/24 1765/18 1769/1 1789/23 1790/11 1790/12
ever [3] 1698/8 1717/12 1720/18
every [10] 1731/3 1731/19 1731/23 1754/18 1754/19 1758/4 1762/2 1769/3 1793/11 1797/14
everybody [2] 1684/10 1799/6
everyone [4] 1712/24 1731/22 1748/21 1752/6
everything [1] 1685/22
evidence [72] 1698/13 1699/14 1702/22 1703/5 1704/4 1704/12 1704/15 1704/22 1705/7 1706/11 1706/12 1719/2 1719/5 1719/10 1719/15 1720/3 1720/9 1720/13 1721/15 1723/23 1728/9 1733/10 1733/14 1733/22 1733/24 1734/11 1734/20 1735/5 1735/7 1735/9 1735/11 1735/16 1736/23 1737/8 1737/23 1738/14 1738/22 1739/9 1739/14 1740/1 1740/18 1741/17 1742/6 1742/9 1742/18 1743/14 1744/13 1744/20 1744/23 1756/14 1756/21 1757/2 1757/11 1757/13 1757/18 1764/4 1764/16 1766/7 1767/16 1767/17 1768/3 1768/9 1768/10 1768/11 1768/14 1771/16 1783/16 1785/25 1793/12 1795/2 1796/18 1797/19
exactly [1] 1726/7
examiner [1] 1780/14
example [1] 1794/7
except [3] 1687/24 1692/24 1752/9
exceptions [2] 1698/23 1778/23
exclude [1] 1686/11
excluded [1] 1792/24
excusal [1] 1770/15
excuse [4] 1699/13 1709/20 1762/7 1786/23
excused [4] 1710/4 1718/22 1775/18

1794/7
exit [1] 1752/9
exits [15] 1694/24 1699/6 1706/20 1709/16 1713/5 1724/11 1728/4 1746/14 1759/19 1770/23 1775/14 1779/7 1783/8 1786/20 1788/23
expand [1] 1737/20
expect [1] 1718/19
expecting [1] 1789/4
expedite [3] 1696/1 1789/20 1790/14
experience [3] 1690/20 1691/24 1700/22
experiences [1] 1686/2
experiment [1] 1797/1
expert [1] 1783/22
explain [2] 1692/15 1702/7
explained [5] 1708/17 1745/4 1746/21 1764/6 1792/6
explanation [1] 1758/20
explore [1] 1740/12
exposure [5] 1713/13 1726/21 1781/7 1789/13 1791/13
extensive [1] 1791/5
extent [1] 1768/15
extra [3] 1715/6 1771/7 1789/13
extremely [6] 1686/23 1695/5 1721/10 1721/10 1729/10 1748/11
eye [6] 1758/19 1758/19 1766/15 1766/15 1769/20 1769/20
eyes [1] 1694/6

**F**

face [2] 1740/22 1783/23
Facebook [3] 1687/12 1729/24 1751/20
facility [4] 1690/16 1690/17 1690/18 1742/10
fact [5] 1694/8 1711/25 1735/24 1747/4 1763/18
factor [4] 1735/7 1742/12 1796/12 1796/12
factors [40] 1704/7 1704/12 1704/16 1704/23 1704/23 1705/16 1705/21 1720/3 1720/9 1734/12 1734/21 1736/8 1740/2 1741/7 1741/13 1742/7 1742/13 1742/21 1743/14 1757/13 1757/19 1757/22 1757/22 1768/3 1768/11 1768/15 1768/15 1792/15 1792/16 1794/22 1795/9 1795/16 1795/21 1796/1 1796/3 1796/4 1796/9 1796/14 1796/20 1796/23
facts [3] 1745/4 1792/5 1796/21
fail [1] 1793/12
failure [1] 1713/9
fair [14] 1690/8 1690/22 1716/9 1726/22 1745/5 1747/23 1748/9 1748/13 1763/24 1775/20 1775/25 1781/8 1781/14 1792/7
fairly [9] 1690/25 1692/8 1697/21 1704/22 1739/16 1742/13 1764/4 1764/17 1794/8
faith [1] 1793/12
familiar [4] 1754/10 1755/7 1774/5 1788/9
families [1] 1701/9
family [10] 1686/25 1715/21 1716/21 1716/21 1718/5 1726/25 1729/11 1740/18 1751/7 1754/20
far [5] 1691/13 1745/5 1765/22 1792/6 1796/15
fashion [1] 1785/1
father [2] 1731/8 1731/15
favor [1] 1720/15
favorable [2] 1736/14 1736/15
Fax [1] 1683/23
FBI [1] 1765/11

Case 1:05-cr-00060-NGG   Document 1045   Filed 03/22/1   Page 124 of 136

## F

fearful [2] 1747/18 1747/20
February [1] 1792/18
federal [4] 1717/11 1719/20 1796/3
1797/14
feel [5] 1692/15 1713/18 1726/24
1727/1 1785/12
feeling [1] 1698/2
feelings [1] 1763/10
Fell [3] 1794/3 1794/5 1795/14
fellow [1] 1767/17
few [12] 1702/5 1715/6 1721/13 1746/1
1752/21 1755/11 1774/19 1774/25
1778/12 1787/24 1787/24 1790/17
fiber [1] 1695/24
fiction [1] 1702/4
field [2] 1708/15 1709/21
filed [3] 1710/18 1798/21 1798/22
filled [17] 1688/6 1696/8 1700/8 1707/12
1714/7 1725/15 1728/25 1745/17
1751/4 1752/16 1760/21 1772/4
1776/20 1780/1 1784/11 1787/20
1789/21
Finally [1] 1686/8
finance [1] 1697/12
financial [2] 1688/24 1780/8
find [9] 1689/5 1721/10 1746/2 1746/4
1747/9 1747/10 1756/17 1781/12
1785/8
finds [2] 1792/9 1796/15
fine [2] 1726/19 1760/25
finish [2] 1798/12 1798/14
firearm [1] 1697/18
firm [1] 1697/3
first [19] 1687/19 1687/19 1702/19
1716/6 1718/18 1721/8 1733/8 1733/23
1743/19 1744/1 1745/18 1752/3 1756/7
1758/10 1788/25 1789/25 1790/3
1791/15 1798/18
fits [2] 1732/19 1750/8
five [2] 1713/17 1713/19
Florida [1] 1732/13
follow [13] 1686/24 1687/15 1709/3
1713/9 1729/10 1740/15 1743/14
1751/2 1751/6 1767/13 1783/15
1795/25 1796/13
follow-ups [1] 1740/15
followed [1] 1763/1
following [15] 1686/22 1693/23 1701/7
1712/16 1725/14 1726/20 1726/21
1737/5 1739/5 1739/8 1751/3 1752/1
1763/3 1765/17 1766/5
follows [2] 1692/11 1792/19
followup [2] 1729/6 1752/21
food [2] 1750/12 1754/22
forgiveness [1] 1758/21
formed [5] 1771/10 1775/22 1775/24
1793/15 1794/5
forms [1] 1794/6
forth [3] 1694/2 1720/5 1789/17
forward [5] 1702/19 1704/15 1705/12
1715/3 1715/5
found [8] 1702/8 1703/19 1717/18
1758/9 1768/19 1782/6 1795/23
1796/10
foundation [3] 1708/7 1708/8 1708/12
four [1] 1785/5
FRANK [1] 1683/16
friend [2] 1715/21 1715/24
friends [5] 1686/25 1729/11 1730/18
1751/7 1782/22
full [4] 1688/19 1689/4 1689/6 1765/2
full-time [1] 1688/19

fully [2] 1685/21 1795/24
further [7] 1686/1 1693/22 1706/15
1706/16 1759/7 1766/1 1798/17
Furthermore [2] 1685/7 1686/4
future [5] 1722/13 1737/9 1737/11
1742/8 1750/15

## G

Gangland [4] 1771/12 1774/5 1774/14
1776/3
GARAUFIS [1] 1683/11
gated [1] 1731/23
gave [3] 1759/25 1774/20 1789/14
Gee [1] 1728/2
general [4] 1711/4 1731/21 1764/3
1764/15
generally [1] 1763/16
generous [1] 1796/6
genocide [2] 1786/11 1786/12
gentleman [1] 1726/3
gentlemen [2] 1686/19 1750/25
GEORGE [1] 1683/20 1684/7
get [9] 1692/21 1723/14 1758/10
1764/22 1765/1 1765/18 1777/23
1777/25 1780/24
gets [2] 1708/25 1758/4
getting [1] 1713/18
give [9] 1692/16 1692/16 1692/24
1693/5 1717/22 1721/13 1733/24
1735/6 1740/7 1741/16 1741/20
1741/21 1742/20 1743/21 1744/3
1744/24 1767/16 1781/20 1781/21
given [2] 1729/21 1725/4 1729/6
1736/15 1747/4
giving [1] 1693/11
glad [1] 1728/2
go [23] 1689/7 1693/25 1695/12
1695/12 1702/19 1715/3 1715/5
1720/14 1727/14 1738/16 1738/17
1739/7 1750/15 1752/4 1754/17
1754/20 1758/19 1758/24 1762/4
1766/2 1766/12 1677/17 1790/1
God [2] 1698/19 1699/2
goes [1] 1719/16
going [26] 1693/19 1695/12 1704/17
1708/22 1713/18 1714/18 1716/7
1723/17 1728/16 1729/4 1729/5 1735/6
1739/9 1739/14 1740/1 1740/4 1745/11
1745/16 1752/21 1755/11 1763/20
1770/12 1771/15 1780/24 1785/16
1790/4
GOLTZER [3] 1683/20 1684/7 1798/14
gone [2] 1705/12 1755/2
good [19] 1686/19 1725/8 1725/9
1728/20 1750/24 1752/4 1759/18
1760/15 1760/16 1766/14 1770/20
1771/23 1771/24 1776/16 1779/20
1787/13 1787/14 1793/12 1799/6
got [4] 1691/17 1694/15 1711/2 1777/22
government [57] 1684/4 1694/7 1694/10
1695/3 1697/10 1699/12 1702/20
1703/2 1703/6 1703/23 1704/6 1704/15
1705/12 1706/25 1709/20 1717/11
1719/2 1719/11 1719/24 1720/2
1721/15 1724/14 1733/10 1733/15
1733/18 1733/22 1734/8 1734/11
1734/17 1734/25 1738/21 1740/16
1741/11 1742/6 1744/14 1744/21
1748/6 1753/12 1756/12 1756/23
1757/11 1760/5 1765/22 1767/2
1767/15 1767/24 1772/16 1772/18
1772/20 1775/17 1780/17 1783/25
1786/22 1797/14 1798/6 1798/10
1798/19

government's [2] 1704/3 1747/5
grandmother [1] 1718/3
granted [3] 1760/9 1776/9 1787/2
greater [1] 1721/24
greatly [1] 1738/1
Greek [3] 1759/2 1759/4 1759/22
ground [2] 1684/12 1790/23
grounds [1] 1746/25
group [1] 1790/3
grow [1] 1773/2
growing [2] 1773/4 1773/7
guarantee [1] 1792/19
Guard [1] 1761/21
guards [1] 1742/11
guess [1] 1764/21
guessing [1] 1731/13
guilt [6] 1698/13 1719/6 1719/11
1733/23 1738/20 1768/18
guilty [23] 1692/13 1702/8 1702/21
1702/24 1703/2 1703/20 1717/18
1719/8 1719/18 1719/19 1733/12
1733/16 1733/17 1734/1 1756/15
1756/18 1756/23 1757/2 1758/9 1767/5
1767/18 1768/19 1782/6
gun [2] 1762/21 1770/12
gunpoint [1] 1731/9
guy's [1] 1774/20

## H

had [26] 1685/15 1690/4 1693/6
1700/21 1705/6 1705/10 1705/12
1712/18 1714/17 1714/21 1721/16
1722/19 1723/19 1735/9 1736/24
1740/2 1740/9 1742/19 1750/18
1762/18 1764/2 1771/10 1773/5
1775/22 1775/24 1778/4
half [2] 1707/23 1789/24
halfway [1] 1790/11 1790/12
hallway [1] 1751/22
hand [2] 1770/4 1770/8
handle [2] 1695/20 1697/25
hang [1] 1718/5
happen [2] 1720/1 1734/10
happened [4] 1711/14 1731/21 1783/22
1786/11
Happy [1] 1716/4
hard [5] 1718/16 1721/6 1742/25
1781/14 1785/8
hardship [1] 1688/24 1780/9
harm [2] 1736/25 1739/15
harm's [1] 1738/2
has [43] 1684/18 1686/15 1694/8
1695/19 1702/21 1702/24 1703/4
1703/19 1704/11 1712/8 1717/11
1719/5 1720/22 1724/24 1725/2
1733/13 1733/18 1734/20 1736/16
1741/23 1744/14 1744/21 1745/20
1748/7 1756/12 1758/4 1767/3 1769/3
1776/5 1781/11 1785/13 1786/1
1790/22 1792/1 1792/14 1792/17
1793/15 1793/21 1795/5 1795/10
1795/10 1797/24 1798/10
hasn't [2] 1694/10 1776/2
have [163]
haven't [3] 1723/16 1725/4 1798/13
having [2] 1694/9 1789/23
he [82] 1690/15 1691/3 1691/4 1691/17
1692/2 1692/4 1694/15 1700/16
1702/17 1702/25 1707/2 1712/8
1712/19 1712/20 1712/20 1712/21
1712/22 1712/24 1716/3 1723/2 1723/4
1723/23 1723/23 1726/3 1726/17
1731/6 1731/6 1731/16 1731/17
1731/18 1731/18 1731/19 1733/16

**H**

he... [50]  1733/17 1733/18 1736/16
1738/19 1739/14 1741/1 1742/10
1743/20 1744/2 1744/7 1750/5 1750/7
1750/8 1750/12 1750/12 1756/21
1756/22 1756/23 1759/25 1760/6
1760/10 1760/11 1763/23 1765/24
1767/2 1767/2 1771/4 1771/10 1771/11
1771/12 1771/12 1771/14 1771/19
1774/18 1775/19 1775/22 1775/22
1775/23 1775/23 1775/25 1776/3
1776/4 1776/4 1788/7 1788/8 1788/9
1789/9 1789/16 1793/7 1794/7
head [2]  1691/4 1691/17
hear [14]  1684/21 1684/22 1693/19
1721/7 1733/23 1735/4 1735/8 1738/20
1741/3 1742/14 1755/17 1768/8
1787/21 1796/15
heard [18]  1688/7 1696/8 1698/8
1701/16 1701/17 1701/25 1710/18
1725/16 1735/15 1735/16 1742/2
1742/18 1760/22 1765/21 1772/6
1776/21 1780/2 1789/8
hearing [14]  1684/13 1684/19 1684/20
1685/15 1686/2 1686/15 1695/20
1698/1 1738/6 1741/24 1744/13 1757/1
1770/17 1797/17
hears [2]  1719/15 1733/24
held [6]  1731/8 1786/5 1792/18 1793/5
1793/22 1794/5
hello [2]  1750/15 1751/24
help [3]  1721/14 1736/9 1794/6
helper [1]  1715/15
helpful [1]  1766/1
her [63]  1684/12 1684/14 1684/16
1684/19 1684/19 1684/24 1685/4
1686/3 1694/6 1694/12 1694/14
1694/15 1695/6 1695/6 1695/22
1695/24 1699/13 1699/14 1699/15
1709/21 1709/23 1709/24 1710/1
1724/16 1724/22 1728/17 1732/8
1732/15 1739/12 1739/16 1739/22
1739/22 1740/7 1740/10 1741/6 1741/6
1746/20 1746/21 1746/22 1746/23
1747/10 1747/15 1747/23 1747/25
1748/2 1748/10 1758/5 1769/3 1783/23
1786/23 1790/23 1790/23 1790/24
1791/1 1791/6 1791/8 1791/13 1791/16
1791/17 1791/19 1791/21 1791/24
1792/25
here [14]  1687/16 1688/18 1695/14
1701/13 1731/19 1739/13 1740/4
1745/20 1747/14 1765/8 1774/25
1777/22 1777/25 1781/6
herself [1]  1758/4
hideous [1]  1692/25
hiding [1]  1783/23
high [1]  1786/6
highest [1]  1717/9
highly [1]  1797/1
him [20]  1690/16 1691/18 1691/20
1703/2 1712/19 1723/14 1728/16
1731/5 1736/20 1750/6 1750/7 1750/10
1758/4 1771/17 1771/19 1789/7
1789/12 1789/14 1793/13 1798/12
his [23]  1711/25 1712/22 1731/5
1734/21 1736/11 1736/18 1758/5
1759/22 1759/25 1765/23 1769/3
1771/10 1771/11 1775/20 1776/7
1789/2 1789/4 1789/13 1789/13
1792/24 1793/1 1793/2 1793/2
history [3]  1740/3 1740/3 1744/21
hit [1]  1691/4

hold [4]  1703/10 1750/12 1756/20
1767/10
homicide [3]  1788/7 1789/2 1789/14
HON [1]  1683/11
honest [4]  1711/3 1723/10 1776/7
1787/23
honestly [1]  1711/10
Honor [65]  1693/22 1695/3 1695/9
1695/17 1699/4 1699/12 1706/17
1706/23 1707/3 1709/12 1709/19
1712/25 1713/1 1713/8 1713/14 1715/4
1724/3 1724/4 1724/14 1728/9 1728/13
1739/3 1739/19 1739/25 1740/17
1741/11 1746/10 1746/11 1746/17
1746/21 1747/19 1747/25 1748/5
1750/3 1759/13 1759/14 1760/2 1760/5
1760/24 1764/1 1765/15 1765/21
1766/11 1766/19 1767/7 1768/22
1769/9 1769/14 1770/21 1770/25
1771/6 1771/9 1775/7 1775/16 1779/2
1779/11 1783/11 1786/16 1786/17
1786/22 1787/6 1788/17 1789/6 1798/2
1799/3
horrendous [2]  1721/21 1721/21
hospital [1]  1761/9
hostage [1]  1731/9
house [2]  1773/12 1778/9
housing [1]  1743/5
how [27]  1689/3 1693/12 1694/11
1698/5 1708/10 1710/25 1711/2 1711/8
1715/16 1727/1 1731/12 1753/4
1754/17 1755/2 1758/8 1761/3 1762/12
1770/1 1770/22 1772/19 1772/25 1777/7
1784/18 1785/4 1786/5 1795/2 1796/8
1796/19
however [5]  1684/23 1767/24 1791/16
1796/5 1797/20
human [1]  1699/1
hundred [1]  1755/22
hundreds [1]  1785/17
hurt [1]  1738/7
husband [9]  1688/21 1689/3 1690/11
1690/24 1694/14 1726/2 1726/15
1727/19 1727/20
husband's [1]  1690/20
hypotheticals [2]  1721/14 1735/6

**I**

I'd [3]  1709/14 1717/25 1751/2
I'll [11]  1698/15 1729/6 1741/6 1744/10
1748/15 1750/17 1771/17 1780/5
1787/23 1798/16 1798/17
I'm [34]  1684/22 1693/5 1693/18 1694/2
1698/3 1708/5 1712/5 1712/21 1716/2
1718/6 1721/10 1723/9 1725/3 1727/18
1728/2 1729/4 1731/13 1735/6 1741/3
1741/6 1741/22 1747/17 1752/21
1755/7 1755/11 1755/22 1758/22
1765/13 1769/17 1770/11 1774/2
1774/12 1781/4 1790/8
I've [5]  1698/8 1710/20 1751/23 1777/9
1789/8
I-Phone [3]  1687/9 1729/21 1751/17
idea [1]  1745/21
identify [2]  1792/20 1794/6
identifying [1]  1745/15
identity [1]  1791/13
if [93]  1686/1 1686/15 1692/19 1692/24
1692/25 1693/4 1693/5 1693/18
1693/20 1696/25 1701/19 1702/7
1703/14 1704/11 1705/5 1705/10
1705/24 1706/13 1711/17 1714/15
1717/18 1720/16 1721/15 1722/2
1723/19 1723/23 1727/12

1732/19 1733/22 1733/24 1734/1
1735/15 1735/16 1736/2 1736/23
1737/8 1737/24 1737/23 1738/2
1738/13 1738/18 1739/15 1739/22
1739/22 1740/12 1742/6 1742/18
1743/10 1750/12 1751/21 1757/1
1758/2 1758/9 1758/14 1764/2 1765/7
1765/23 1765/25 1766/14 1767/15
1767/18 1768/10 1768/18 1769/1
1769/19 1769/21 1770/9 1770/12
1770/13 1771/19 1777/25 1778/15
1781/9 1781/12 1781/17 1781/24
1782/6 1785/25 1785/25 1793/7 1793/8
1793/24 1794/5 1794/7 1794/18
1797/11 1797/17 1798/5 1798/16
1798/17 1798/24 1799/2
Illinois [3]  1792/21 1793/3 1793/19
Immigration [1]  1730/19
impact [1]  1690/8
impair [4]  1684/13 1684/16 1685/6
1793/1
impaired [18]  1699/19 1707/2 1710/7
1712/19 1713/16 1724/20 1746/20
1760/11 1771/1 1771/3 1776/10
1779/15 1783/17 1787/2 1789/17
1791/1 1792/10 1797/20
impairment [3]  1699/15 1713/10
1724/15 1728/7 1786/23
impairs [1]  1790/24
impartial [17]  1690/9 1690/22 1716/9
1726/23 1740/11 1740/21 1745/5
1747/23 1748/9 1748/13 1763/24
1775/20 1776/1 1781/8 1781/14 1792/7
1792/20
impartiality [1]  1776/5
impartially [6]  1692/8 1697/22 1704/22
1739/17 1764/5 1764/17
impermissible [1]  1794/1
impolite [1]  1752/1
important [7]  1686/24 1729/10 1738/1
1751/5 1751/24 1770/17 1789/20
impose [37]  1703/25 1705/8 1705/13
1705/21 1706/2 1717/20 1720/12
1720/15 1720/22 1721/2 1722/18
1734/14 1734/16 1734/25 1735/25
1736/5 1736/9 1737/2 1737/2 1737/3
1737/15 1738/24 1743/21 1744/3
1744/12 1757/6 1757/25 1758/1 1758/7
1758/12 1768/24 1768/25 1785/21
1786/2 1786/8 1786/12 1793/8
imposed [5]  1732/24 1734/6 1769/1
1770/5 1778/20
imposing [4]  1721/18 1759/10 1769/12
1769/15
imposition [3]  1702/11 1740/20 1757/21
impossible [1]  1744/23
imprisoning [1]  1743/12
imprisonment [1]  1774/24
in [333]
in-court [2]  1775/16 1795/6
in-depth [1]  1685/16
inability [1]  1699/13 1724/23
inadvertently [1]  1750/4
inappropriate [2]  1728/11 1797/2
inclined [2]  1722/18 1786/8
include [3]  1738/8 1794/13 1794/16
included [2]  1685/12 1795/4
including [5]  1687/12 1710/2 1729/24
1745/20 1751/20
inclusion [1]  1794/18
indeed [3]  1734/23 1793/15 1793/24
independent [2]  1769/6 1769/7
indicated [41]  1688/10 1688/23 1689/13
1689/14 1690/11 1695/18 1697/6

**I**

indicated... [34] 1700/12 1700/21
1708/14 1709/22 1710/1 1715/21
1724/22 1725/19 1726/20 1730/3
1730/18 1731/8 1732/19 1739/19
1740/9 1740/13 1743/4 1747/20
1753/18 1761/1 1761/17 1762/20
1763/1 1764/13 1771/9 1771/9 1772/22
1775/19 1775/22 1775/23 1775/25
1776/24 1778/4 1791/20
indicates [1] 1754/9
indictment [4] 1756/12 1756/13 1766/21
1766/25
individual [12] 1686/20 1702/17 1703/15
1712/7 1718/23 1733/6 1751/1 1756/8
1766/22 1767/19 1769/12 1795/5
individual's [1] 1718/16
individually [1] 1792/16 1795/9
inexcusable [1] 1732/20
inflammatory [1] 1796/2
influence [2] 1709/25 1765/10
information [23] 1686/7 1687/6 1704/7
1705/13 1705/17 1720/3 1729/18
1734/12 1734/21 1736/8 1742/3
1745/15 1745/16 1745/18 1746/2
1746/4 1747/10 1748/9 1751/14
1757/19 1775/2 1789/13 1790/7
informed [2] 1705/24 1776/22
initial [1] 1711/11
inmate [1] 1743/6
innocence [3] 1698/14 1719/6 1756/16
innocent [13] 1702/25 1703/1 1719/8
1733/15 1733/19 1738/3 1738/4 1738/8
1739/12 1739/15 1756/15 1767/1
1767/2
inquire [1] 1686/13
inquired [1] 1747/25
inquiry [1] 1797/11
instead [1] 1795/1
instruct [7] 1703/9 1708/23 1719/16
1720/21 1743/10 1744/10 1750/14
instructed [4] 1686/23 1729/9 1751/5
1751/23
instruction [5] 1686/24 1725/4 1729/5
1729/10 1751/6
instructions [15] 1686/4 1687/14
1687/15 1697/23 1709/3 1709/4
1713/10 1743/14 1752/1 1764/5
1764/18 1767/13 1793/2 1793/13
1795/25
insure [1] 1686/6
intended [1] 1746/6
intentional [37] 1692/25 1702/12
1702/16 1703/15 1703/20 1705/2
1705/6 1706/2 1706/8 1706/9 1717/19
1718/22 1719/18 1721/1 1721/3
1721/17 1722/4 1723/20 1732/24
1732/25 1733/5 1734/2 1734/16 1734/17
1735/17 1756/8 1757/3 1758/9 1758/13
1759/8 1766/22 1767/19 1768/19
1769/11 1769/11 1778/21 1781/24
intentionally [2] 1750/10 1781/24
interest [2] 1708/18 1709/21
interested [1] 1736/18
interfere [2] 1697/21 1698/12 1739/22
1740/6 1740/10 1740/13 1747/23
interject [1] 1769/24
Internally [1] 1698/7
internet [9] 1687/5 1687/11 1710/21
1710/22 1711/1 1729/17 1729/23
1751/13 1751/19
interviewees [1] 1790/1
interviews [1] 1789/23

into [15] 1689/7 1692/21 1693/25
1735/18 1735/21 1743/11 1752/4
1765/15 1765/25 1771/5 1774/2
1790/4 1790/15 1791/8 1797/11
investigations [1] 1789/5
involve [1] 1740/1
involved [7] 1691/3 1700/25 1723/20
1726/8 1738/3 1738/4 1738/10 1743/3
1794/9
involvement [2] 1740/4 1789/4
involves [1] 1756/7
involving [5] 1689/22 1709/21 1740/1
1762/21 1763/15
Iowa [2] 1794/11 1795/13
Irish [1] 1716/2
irrelevant [2] 1747/14 1793/17
is [375]
isn't [2] 1695/14 1721/12
issue [9] 1748/8 1791/3 1791/4 1791/9
1792/3 1792/12 1795/7 1798/5 1798/9
issues [1] 1771/7
it [161]
it's [43] 1684/20 1684/21 1684/21
1688/16 1688/18 1691/13 1697/11
1698/24 1699/1 1701/19 1702/4
1703/24 1706/8 1716/25 1717/12
1717/19 1718/17 1722/14 1723/1
1723/17 1726/11 1727/12 1731/22
1731/23 1741/5 1743/11 1745/11
1746/4 1748/6 1748/18 1751/5 1751/24
1754/14 1756/14 1758/25 1765/9
1769/5 1770/12 1774/11 1782/15
1786/9 1796/18 1998/18
its [3] 1767/16 1792/17 1795/10
itself [4] 1693/12 1698/5 1732/8 1740/6

**J**

JACK [2] 1683/17 1684/4
jail [3] 1694/15 1767/22 1782/8
January [1] 1771/14
JASPER [2] 1683/20 1684/6
Jasper's [1] 1740/15
job [21] 1689/3 1715/13 1763/17 1764/6
1764/11 1764/18 1764/22 1764/23
1764/24 1764/25 1769/6 1777/2
1777/22 1780/24 1784/23 1785/4
1785/8 1788/3 1788/4 1789/7 1789/10
jobs [2] 1753/6 1777/11
Joe [3] 1727/21 1727/22 1728/8
Johnson [3] 1794/10 1794/15 1795/13
judge [17] 1683/11 1697/1 1699/24
1709/13 1713/17 1713/22 1713/23
1727/25 1728/1 1739/8 1746/19 1760/3
1775/8 1779/1 1779/12 1782/12
1782/14
judgment [2] 1781/11 1781/21
juries [2] 1689/14 1689/14
juror [166]
juror's [9] 1684/15 1694/2 1747/6
1759/22 1769/6 1775/17 1792/25
1795/21 1796/24
jurors [43] 1686/5 1686/6 1686/17
1687/1 1687/20 1687/24 1689/19
1696/1 1701/4 1704/9 1720/14 1729/5
1729/12 1734/19 1748/5 1750/14
1750/23 1751/8 1752/4 1752/9 1755/14
1755/18 1755/23 1756/1 1757/25
1767/17 1768/25 1769/5 1775/4 1790/5
1790/9 1791/2 1792/21 1793/20
1794/21 1795/2 1795/24 1796/2 1796/8
1796/10 1796/20 1797/18 1797/19
jury [95] 1683/10 1685/2 1686/8
1686/10 1687/3 1687/20 1689/4 1689/8
1689/15 1689/18 1689/24 1690/7

1694/10 1700/22 1701/2 1702/23
1703/9 1703/10 1703/14 1703/16
1703/21 1706/24 1707/8 1708/4
1708/23 1708/23 1708/24 1708/25
1710/23 1711/19 1714/21 1719/6
1719/15 1719/16 1719/16 1720/3
1720/5 1720/10 1720/12 1720/14
1720/22 1720/22 1728/14 1729/14
1733/8 1733/9 1733/11 1733/24
1733/25 1733/25 1733/25 1734/1
1734/14 1734/23 1734/24 1743/10
1743/21 1744/3 1744/10 1744/13
1746/19 1747/5 1747/14 1748/7
1751/10 1752/5 1752/6 1753/18
1756/17 1757/2 1757/4 1757/6 1757/15
1757/22 1757/23 1758/6 1767/4
1767/10 1767/18 1767/20 1768/2
1768/5 1768/8 1768/13 1768/23
1775/18 1777/14 1777/21 1780/21
1782/15 1783/22 1791/22 1792/20
1794/13 1794/17
jury's [2] 1685/6 1709/25
just [56] 1686/22 1691/16 1693/6
1693/20 1694/12 1695/17 1696/12
1696/20 1698/9 1698/15 1698/24
1698/25 1700/16 1701/1 1709/8
1710/23 1711/14 1711/19 1722/14
1725/3 1727/10 1728/24 1729/4
1731/21 1731/22 1731/24 1737/20
1738/6 1739/9 1741/9 1743/23 1744/19
1745/7 1748/18 1750/3 1751/21 1752/1
1752/2 1759/7 1759/21 1764/23 1765/1
1765/2 1765/5 1765/23 1766/6 1769/24
1772/4 1774/25 1782/10 1788/6 1790/8
1791/11 1796/5 1796/25 1798/12
justice [6] 1690/21 1690/25 1703/1
1708/16 1708/19 1709/22
justification [1] 1797/22
justified [1] 1718/8
justifies [2] 1757/20 1768/12
justify [1] 1704/13

**K**

keen [1] 1718/6
keep [1] 1746/23
keeping [2] 1712/20 1725/3
keeps [1] 1694/6
Kenya [2] 1731/10 1731/19
kept [1] 1745/16
kill [7] 1705/18 1739/11 1740/18
1769/21 1778/15 1781/19 1796/3
killed [5] 1722/19 1781/10 1781/12
1781/17 1785/13
killer [3] 1723/1 1723/8 1723/13
killing [8] 1723/21 1736/24 1742/19
1763/4 1763/5 1763/7 1785/14 1785/15
killings [1] 1763/2
kills [1] 1766/14
kind [30] 1684/20 1691/6 1691/23
1700/15 1700/16 1702/14 1702/25
1705/1 1707/24 1711/5 1715/10
1715/11 1715/18 1718/7 1718/11
1721/3 1722/17 1726/7 1727/15
1736/13 1752/24 1752/25 1753/16
1759/8 1761/7 1772/10 1777/4 1781/21
1784/23 1788/4
kinds [2] 1732/25 1735/7
knew [3] 1712/20 1771/12 1785/16
know [38] 1684/22 1689/7 1691/17
1692/19 1692/24 1693/4 1693/4 1693/5
1693/10 1693/17 1693/20 1696/22
1706/9 1712/21 1714/13 1714/18
1717/23 1721/6 1721/8 1721/12
1731/20 1736/7 1741/20 1753/11

**K**

know... [14]  1754/21 1754/24 1755/9
1758/21 1762/23 1764/11 1769/20
1770/13 1773/15 1777/20 1778/1
1781/22 1782/10 1786/10
knowing [1]  1722/12
knowledge [6]  1708/19 1709/1 1731/21
1735/24 1771/15 1771/20
known [1]  1791/13
knows [1]  1728/7

**L**

La [1]  1701/9
lack [2]  1775/19 1776/5
ladies [2]  1686/19 1750/24
laid [1]  1774/17
language [2]  1694/8 1741/8
large [2]  1689/10 1689/12
last [14]  1700/13 1707/23 1712/10
1715/13 1725/20 1725/23 1745/17
1753/5 1753/8 1766/5 1776/24 1784/20
1787/5 1788/6
lasted [1]  1685/16
lasts [1]  1689/7
late [1]  1753/24
lately [2]  1774/8 1789/23
law [46]  1692/9 1702/9 1705/11 1705/18
1708/16 1708/18 1708/19 1708/23
1708/24 1708/25 1709/2 1709/8
1709/22 1709/24 1716/7 1716/25
1717/1 1717/6 1719/7 1719/16 1721/22
1724/23 1730/19 1733/25 1736/24
1737/1 1741/14 1763/20 1763/23
1763/24 1764/3 1764/13 1764/15
1765/7 1765/11 1765/25 1766/8 1767/1
1767/16 1783/16 1788/2 1788/6 1789/2
1795/12 1796/13 1797/20
laws [1]  1709/25
lawyer [1]  1708/4
lawyers [2]  1750/15 1751/22
LCN [1]  1771/13
lead [1]  1742/7
learn [2]  1714/15 1787/21
learned [19]  1688/7 1696/9 1700/9
1705/5 1705/10 1706/13 1707/13
1714/8 1722/2 1723/19 1725/16 1729/1
1736/2 1752/17 1760/22 1772/5 1776/4
1780/2 1784/12
learning [1]  1711/1
least [3]  1782/20 1782/23 1790/10
leave [1]  1687/24
left [4]  1684/19 1740/24 1741/5 1743/18
legislature [2]  1717/7 1717/14
legitimate [1]  1794/14
lending [1]  1758/23
Lent [2]  1758/25 1759/1
less [5]  1716/15 1716/17 1726/18
1791/18 1796/15
lesser [1]  1721/24
let [34]  1686/21 1692/20 1696/7 1700/8
1700/25 1706/13 1707/12 1710/17
1714/7 1716/22 1721/13 1725/14
1728/24 1732/17 1736/22 1737/19
1743/17 1744/18 1752/15 1756/5
1759/7 1760/21 1766/2 1766/6 1766/12
1769/24 1772/4 1776/20 1780/1 1782/5
1784/11 1785/10 1787/20 1798/12
let's [3]  1715/5 1719/14 1735/8
letter [5]  1771/9 1798/6 1798/10
1798/16 1798/21
level [2]  1730/6 1746/24
levels [2]  1684/21 1685/17
life [51]  1693/22 1704/14 1705/8

**M**

ma'am [4]  1714/1 1728/20 1776/15
1779/21
made [5]  1686/5 1736/19 1746/6
1797/17 1797/24
Mafia [5]  1701/9 1701/23 1702/1
1781/13 1781/17
magic [1]  1790/10
mail [3]  1687/9 1729/21 1751/17
maintain [3]  1746/6 1746/7 1791/16
major [3]  1727/20 1739/10 1742/9
make [11]  1692/13 1744/23 1764/4
1764/16 1769/3 1769/6 1769/7 1770/1
1770/14 1783/10 1789/9

1705/22 1705/25 1718/16 1719/21
1720/10 1720/16 1720/18 1721/20
1721/23 1722/3 1722/10 1734/7
1734/13 1734/23 1735/13 1736/3
1736/9 1737/7 1737/22 1738/13
1739/17 1739/23 1740/8 1740/21
1741/21 1741/23 1742/15 1742/22
1743/6 1743/22 1744/4 1744/8 1744/11
1757/7 1757/21 1758/2 1767/21 1768/7
1768/12 1769/2 1769/2 1769/15
1769/20 1770/2 1779/16 1782/8
1785/15 1794/23
light [1]  1740/17
like [32]  1684/20 1685/2 1698/8 1701/20
1702/20 1709/14 1714/17 1716/21
1718/3 1718/4 1718/15 1736/7 1737/11
1747/8 1748/5 1751/2 1754/22 1759/23
1770/12 1771/14 1774/21 1777/9
1778/12 1781/4 1781/22 1782/25
1783/1 1785/5 1785/12 1786/10
1788/11 1792/12
likely [4]  1721/1 1748/2 1791/25
1794/22
limited [1]  1742/10
Linked [3]  1687/12 1729/24 1751/20
Linked-In [3]  1687/12 1729/24 1751/20
list [5]  1782/23 1798/9 1798/9 1798/25
1799/2
listen [6]  1687/4 1698/12 1729/16
1741/18 1751/12 1769/5
literally [1]  1783/23
little [6]  1692/21 1708/11 1747/1 1766/1
1795/18 1796/24
live [8]  1689/3 1699/1 1731/15 1731/17
1741/2 1745/15 1772/22 1785/15
lived [3]  1731/19 1772/25 1773/19
lives [1]  1698/20
local [1]  1750/19
locked [4]  1691/4 1691/18 1692/5
1694/15
long [21]  1684/24 1689/3 1689/7
1689/17 1708/10 1715/16 1727/10
1731/12 1744/21 1753/4 1753/7 1753/8
1761/3 1762/12 1772/19 1772/25
1777/7 1784/18 1785/4 1786/5 1794/14
longer [2]  1725/21 1762/17
look [3]  1718/1 1722/9 1790/6
looking [1]  1798/23
LORETTA [1]  1683/13
loss [1]  1684/20
lost [1]  1777/12
lot [11]  1694/7 1694/13 1696/1 1715/25
1716/1 1716/2 1730/25 1731/2 1746/2
1771/15 1790/14
love [2]  1758/21 1783/1
luck [1]  1789/23
lunch [2]  1715/15 1748/20
luncheon [1]  1749/4
LYNCH [1]  1683/13

makes [2]  1693/6 1693/8
man [1]  1750/4
Manager [1]  1717/3
Manhattan [2]  1732/2 1732/3
manifest [1]  1698/5
many [3]  1748/5 1764/7 1764/19
March [2]  1683/9 1799/8
March 21 [1]  1799/8
mark [1]  1737/11
married [2]  1691/20 1691/21
Marshals [1]  1791/23
Maryland [1]  1730/23
mass [2]  1693/1 1786/7
Massino [1]  1739/10
materials [2]  1798/20 1798/24
matter [3]  1706/10 1710/17 1793/25
matters [1]  1770/18
may [23]  1687/20 1696/1 1709/10
1712/21 1717/13 1718/8 1720/8 1727/7
1727/9 1745/22 1752/6 1757/18
1763/19 1765/25 1771/15 1782/7
1782/16 1790/8 1791/13 1792/24
1793/24 1798/5 1798/5
maybe [9]  1685/2 1693/19 1701/15
1731/13 1737/25 1737/25 1754/18
1755/5 1769/21
MCC [1]  1798/8
me [71]  1686/21 1689/3 1689/9 1691/2
1692/20 1693/3 1693/6 1693/11 1696/7
1696/11 1697/9 1697/25 1699/21
1700/8 1700/16 1701/1 1701/1 1706/13
1707/12 1707/24 1710/17 1714/7
1715/11 1716/12 1716/22 1721/13
1721/20 1721/21 1723/10 1725/14
1726/7 1728/24 1731/6 1732/17
1736/22 1737/19 1738/2 1738/16
1743/17 1744/18 1745/12 1745/20
1750/5 1752/15 1752/24 1756/5
1758/14 1758/21 1758/24 1759/7
1760/21 1761/6 1762/7 1766/2 1766/6
1766/12 1769/24 1772/4 1772/9
1772/16 1776/20 1777/17 1780/1
1780/13 1780/16 1782/5 1784/11
1785/10 1787/20 1787/24 1788/8
meals [1]  1743/9
mean [18]  1692/4 1693/17 1698/24
1701/19 1710/20 1712/8 1718/13
1737/13 1738/4 1740/23 1745/9
1747/11 1750/9 1758/25 1764/8
1764/20 1785/17 1796/7
meaning [1]  1727/6
meaningful [2]  1741/23 1744/24
means [1]  1741/20
meant [2]  1740/12 1791/10
mechanical [1]  1683/25
media [6]  1726/22 1745/11 1747/9
1748/2 1776/4 1781/7
member [4]  1700/22 1715/22 1717/14
1726/25
members [1]  1740/18
mention [3]  1744/19 1788/12 1788/25
mentioned [6]  1740/2 1744/18 1745/10
1751/3 1791/4 1791/12
merits [1]  1793/16
MERKL [2]  1683/15 1684/4
messages [1]  1687/10
messaging [2]  1729/22 1751/18
microphone [1]  1687/19
midweek [1]  1790/4
might [14]  1692/13 1692/16 1705/17
1709/2 1709/7 1709/8 1721/14 1727/15
1736/9 1740/10 1750/7 1765/19 1766/1
1794/7
military [2]  1761/18 1761/24

Case 1:25-cr-00060-NGG   Document 9   Filed 03/22/25   Page 128 of 136

# M

mind [8]   1714/4 1721/8 1721/20
1741/15 1752/2 1782/9 1785/23
1795/10
minimum [2]   1785/20 1785/21
minorities [1]   1763/15
minutes [3]   1685/16 1713/17 1713/19
miss [1]   1684/24
missed [1]   1780/5
missing [1]   1684/23
misspoke [1]   1716/11
mistake [1]   1701/14
mitigate [1]   1791/25
mitigating [28]   1704/12 1704/23 1705/7
1705/16 1705/20 1720/8 1734/21
1735/11 1736/8 1736/14 1741/7
1741/13 1741/17 1742/12 1742/21
1743/14 1744/24 1757/18 1768/11
1768/15 1793/13 1793/17 1796/1
1796/4 1796/14 1796/17 1796/23
1797/19
mitigators [3]   1740/20 1797/4 1797/9
mob [1]   1701/9
Monday [6]   1776/12 1789/19 1789/22
1798/5 1799/5 1799/7
month [4]   1691/5 1691/19 1711/11
1781/5
months [8]   1689/8 1691/19 1754/18
1754/19 1762/15 1775/1 1776/25
1785/5
moral [6]   1692/12 1695/24 1720/21
1758/5 1760/1 1769/3
more [22]   1685/1 1694/20 1703/25
1712/21 1716/14 1718/8 1719/24
1720/6 1721/1 1734/9 1734/16 1744/14
1757/9 1757/16 1761/14 1767/25
1767/25 1768/7 1774/12 1789/24
1790/5 1795/24
Moreover [1]   1791/19
Morgan [5]   1792/21 1793/3 1793/5
1793/10 1793/19
morning [3]   1686/19 1696/8 1764/23
mortgage [3]   1780/11 1780/23 1781/3
most [6]   1689/2 1764/6 1764/18
1770/22 1783/7 1788/22
mother [2]   1718/3 1778/4
motion [19]   1686/11 1695/1 1699/11
1706/22 1709/18 1713/7 1724/13
1728/6 1746/16 1746/18 1747/5 1760/4
1760/9 1776/9 1779/10 1787/1 1789/11
1792/11 1792/17
motives [1]   1766/8
move [12]   1694/5 1706/23 1709/20
1713/8 1760/6 1770/25 1775/17 1779/9
1779/11 1786/22 1789/12 1790/15
moved [1]   1790/22
moves [4]   1684/11 1699/12 1724/14
1748/6
movie [2]   1776/25 1777/2
movies [1]   1702/2
Mr [22]   1684/7 1684/9 1694/22 1699/8
1706/19 1709/15 1713/4 1724/7 1739/9
1740/15 1746/13 1759/16 1770/18
1775/12 1779/5 1783/4 1786/19 1788/9
1788/13 1788/19 1798/8 1798/14
Mr. [1]   1739/10
Mr. Massino [1]   1739/10
Ms [2]   1783/23 1798/22
MSN [1]   1711/7
much [11]   1684/21 1687/22 1713/3
1725/21 1730/2 1750/21 1759/15
1779/3 1783/3 1786/18 1789/23
multiple [6]   1722/18 1771/14 1775/20

1785/15 1785/17 1797/15
murder [56]   1693/1 1693/1 1697/17
1697/18 1697/19 1697/9 1702/12
1702/16 1702/17 1703/15 1703/20
1705/2 1705/6 1705/11 1706/1 1706/3
1706/8 1706/9 1717/19 1718/7 1718/23
1718/24 1719/18 1721/1 1721/3 1721/4
1721/17 1722/5 1732/24 1733/5 1733/6
1734/2 1734/7 1735/10 1735/17 1736/4
1737/24 1738/14 1738/22 1756/8
1756/9 1757/3 1758/10 1758/13 1759/8
1759/9 1766/22 1766/23 1767/19
1768/20 1769/11 1769/11 1778/21
1781/25 1782/7 1786/7
murders [9]   1722/18 1723/20 1723/22
1733/1 1736/4 1770/5 1774/19 1785/22
1786/1
must [14]   1687/4 1704/6 1729/16
1734/17 1734/19 1751/12 1755/14
1755/18 1756/2 1767/16 1768/25
1793/6 1793/19 1796/7
Mutual [1]   1777/9
my [47]   1685/21 1686/24 1689/2 1689/3
1689/3 1694/16 1698/10 1698/10
1698/18 1699/1 1701/21 1709/5 1711/8
1712/18 1715/13 1716/21 1718/5
1721/20 1726/2 1727/19 1727/20
1729/10 1731/4 1732/20 1732/24
1742/24 1743/14 1745/7 1748/19
1751/6 1752/1 1758/18 1758/20
1758/23 1762/18 1763/13 1764/19
1767/13 1769/25 1773/12 1777/22
1782/24 1783/1 1783/1 1788/5 1791/11
1798/16
myself [3]   1698/25 1718/5 1777/13

# N

N.D [2]   1794/11 1795/13
N.Y [1]   1683/6
name [4]   1745/15 1745/21 1774/20
1786/11
National [1]   1761/21
natural [1]   1748/4
nature [3]   1697/20 1745/3 1792/5
naught [1]   1765/19
necessarily [2]   1709/23 1771/15
necessary [2]   1785/21 1793/24
Neck [2]   1788/8 1789/1
need [4]   1730/15 1741/19 1797/24
1798/17
needed [1]   1686/7
needs [1]   1764/25
neighborhood [1]   1773/20
neighbors [2]   1773/18 1773/19
nephew [1]   1716/5
nervous [4]   1693/7 1693/8 1693/9
1694/6
networking [3]   1687/11 1729/24 1751/19
never [11]   1685/14 1693/6 1702/24
1705/12 1719/5 1720/21 1733/13
1733/18 1768/24 1770/10 1791/4
NEW [12]   1683/1 1683/14 1683/15
1683/23 1715/22 1717/5 1717/9
1717/10 1761/20 1774/12 1780/19
1780/20
news [10]   1696/23 1707/15 1713/13
1714/12 1771/12 1774/5 1774/10
1774/11 1774/14 1776/3
next [28]   1694/22 1695/15 1695/16
1699/8 1706/19 1707/4 1709/15 1713/4
1720/1 1724/7 1725/2 1746/13 1748/16
1748/17 1749/5 1750/5 1750/7 1750/9
1759/16 1770/19 1771/5 1775/13
1776/12 1779/5 1783/4 1786/19 1787/4

1788/9
nice [11]   1694/23 1699/7 1706/18
1724/8 1728/2 1739/21 1743/9 1775/10
1779/4 1783/5 1788/20
NICHOLAS [1]   1683/11
nickname [2]   1714/17 1714/25
NICOLE [1]   1683/16
night [1]   1693/18
nights [1]   1694/9
nine [1]   1707/23
no [109]   1686/9 1688/9 1690/10
1690/23 1691/1 1691/2 1691/16
1692/10 1699/4 1699/5 1699/17
1700/11 1701/13 1701/21 1701/24
1702/4 1702/9 1703/4 1705/4 1706/15
1706/16 1706/17 1708/5 1709/12
1709/13 1710/5 1710/20 1711/13
1717/4 1717/4 1717/24 1719/23
1720/18 1721/19 1722/8 1722/13
1722/13 1722/13 1724/1 1724/3 1724/4
1724/17 1725/17 1726/18 1727/25
1728/1 1729/3 1731/16 1731/18 1736/1
1736/6 1737/10 1737/10 1737/17
1738/11 1741/13 1742/5 1744/9 1745/1
1745/7 1745/20 1746/10 1746/11
1746/17 1748/8 1748/12 1752/19
1754/4 1754/25 1755/10 1758/16
1758/17 1759/11 1759/14 1760/8
1760/24 1761/25 1764/1 1766/14
1775/5 1775/7 1775/8 1776/23 1777/13
1778/24 1779/1 1779/2 1779/13 1780/4
1780/11 1782/18 1782/19 1784/14
1785/24 1786/4 1786/16 1786/17
1788/14 1788/16 1788/17 1790/20
1791/7 1791/20 1792/4 1792/9 1795/11
1797/12 1797/22 1798/2
None [1]   1759/13
nonetheless [1]   1795/23
nor [1]   1687/5
norm [1]   1731/24
normal [6]   1689/8 1703/22 1734/14
1757/7 1767/21 1767/23
normally [3]   1718/19 1733/9 1734/6
Nostra [1]   1701/9
not [117]   1684/15 1684/21 1684/24
1685/5 1685/11 1685/12 1686/24
1686/25 1687/1 1687/4 1687/8 1689/3
1692/15 1693/5 1695/17 1697/2 1697/11
1698/18 1698/24 1699/1 1701/19
1703/11 1707/21 1708/2 1708/5
1709/23 1712/21 1718/6 1723/21
1724/21 1726/22 1726/24 1729/11
1729/11 1729/12 1729/16 1729/20
1733/3 1734/14 1735/12 1736/25
1737/3 1737/17 1737/18 1738/3 1738/4
1738/25 1739/16 1740/13 1740/21
1740/25 1741/14 1741/22 1741/24
1743/11 1743/20 1744/2 1744/7
1746/23 1747/5 1747/8 1747/22 1748/8
1748/13 1750/16 1751/6 1751/7 1751/8
1751/12 1751/16 1751/23 1751/24
1751/25 1752/25 1754/19 1755/22
1756/13 1758/17 1760/6 1760/11
1765/1 1765/9 1765/13 1768/6 1769/17
1769/18 1770/11 1771/7 1771/15
1773/19 1774/8 1776/4 1779/15 1781/8
1782/25 1783/15 1787/2 1787/9
1789/22 1790/11 1790/12 1790/25
1791/22 1794/8 1794/25 1795/10
1796/7 1796/17 1797/18 1797/20
1798/14 1798/17 1798/23 1799/2
not-for-profit [1]   1708/2
note [4]   1695/17 1724/22 1750/3

## N

note... [1]  1791/22
noted [2]  1771/11 1795/18
notes [5]  1685/7 1685/14 1686/1 1791/2 1792/2
nothing [5]  1696/20 1722/13 1742/4 1747/20 1778/14
notice [1]  1783/22
noticed [1]  1783/23
now [43]  1687/20 1688/18 1689/5 1689/13 1694/12 1696/24 1697/6 1702/5 1704/21 1707/22 1708/22 1717/18 1719/19 1720/25 1726/20 1730/3 1732/17 1735/3 1735/6 1736/22 1742/2 1742/6 1743/4 1743/16 1746/2 1755/11 1755/23 1756/19 1757/18 1766/5 1766/25 1767/15 1768/23 1769/10 1772/9 1772/22 1774/5 1774/12 1776/24 1777/20 1780/5 1795/10 1798/18
number [36]  1687/16 1687/18 1688/2 1699/18 1699/20 1700/4 1707/1 1707/8 1710/13 1713/15 1713/21 1714/2 1716/7 1722/19 1723/20 1723/22 1724/19 1725/10 1728/22 1752/11 1760/10 1760/17 1763/2 1771/25 1776/10 1776/16 1779/14 1779/22 1784/7 1785/20 1785/21 1785/23 1787/1 1787/16 1789/16 1790/10
number 255 [3]  1699/20 1700/4 1707/1
number 288 [2]  1687/16 1687/18
number 289 [1]  1728/22
number 296 [1]  1707/8
number 298 [2]  1710/13 1713/15
number 300 [3]  1713/21 1714/2 1724/19
number 302 [1]  1725/10
number 306 [2]  1752/11 1760/10
number 308 [1]  1760/17
number 311 [2]  1771/25 1776/10
number 313 [2]  1776/16 1779/14
number 314 [1]  1779/22
number 319 [2]  1784/7 1787/1
number 321 [2]  1787/16 1789/16
numbers [2]  1790/6 1798/20
numerous [2]  1724/24 1771/10

## O

oath [15]  1688/5 1700/7 1707/11 1710/16 1714/5 1725/13 1752/14 1760/20 1772/3 1776/19 1779/25 1784/10 1787/19 1793/3 1796/13
objected [1]  1747/4
objection [7]  1699/17 1710/5 1724/17 1741/13 1760/8 1779/13 1797/24
obligation [3]  1703/4 1733/13 1767/3
observation [2]  1748/1 1783/10
observe [1]  1766/10
obviously [1]  1740/1
occasions [1]  1727/20
off [7]  1689/2 1692/15 1697/24 1726/23 1745/19 1769/21 1785/2
office [2]  1745/20 1777/3
officer [6]  1705/11 1705/18 1736/24 1737/1 1763/11 1764/10
officers [7]  1716/8 1716/13 1724/25 1764/14 1764/15 1765/11 1771/14
officers' [1]  1766/8
often [4]  1754/17 1754/19 1755/2
Okay [11]  1688/17 1692/6 1711/16 1718/2 1723/18 1725/18 1729/8 1739/7 1780/7 1784/15 1787/7
old [1]  1718/15
on [127]

once [2]  1731/3 1790/4
one [40]  1683/14 1685/8 1689/14 1689/19 1695/16 1698/19 1699/22 1701/4 1718/22 1720/16 1730/13 1735/4 1737/15 1738/8 1739/12 1740/2 1745/20 1748/6 1748/15 1753/7 1754/15 1757/6 1758/2 1758/20 1758/20 1759/7 1764/10 1769/1 1769/25 1770/4 1773/11 1773/25 1773/25 1773/25 1774/3 1782/5 1785/14 1787/4 1787/5 1797/16
only [19]  1698/19 1704/5 1708/24 1709/3 1732/7 1734/2 1734/5 1743/13 1755/14 1755/19 1756/2 1757/3 1758/2 1763/17 1766/25 1767/20 1791/9 1794/18 1797/7
open [1]  1796/7
opinion [12]  1685/12 1701/21 1702/9 1732/20 1763/13 1769/25 1770/11 1771/11 1775/22 1775/24 1792/18 1793/16
opinions [2]  1763/10 1764/2
opportunity [3]  1758/6 1768/8 1768/14
opposed [1]  1768/13
opposes [2]  1759/4 1759/23
options [1]  1782/5
or [151]
order [6]  1720/15 1734/17 1744/12 1758/1 1768/25 1792/18
ordering [1]  1737/12
Ordinarily [1]  1719/20
organization [3]  1708/2 1726/1 1753/12
organized [9]  1701/8 1726/25 1727/7 1740/2 1740/4 1744/22 1773/6 1773/22 1773/23
Orthodox [3]  1759/2 1759/4 1759/22
other [64]  1687/1 1687/11 1687/20 1688/24 1692/13 1693/13 1698/15 1699/3 1702/18 1702/20 1707/20 1708/17 1714/16 1716/15 1718/9 1719/1 1724/2 1724/24 1726/1 1727/23 1729/12 1729/15 1729/23 1733/7 1737/19 1739/2 1739/11 1740/24 1742/10 1745/15 1745/21 1746/9 1751/8 1751/19 1752/4 1755/1 1755/23 1756/10 1757/9 1757/14 1758/20 1758/24 1759/12 1765/4 1765/11 1766/24 1769/5 1770/3 1770/8 1770/18 1774/1 1775/3 1775/4 1775/6 1780/9 1781/2 1782/22 1786/2 1786/15 1788/15 1791/2 1796/21 1797/14 1797/16
others [3]  1737/9 1737/12 1766/16
our [12]  1702/25 1719/7 1739/20 1743/8 1750/4 1750/7 1750/9 1767/1 1771/9 1778/8 1783/22 1798/21
out [37]  1686/8 1689/5 1694/17 1696/8 1697/25 1698/3 1698/9 1699/22 1700/8 1707/12 1710/18 1712/18 1714/7 1725/15 1728/25 1745/17 1746/2 1746/4 1747/9 1747/10 1750/17 1751/4 1751/22 1752/16 1754/7 1760/21 1765/5 1772/5 1776/20 1780/1 1784/11 1787/20 1789/8 1790/8 1795/24 1796/8 1797/9
outcomes [1]  1763/11
Outdoors [1]  1700/17
outside [4]  1687/6 1729/18 1751/14 1778/8
over [16]  1685/16 1687/15 1691/4 1691/17 1694/9 1708/11 1716/13 1722/22 1722/23 1723/20 1726/4 1764/21 1766/12 1774/13 1786/2 1798/24

overact [2]  1763/15 1763/19
overacted [1]  1763/2
overacting [1]  1763/22
overseas [1]  1732/15
own [3]  1709/24 1758/5 1769/3
owned [1]  1726/2
owners [2]  1754/24 1755/9
Ozone [1]  1772/23

## P

p.m [1]  1750/2
Pace [1]  1763/3
page [3]  1745/17 1745/22 1749/5
pages [1]  1798/24
paid [4]  1777/22 1777/23 1777/25 1780/24
paper [21]  1696/13 1696/22 1714/14 1714/16 1714/24 1723/15 1772/7 1787/25 1788/9 1788/10 1788/10
parenthesis [1]  1714/25
parents [3]  1732/15 1739/11 1762/19
Park [1]  1772/23
Parkside [1]  1754/10
parole [7]  1719/22 1719/23 1721/20 1721/23 1722/4 1757/8 1782/8
part [15]  1691/2 1703/16 1703/17 1723/21 1726/3 1731/23 1757/4 1757/5 1761/23 1766/17 1768/18 1768/20 1768/23 1792/19 1794/1
part-time [1]  1761/23
partial [1]  1791/24
participate [2]  1703/11 1796/25
particular [8]  1706/24 1713/9 1725/22 1740/3 1764/10 1796/11 1796/16 1797/17
particularly [1]  1786/8
parties [11]  1687/7 1687/13 1699/19 1707/2 1729/19 1751/15 1771/4 1784/2 1789/18 1789/20 1789/24
pass [1]  1755/8
passed [1]  1731/16
past [5]  1701/16 1730/10 1736/10 1736/11 1742/3
pastor [5]  1782/20 1782/24 1782/25 1783/1 1783/2
Patrick's [1]  1716/4
pattern [1]  1698/10
pay [7]  1689/6 1689/8 1697/13 1778/1 1780/12 1780/23 1781/3
paying [1]  1777/21
payroll [2]  1697/13 1697/14
pays [3]  1689/4 1743/5 1780/20
Peekskill [1]  1762/5
penalties [1]  1734/5
penalty [156]
pension [1]  1765/1
people [10]  1722/20 1739/12 1739/15 1746/2 1764/25 1765/11 1782/23 1785/14 1785/15 1787/24
percent [1]  1755/22
perception [4]  1709/2 1747/6 1765/8 1765/9
perceptions [1]  1765/24
performance [1]  1793/1
period [7]  1736/15 1736/16 1736/19 1753/7 1764/21 1798/8 1798/9
permission [1]  1739/10
permit [3]  1794/12 1794/16 1794/18
permitted [2]  1708/24 1793/20
person [19]  1692/25 1698/25 1706/7 1717/21 1722/9 1730/22 1730/25 1731/2 1761/24 1764/25 1765/1 1765/5 1766/15 1770/6 1778/9 1781/19 1785/13 1785/14 1785/15

# P

personal [3] 1720/21 1745/14 1756/4
Personally [1] 1759/11
persons [3] 1722/9 1743/7 1773/5
phase [27] 1702/19 1703/18 1703/21
1704/23 1705/25 1721/16 1733/8
1733/23 1733/24 1734/3 1734/3 1734/4
1734/4 1734/10 1734/11 1735/3 1735/8
1736/23 1738/21 1757/6 1757/12
1757/13 1758/10 1758/11 1790/16
1795/3 1795/22
phases [1] 1694/1
philosophical [1] 1692/12
philosophy [2] 1760/1 1766/18
phone [8] 1687/9 1687/9 1729/21
1729/21 1732/11 1732/12 1751/17
1751/17
phrase [1] 1796/22
phrased [1] 1794/14
Piccolo [1] 1755/1
pieces [1] 1774/25
Pierrepont [1] 1683/14
Pistone [3] 1727/21 1727/22 1728/8
place [5] 1693/23 1712/16 1732/13
1739/5 1765/17
placement [1] 1742/12
placing [1] 1742/15
Plaintiff [1] 1683/3
plan [3] 1705/12 1705/13 1705/17
planned [3] 1705/11 1736/24 1797/15
plausible [1] 1795/12
Plaza [3] 1683/5 1683/14 1683/22
Plead [1] 1754/7
please [27] 1684/10 1686/18 1687/1
1687/8 1688/1 1696/24 1700/3 1707/7
1710/12 1714/1 1725/7 1728/20
1729/13 1729/20 1750/24 1751/9
1751/16 1752/4 1755/25 1760/15
1776/15 1779/21 1782/23 1784/6
1787/12 1790/21 1798/14
point [9] 1687/3 1703/16 1703/19
1705/11 1729/15 1738/23 1750/17
1751/11 1775/21
points [1] 1771/10
police [10] 1691/25 1715/22 1716/13
1724/25 1761/18 1761/24 1763/11
1763/14 1765/10 1788/5
policy [1] 1777/21
polite [1] 1697/3
Portsmouth [2] 1762/6 1762/8
position [3] 1747/13 1770/11 1797/23
positions [1] 1797/10
positive [1] 1736/16
possessing [1] 1697/18
possibilities [1] 1735/22
possibility [27] 1703/23 1704/14 1705/8
1705/22 1706/1 1709/10 1709/24
1719/21 1720/11 1721/23 1722/4
1734/7 1734/15 1734/24 1736/4 1737/8
1737/23 1739/17 1742/14 1742/15
1742/19 1757/8 1757/21 1758/3 1759/9
1767/22 1782/8
possible [6] 1705/20 1717/20 1719/23
1734/5 1737/20 1746/4
possibly [4] 1723/24 1737/2 1737/4
1740/7
posting [1] 1711/17
potential [16] 1740/18 1775/4 1775/19
1776/5 1790/5 1790/8 1792/15 1792/16
1793/7 1793/20 1795/1 1795/5 1795/9
1795/16 1795/20 1797/18
potentially [2] 1744/21 1796/2
prejudge [1] 1795/2 1796/22 1797/8

prejudice [2] 1710/2 1796/16
preliminarily [1] 1752/15
preliminary [1] 1710/17
prepared [1] 1686/3
prescriptions [1] 1685/4
presence [2] 1793/16 1796/12
present [6] 1684/9 1686/10 1693/12
1702/22 1703/5 1704/11 1719/2
1733/10 1733/13 1734/11 1734/20
1757/11 1757/18 1768/2 1768/10
1797/15
presented [6] 1705/12 1720/13 1735/11
1737/9 1742/21 1744/20
presents [6] 1721/15 1733/22 1738/21
1742/6 1742/9 1767/15
press [1] 1791/13
pressure [1] 1763/17
presumed [3] 1719/7 1733/14 1767/1
presumption [1] 1756/16
presumptively [1] 1744/11
pretty [3] 1722/15 1739/21 1743/9
prevent [3] 1688/25 1780/9 1793/1
previous [2] 1792/18 1795/7
previously [4] 1729/6 1751/5 1793/22
1795/18
principle [1] 1741/1
principled [1] 1797/13
prior [3] 1690/7 1700/21 1715/1
prison [15] 1703/22 1714/19 1720/10
1721/20 1721/23 1722/3 1734/23
1736/3 1739/20 1742/10 1742/11
1742/13 1757/8 1768/12 1794/24
prisoners [1] 1742/11
prisons [3] 1739/20 1743/8 1799/3
privacy [13] 1740/10 1745/7 1746/6
1746/7 1746/20 1746/23 1747/7
1747/15 1748/3 1748/4 1748/5 1790/23
1791/11
private [5] 1697/10 1700/18 1746/23
1761/14 1761/16
probably [3] 1716/17 1745/11 1786/10
probe [1] 1765/25
problem [12] 1686/10 1686/15 1688/25
1695/19 1750/10 1765/20 1765/22
1780/9 1780/13 1787/8 1797/6 1797/8
procedure [1] 1732/13
procedures [1] 1746/23
proceed [3] 1692/20 1751/1 1758/8
proceedings [2] 1683/25 1686/16
process [3] 1704/17 1770/2 1795/19
produce [2] 1726/7 1726/9
producer [6] 1725/20 1726/1 1726/6
1727/18 1727/19 1727/21
production [5] 1726/7 1726/8 1726/10
1726/11 1726/13
profit [2] 1697/11 1708/2
prolonging [1] 1781/11
proper [3] 1734/23 1792/23 1793/24
properly [2] 1684/22 1794/5
proposed [3] 1740/15 1794/21 1794/21
proposition [1] 1795/19
prosecutor [1] 1796/3
prosecutors [1] 1692/1
prospective [35] 1686/17 1687/24
1694/24 1696/3 1699/9 1700/1 1706/20
1707/5 1709/16 1710/10 1713/5
1713/24 1724/11 1725/5 1728/4
1728/18 1741/12 1741/16 1746/14
1750/23 1752/9 1759/19 1760/13
1770/23 1771/21 1775/14 1776/13
1779/7 1779/18 1783/8 1784/4 1786/20
1787/10 1788/23 1792/24
protect [1] 1791/24
prove [16] 1702/23 1702/25 1704/9

1719/3 1719/11 1720/5 1733/17
1733/18 1734/17 1743/20 1744/2
1744/6 1756/19 1756/23 1757/15
1767/2
proven [3] 1719/8 1744/14 1756/15
proves [3] 1703/2 1704/4 1733/16
provide [7] 1685/11 1685/20 1704/3
1704/6 1767/9 1798/20 1799/1
provided [2] 1685/4 1685/10
proving [2] 1702/21 1767/3
public [8] 1700/19 1700/20 1708/13
1708/18 1709/21 1730/16 1746/23
1761/14
publishers [1] 1727/20
punishment [5] 1781/22 1781/23 1782/1
1782/9 1792/25
purported [1] 1684/13
purportedly [1] 1739/10
purpose [2] 1794/14 1794/19
push [1] 1770/3
put [10] 1688/18 1701/13 1709/23
1718/5 1727/22 1745/19 1745/22
1765/24 1770/10 1785/12
puts [2] 1704/15 1790/14
putting [1] 1743/12

# Q

qualified [6] 1724/21 1760/7 1760/11
1765/2 1779/16 1787/3
quarters [1] 1686/9
Queens [1] 1754/10
question [53] 1688/24 1692/11 1695/18
1697/16 1701/7 1708/15 1710/3 1711/9
1718/20 1720/20 1721/7 1725/14
1726/21 1728/24 1732/25 1736/22
1737/6 1737/11 1737/14 1737/15
1737/19 1739/19 1739/20 1740/9
1740/24 1740/25 1741/12 1741/14
1741/23 1741/24 1743/5 1743/16
1743/17 1745/2 1755/17 1755/24
1755/25 1760/21 1764/12 1764/19
1765/14 1775/21 1775/21 1775/23
1775/24 1780/5 1780/6 1781/6 1787/6
1791/11 1792/2 1794/25 1796/23
questioning [4] 1685/23 1686/20 1751/1
1791/6
questionnaire [34] 1686/21 1688/6
1696/8 1700/9 1707/13 1710/2 1710/18
1714/8 1715/7 1725/15 1728/25 1729/7
1730/3 1745/19 1746/5 1747/20
1747/24 1748/12 1752/16 1754/9
1760/22 1771/10 1771/12 1772/5
1775/17 1775/20 1776/21 1780/2
1784/12 1787/21 1791/10 1794/13
1794/17 1795/5
questionnaires [3] 1751/2 1751/4
1789/21
questions [41] 1685/21 1694/20 1695/7
1698/16 1699/3 1702/5 1706/15
1706/16 1709/11 1715/6 1716/22
1724/2 1727/23 1729/6 1732/17 1739/2
1745/25 1746/9 1752/21 1755/12
1759/12 1765/19 1766/3 1770/18
1775/6 1775/8 1778/12 1779/1 1782/18
1782/19 1785/10 1786/15 1788/15
1793/20 1793/22 1793/24 1794/6
1794/13 1794/17 1794/18 1794/21
quick [1] 1713/17
quit [1] 1777/13
quite [2] 1731/24 1747/19
quote [10] 1684/19 1684/23 1685/1
1685/3 1791/11 1791/12 1792/4 1792/4
1792/4 1792/8
quotes [1] 1737/12

**Q**

Quoting [1]  1793/19

**R**

racketeering [2]  1697/17 1697/18
raised [6]  1740/14 1748/7 1791/3
1791/9 1792/3 1797/25
Rape [1]  1718/12
rather [4]  1716/11 1792/15 1796/19
1796/25
reach [2]  1690/4 1701/2
reached [1]  1689/15
reaches [1]  1734/1
reaching [2]  1742/22 1758/7
react [2]  1770/11 1796/19
read [35]  1687/4 1688/7 1696/9 1696/14
1696/25 1700/9 1707/13 1707/15
1707/23 1714/8 1714/21 1714/24
1721/7 1723/15 1723/16 1725/16
1729/1 1729/16 1751/12 1752/16
1760/22 1772/5 1772/7 1774/7 1774/9
1774/13 1774/16 1774/18 1776/2
1776/21 1780/2 1784/12 1787/8
1787/21 1798/16
reading [3]  1715/1 1795/12 1797/21
reads [1]  1771/12
ready [1]  1699/21
real [1]  1753/17
realize [2]  1721/9 1750/6
realized [1]  1750/8
really [10]  1698/8 1698/24 1706/7
1706/11 1707/21 1721/11 1747/2
1754/12 1763/18 1778/10
reason [6]  1686/10 1726/22 1762/17
1766/14 1781/2 1781/7
reasonable [14]  1702/22 1703/3 1704/4
1704/9 1719/3 1720/6 1733/11 1734/18
1744/14 1756/18 1757/16 1767/4
1768/5 1796/10
reasoned [1]  1793/10
reasons [3]  1685/5 1748/6 1789/17
recall [5]  1707/19 1711/2 1711/10
1711/17 1774/22
Reccoppa [12]  1694/22 1699/8 1706/19
1709/15 1713/4 1724/7 1746/13
1775/12 1779/5 1783/4 1786/19
1788/19
receive [7]  1704/10 1705/2 1720/6
1748/2 1757/16 1768/6 1768/7
received [3]  1736/23 1798/13 1798/15
recent [1]  1763/5
recently [2]  1771/13 1776/3
recess [2]  1713/20 1749/4
Recoppa [2]  1759/16 1770/18
record [8]  1704/8 1710/3 1720/4
1734/13 1748/14 1757/14 1768/4
1775/21
recorded [1]  1683/25
red [1]  1696/12
reduce [1]  1797/6
referendum [1]  1717/7
referendums [1]  1717/8
referring [2]  1772/8 1798/21
reformulated [1]  1794/19
refrain [3]  1687/1 1729/13 1751/9
regard [8]  1695/18 1695/22 1699/15
1699/15 1740/15 1764/13 1776/6
1786/24
regarding [9]  1684/11 1692/23 1732/7
1752/17 1756/4 1763/10 1763/22
1775/23 1775/24
regular [3]  1711/5 1757/7 1768/6
reiterate [1]  1729/4

reject [1]  1734/25
relate [1]  1727/15
related [2]  1708/7 1739/15
relating [1]  1771/7
relationship [1]  1773/6
relative [1]  1715/24
relatives [6]  1715/25 1716/1 1716/3
1724/24 1730/19 1782/23
release [21]  1703/23 1704/14 1705/8
1705/22 1706/1 1719/21 1720/11
1721/23 1722/4 1734/8 1734/15
1734/24 1736/4 1737/8 1737/23
1742/16 1757/8 1757/21 1758/3
1767/22 1782/8
relevant [1]  1768/16
religion [3]  1695/24 1758/20 1758/23
religious [3]  1692/12 1698/18 1758/18
reluctance [1]  1695/7
remain [2]  1687/18 1752/4
remaining [1]  1696/2
remember [9]  1691/18 1696/15 1714/25
1715/1 1715/1 1750/17 1755/20
1755/23 1772/8
remembered [2]  1714/18 1714/20
remind [15]  1686/22 1688/4 1700/6
1707/10 1710/15 1714/4 1725/12
1751/3 1752/13 1760/19 1772/2
1776/18 1779/24 1784/9 1787/19
render [1]  1692/13
repeat [2]  1743/24 1764/12
repeated [1]  1795/8
repeatedly [1]  1795/6
report [1]  1685/11
reported [1]  1790/23
Reporter [1]  1683/22
representation [1]  1795/8
represented [2]  1684/18 1684/23
reputed [1]  1773/6
request [3]  1740/16 1741/8 1791/9
requested [1]  1792/14 1798/19
requesting [1]  1798/7
require [1]  1793/13
required [5]  1720/18 1740/21 1767/20
1768/24 1797/11
requires [5]  1741/15 1771/7 1795/1
1795/16 1795/19
research [4]  1687/5 1712/23 1729/17
1751/13
reserve [1]  1748/15
reserved [1]  1797/24
respect [1]  1747/2
responded [1]  1798/10
response [3]  1758/1 1798/13 1798/16
responses [1]  1686/21
responsibility [2]  1702/24 1767/3
rest [1]  1766/2
restaurant [5]  1754/13 1754/14 1755/1
1736/25 1778/15 1781/6
resulted [1]  1718/13
results [1]  1693/15
retire [3]  1687/20 1752/6 1764/25
retired [9]  1688/21 1715/8 1726/17
1752/22 1752/24 1761/1 1761/3 1788/3
1788/6
retirement [1]  1715/13
retires [1]  1733/25
returns [2]  1703/14 1767/18
reveal [3]  1793/21 1795/1 1795/2
revealing [1]  1794/19
review [2]  1686/6 1711/5
RICHARD [2]  1683/20 1684/6
right [43]  1688/11 1689/22 1692/18
1694/12 1697/7 1700/13 1704/11

1711/11 1714/22 1717/2 1721/13
1724/5 1725/23 1730/4 1730/20 1732/2
1734/20 1739/4 1742/3 1745/13 1746/3
1748/20 1753/20 1753/25 1756/3
1758/5 1760/9 1761/1 1761/18 1762/21
1765/16 1768/1 1773/12 1777/1
1777/15 1778/18 1779/14 1779/22
1780/14 1784/7 1790/12 1792/19
1796/7
rights [1]  1708/1
riot [1]  1691/13
riots [5]  1691/3 1691/7 1691/9 1691/14
1694/14
ripped [1]  1745/19
rise [2]  1687/23 1746/24
Rm [1]  1683/22
road [1]  1732/2
robbed [3]  1731/9 1778/5 1778/8
robbery [1]  1690/12
room [13]  1686/5 1686/8 1687/3
1687/11 1687/20 1719/17 1729/14
1729/23 1733/25 1751/10 1751/19
1752/5 1752/7
roster [1]  1798/7
route [1]  1795/24
row [1]  1687/19
RPR [1]  1683/22
rude [2]  1750/16 1751/25
rule [2]  1766/15 1799/1
ruled [1]  1792/17
ruling [2]  1795/4 1795/7
run [1]  1790/8
running [1]  1758/22

**S**

safety [2]  1791/3 1791/7
said [35]  1685/1 1685/22 1689/2
1690/12 1692/23 1697/24 1698/18
1702/7 1708/17 1721/9 1726/23 1737/5
1737/10 1737/11 1737/25 1738/1
1741/3 1743/6 1745/7 1746/2 1747/8
1755/13 1755/18 1755/19 1758/1
1763/3 1763/9 1763/11 1764/18
1766/14 1778/14 1780/14 1781/2
1781/21 1785/12
salary [2]  1689/2 1689/4
same [11]  1685/18 1688/13 1697/6
1700/13 1716/10 1724/23 1757/4
1778/15 1789/9 1790/6 1790/7
sat [1]  1689/13
satisfied [2]  1685/23 1795/8
say [26]  1693/20 1698/25 1701/17
1707/22 1711/18 1712/10 1712/13
1716/25 1717/25 1718/5 1721/10
1723/14 1726/6 1727/8 1727/10 1735/8
1736/6 1751/23 1758/16 1759/11
1761/13 1766/17 1768/12 1781/17
1790/10 1797/18
saying [2]  1750/15 1765/4
says [2]  1696/25 1782/22
scared [2]  1695/20 1697/25
school [5]  1715/15 1730/13 1730/16
1785/7 1786/6
schools [2]  1730/13 1730/14
Sean [1]  1763/7
search [1]  1711/12
seat [1]  1687/19
seated [17]  1684/10 1685/18 1686/18
1688/1 1700/3 1707/7 1710/12 1714/1
1725/7 1728/20 1750/24 1760/15
1776/15 1779/21 1784/6 1787/12
1790/21
second [16]  1703/16 1703/17 1704/18
1712/1 1712/2 1718/24 1734/3 1734/3

S

second... [8] 1734/10 1736/9 1757/4
1757/5 1757/5 1757/12 1758/11
1768/17
Secretarial [1] 1715/20
section [2] 1788/8 1789/1
sector [2] 1761/14 1761/15
security [1] 1761/8
see [16] 1690/3 1691/18 1694/11
1698/25 1711/3 1731/25 1732/14
1732/16 1750/11 1751/21 1762/16
1765/6 1765/22 1774/4 1794/10
1794/15
seek [5] 1687/6 1729/18 1746/24
1751/14 1768/1
seeking [3] 1719/24 1734/8 1767/24
seem [5] 1693/2 1743/8 1747/3 1748/8
1776/3
seemed [5] 1746/20 1746/22 1747/15
1747/17 1791/15
seems [5] 1694/13 1731/24 1739/12
1747/15 1771/14
seen [4] 1710/18 1710/20 1710/22
1798/15
sees [3] 1686/9 1797/12 1797/22
selected [2] 1686/14 1733/8
selection [4] 1683/10 1694/10 1710/24
1711/20
self [1] 1684/13
self-purported [1] 1684/13
sense [1] 1687/14
sent [1] 1690/15
sentence [37] 1704/5 1704/14 1705/8
1705/25 1720/10 1720/17 1720/17
1720/17 1722/3 1735/12 1735/13
1735/22 1736/3 1736/9 1737/7 1737/22
1738/13 1740/21 1742/23 1742/23
1743/6 1743/11 1743/22 1744/4 1744/8
1744/11 1744/11 1744/15 1755/15
1755/19 1757/7 1757/7 1757/9 1757/9
1757/24 1758/6 1769/16
sentenced [1] 1782/7
sentences [1] 1757/7
sentencing [2] 1721/16 1749/1
separate [6] 1705/6 1721/17 1723/20
1735/10 1735/16 1786/1
separated [1] 1725/3
sequestration [1] 1791/25
serial [5] 1722/25 1723/1 1723/8
1723/13 1723/21
serious [7] 1688/25 1742/20 1757/9
1767/25 1768/7 1780/9 1796/15
seriously [1] 1742/14
serve [12] 1684/16 1685/6 1685/13
1685/24 1694/11 1728/11 1747/11
1762/17 1790/24 1791/1 1794/14
1794/19
served [5] 1753/18 1761/17 1777/14
1781/11 1785/14
service [5] 1690/8 1780/14 1791/8
1791/21 1791/23
services [2] 1764/7 1764/19
serving [5] 1688/25 1705/25 1722/3
1736/3 1780/10
session [1] 1750/1
set [5] 1699/23 1709/1 1766/7 1789/17
1797/17
settled [1] 1690/5
settlement [1] 1690/2
several [1] 1786/1
severe [14] 1684/20 1703/25 1719/24
1720/7 1722/15 1734/9 1734/16
1744/15 1757/15 1781/23

1782/2 1782/3 1782/9
Shall [1] 1715/3
share [2] 1775/2 1792/12
shared [2] 1771/20 1789/9
sharing [1] 1770/15
she [77] 1684/18 1684/19 1684/24
1685/1 1685/11 1685/12 1685/15
1685/21 1686/13 1686/14 1686/15
1694/3 1694/6 1694/8 1694/9 1694/10
1694/11 1694/13 1695/5 1695/18
1695/19 1695/19 1695/20 1695/23
1695/23 1699/19 1709/22 1709/22
1710/1 1710/4 1710/6 1724/19 1724/21
1724/24 1738/19 1739/16 1739/19
1740/2 1740/7 1740/9 1740/9 1740/12
1740/13 1740/14 1740/14 1740/19
1740/21 1746/20 1746/22 1747/1
1747/2 1747/2 1747/3 1747/9 1747/10
1747/11 1747/14 1747/17 1747/20
1748/1 1748/9 1748/11 1748/13 1778/8
1779/15 1779/15 1783/23 1787/2
1787/2 1791/6 1791/7 1791/11 1791/12
1791/20 1792/1 1792/3 1794/8
SHERMAN [1] 1683/22
shifting [1] 1740/25 1741/4
shoot [1] 1770/12
shop [1] 1726/9
shortcut [1] 1764/24
should [45] 1686/13 1695/4 1699/2
1702/9 1703/21 1704/10 1704/24
1705/2 1710/4 1712/24 1720/6 1720/10
1720/12 1720/20 1723/14 1734/24
1735/4 1743/11 1743/19 1743/21
1744/1 1744/3 1744/5 1744/25 1751/21
1757/16 1757/24 1758/2 1766/15
1766/15 1767/21 1768/6 1768/7
1768/16 1769/2 1769/4 1769/5 1769/8
1769/21 1770/5 1778/15 1778/20
1781/19 1782/1 1785/12
show [1] 1736/16
showed [4] 1685/14 1737/8 1737/23
1738/14
shows [2] 1720/9 1785/16
sidebar [12] 1693/21 1693/24 1694/19
1712/15 1712/17 1713/2 1739/6 1742/1
1765/17 1766/4 1782/16 1782/17
significant [1] 1767/25
signs [1] 1685/15
simple [1] 1718/17 1741/14
simply [2] 1741/24 1756/14
since [13] 1698/8 1700/8 1702/9
1707/12 1710/17 1714/7 1739/25
1743/7 1760/21 1773/1 1784/11
1784/20 1784/21
sir [12] 1700/5 1700/11 1710/12
1725/11 1727/2 1760/15 1770/20
1771/23 1787/12 1787/17 1787/23
1788/20
sitting [1] 1695/5
situation [7] 1705/14 1709/7 1723/21
1739/18 1769/8 1769/13 1769/16
six [1] 1776/24
skeptical [3] 1746/22 1747/2 1791/15
sleep [2] 1698/7 1698/10
sleeping [1] 1693/18
sleepless [1] 1744/9
slowly [1] 1741/10
small [4] 1686/8 1689/10 1696/20
1718/12
smiled [1] 1747/2
Smith [2] 1762/9 1762/10
so [66] 1684/21 1687/16 1688/18
1690/4 1691/22 1691/23 1694/1
1695/25 1703/4 1703/14 1704/17

1705/15 1711/8 1711/11 1717/10
1717/12 1719/2 1719/9 1719/14
1719/19 1720/1 1720/4 1723/4 1728/10
1730/16 1731/3 1733/22 1735/1
1738/12 1739/14 1739/15 1747/1
1747/6 1748/19 1749/1 1749/1 1750/6 1752/2
1757/1 1758/8 1758/21 1759/25
1761/10 1764/19 1765/3 1765/22
1766/2 1768/18 1769/23 1770/4
1770/11 1771/14 1774/13 1774/16
1777/9 1780/23 1781/11 1784/23
1786/12 1788/18 1790/2 1790/15
1794/13 1794/14 1794/19 1797/22
1798/9
so-called [1] 1798/9
social [6] 1687/11 1729/23 1751/19
1773/13 1773/14 1773/16
sold [1] 1726/3
solicitation [1] 1740/18
some [21] 1705/11 1715/21 1716/22
1717/8 1726/1 1729/6 1732/17 1735/6
1738/23 1739/14 1742/2 1764/25
1766/8 1776/3 1777/11 1781/2 1781/21
1785/10 1791/2 1796/10 1796/11
somebody [7] 1769/21 1770/13 1771/12
1781/12 1781/12 1781/17 1781/17
somebody's [1] 1770/2
someone [13] 1692/16 1717/18 1730/22
1743/12 1743/13 1743/23 1746/3
1769/10 1770/5 1778/16 1781/24
1785/25 1786/1
something [20] 1690/2 1696/12 1696/15
1696/16 1699/2 1711/3 1714/18
1714/19 1714/20 1715/1 1716/21
1718/4 1721/7 1721/7 1727/8 1739/8
1761/5 1772/7 1774/20 1790/18
sometimes [9] 1684/22 1693/18 1732/23
1764/10 1764/22 1764/23 1764/24
1765/1 1765/5
sorry [2] 1712/5 1741/3
sought [5] 1737/24 1738/14 1738/22
1739/10 1739/14
South [2] 1788/7 1798/7
speaking [1] 1685/17
special [5] 1686/10 1693/15 1730/7
1730/9 1771/7
specialist [1] 1688/11
specific [5] 1793/22 1794/6 1794/13
1794/17 1795/20
specifically [1] 1747/22
specifics [1] 1745/22
speculative [1] 1797/1
spent [1] 1761/13
spoken [1] 1742/19
St [1] 1716/4
STAFFORD [2] 1683/21 1684/7
stage [3] 1693/25 1704/18 1738/21
stakeout [1] 1741/22
staking [1] 1797/9
stand [3] 1702/9 1747/14 1766/10
standard [1] 1792/23
standards [1] 1758/5
standing [1] 1790/19
start [3] 1749/2 1771/18 1799/5
starts [2] 1685/9 1741/1
state [6] 1717/6 1717/10 1717/14
1741/15 1753/22 1762/21
stated [6] 1689/21 1695/23 1747/22
1748/1 1791/11 1791/19
statements [2] 1694/3 1712/22
STATES [11] 1683/1 1683/2 1683/5
1683/14 1683/17 1684/1 1794/1 1794/3
1794/10 1795/13 1795/14
stays [1] 1756/16

| | | |
|---|---|---|
| **S** | 1719/7 1719/20 1767/1 | 1766/16 1766/17 1795/6 1796/4 |
| stenography [1] 1683/25 | | themselves [3] 1687/21 1750/18 |
| step [1] 1759/7 | table [1] 1783/24 | 1750/19 |
| STEPHEN [1] 1683/16 | taint [1] 1740/7 | then [32] 1689/5 1691/17 1695/12 |
| steps [5] 1686/3 1791/16 1791/17 | take [20] 1686/3 1687/18 1713/17 | 1695/15 1702/8 1714/18 1714/25 |
| 1791/23 1791/25 | 1713/18 1725/2 1735/18 1735/21 | 1720/10 1720/13 1720/17 1723/6 |
| stereotype [1] 1764/10 | 1743/11 1748/20 1759/7 1762/18 | 1729/6 1734/2 1734/2 1737/25 1742/14 |
| steroid [1] 1685/8 | 1764/23 1765/2 1767/11 1769/19 | 1745/2 1745/7 1755/1 1757/3 1757/3 |
| still [20] 1688/4 1700/6 1707/10 1707/15 | 1770/1 1790/6 1791/15 1791/24 | 1757/22 1757/23 1758/3 1766/15 |
| 1714/4 1718/16 1725/12 1738/12 | 1798/17 | 1767/19 1767/20 1768/13 1768/20 |
| 1740/19 1742/20 1747/1 1752/13 | taken [3] 1708/15 1769/21 1791/17 | 1769/2 1781/18 1797/19 |
| 1760/19 1772/2 1776/18 1779/24 | takes [1] 1791/22 | there [118] |
| 1784/9 1787/19 1790/15 1796/23 | taking [4] 1685/8 1699/21 1718/16 | therefore [1] 1720/12 |
| stomach [1] 1698/10 | 1732/13 | these [18] 1685/6 1685/8 1687/14 |
| stories [5] 1692/4 1701/16 1701/18 | talk [3] 1730/25 1731/2 1731/6 | 1687/15 1691/7 1691/14 1691/16 |
| 1701/25 1774/13 | talking [1] 1722/25 | 1697/20 1719/4 1719/15 1768/1 |
| story [3] 1774/20 1775/1 1789/4 | TARYN [2] 1683/15 1684/4 | 1770/17 1774/9 1785/8 1786/5 1789/23 |
| stress [2] 1698/5 1698/11 | taught [1] 1747/10 | 1791/25 1797/19 |
| stressed [2] 1698/3 1698/9 | taxpayer [1] 1743/5 | they [57] 1687/20 1689/6 1689/8 1690/1 |
| stretch [1] 1747/19 | teach [2] 1730/6 1758/20 | 1690/4 1691/4 1691/5 1691/17 1692/5 |
| stricken [2] 1724/19 1776/11 | teacher [2] 1730/4 1730/16 | 1702/22 1702/23 1714/17 1722/8 |
| strict [1] 1687/14 | teaching [2] 1730/9 1730/12 | 1722/9 1722/10 1738/7 1740/16 |
| strike [14] 1684/12 1694/5 1695/1 | technically [1] 1717/13 | 1741/16 1741/19 1745/4 1751/24 |
| 1706/23 1713/8 1724/15 1728/7 | Tel [1] 1683/23 | 1751/25 1752/1 1762/19 1763/18 |
| 1746/25 1760/6 1770/25 1779/11 | tell [31] 1689/9 1691/2 1693/3 1694/22 | 1763/19 1764/25 1766/21 1767/10 |
| 1789/12 1790/22 1792/11 | 1696/11 1697/1 1699/8 1699/21 | 1767/12 1768/1 1768/2 1768/5 1768/15 |
| struck [16] 1695/4 1695/10 1699/18 | 1700/15 1706/19 1707/24 1708/23 | 1769/19 1773/18 1773/19 1773/22 |
| 1707/1 1710/6 1712/24 1713/15 1717/8 | 1709/15 1713/4 1715/11 1724/7 | 1774/2 1774/20 1777/11 1778/1 |
| 1728/14 1760/10 1771/4 1779/14 | 1727/11 1746/8 1746/13 1752/24 | 1778/15 1778/15 1781/12 1781/19 |
| 1784/1 1787/1 1789/16 1789/24 | 1759/16 1767/10 1770/19 1775/12 | 1788/1 1792/6 1793/25 1794/14 1795/2 |
| student [1] 1763/4 | 1779/5 1780/13 1783/4 1786/19 1788/1 | 1795/8 1796/17 1796/19 1797/18 |
| students [1] 1763/2 | 1788/19 1796/24 | 1798/21 1798/23 |
| stuff [1] 1788/11 | telling [8] 1697/9 1701/1 1726/7 1761/6 | thing [6] 1693/11 1731/24 1740/24 |
| stupid [1] 1747/9 | 1772/9 1772/15 1777/17 1780/16 | 1745/18 1788/9 1790/7 |
| subject [1] 1793/25 | tend [2] 1716/14 1763/14 | things [9] 1684/23 1696/1 1710/20 |
| submit [5] 1719/5 1719/10 1720/2 | tendency [1] 1763/19 | 1714/19 1718/15 1746/1 1787/24 |
| 1720/8 1756/21 | term [1] 1789/8 | 1788/10 1790/17 |
| submitted [2] 1797/4 1798/6 | terms [3] 1685/2 1736/8 1741/7 | think [51] 1690/1 1692/7 1693/8 1693/18 |
| subpoena [1] 1799/3 | terrible [1] 1723/10 | 1694/14 1695/20 1696/25 1697/25 |
| subsequent [2] 1712/3 1712/6 | test [1] 1796/25 | 1698/11 1702/3 1709/7 1709/9 1712/19 |
| substantial [7] 1699/15 1713/10 1724/15 | testified [3] 1732/1 1732/2 1732/11 | 1712/21 1716/6 1717/5 1717/19 |
| 1728/7 1740/1 1785/13 1786/23 | testifies [1] 1738/19 | 1717/23 1718/8 1721/9 1721/11 |
| substantially [19] 1684/13 1699/19 | testify [8] 1703/4 1716/8 1719/9 1733/14 | 1722/11 1722/15 1723/7 1728/10 |
| 1707/2 1710/7 1712/19 1713/16 | 1738/7 1756/20 1756/22 1767/9 | 1733/9 1741/21 1744/18 1746/19 |
| 1724/20 1760/11 1771/1 1771/3 | testifying [1] 1787/9 | 1748/5 1750/4 1763/14 1763/22 1765/8 |
| 1776/10 1779/15 1783/16 1787/2 | testimony [10] 1686/6 1692/8 1716/9 | 1765/9 1766/1 1768/5 1769/7 1769/19 |
| 1789/17 1790/24 1792/10 1793/1 | 1716/10 1724/23 1724/24 1732/7 | 1771/6 1773/21 1774/11 1774/20 |
| 1797/19 | 1738/20 1763/24 1765/10 | 1774/24 1776/4 1781/9 1781/16 |
| such [17] 1701/8 1717/20 1735/24 | testing [1] 1787/8 | 1781/17 1781/25 1789/19 1790/13 |
| 1737/6 1737/21 1744/23 1791/24 | text [3] 1687/9 1729/21 1751/17 | thinking [2] 1693/18 1723/9 |
| 1793/15 1793/18 1793/21 1793/24 | than [8] 1707/20 1714/16 1716/15 | third [4] 1718/25 1739/21 1743/8 |
| 1794/18 1796/3 1796/12 1796/17 | 1718/8 1725/21 1782/22 1789/24 | 1756/10 |
| 1797/21 1799/2 | 1792/16 | thirds [2] 1790/2 1790/2 |
| sufficient [5] 1705/21 1722/11 1786/2 | thank [31] 1687/22 1694/18 1697/5 | this [166] |
| 1791/16 1791/17 | 1699/6 1709/14 1713/22 1724/5 1724/9 | those [11] 1695/25 1702/3 1733/12 |
| suggest [1] 1740/23 | 1730/2 1741/25 1746/12 1749/3 | 1738/12 1746/25 1748/3 1756/13 |
| suggesting [1] 1741/22 | 1750/21 1752/8 1752/20 1759/14 | 1763/10 1763/11 1773/11 1796/20 |
| suggestion [2] 1748/19 1795/11 | 1759/15 1759/17 1760/2 1760/3 1766/3 | though [1] 1789/23 |
| summer [2] 1731/19 1762/1 | 1770/21 1775/9 1779/3 1779/6 1783/3 | thought [4] 1698/9 1721/8 1743/7 |
| Supp [7] 1794/2 1794/3 1794/9 1794/10 | 1783/6 1786/18 1788/18 1788/21 | 1797/1 |
| 1794/15 1795/13 1795/14 | Thanks [1] 1713/3 | thoughtful [5] 1685/20 1748/11 1748/11 |
| support [1] 1797/21 | that [548] | 1770/16 1791/6 |
| supports [1] 1717/14 | that's [13] 1711/15 1726/15 1737/25 | thoughts [1] 1770/15 |
| suppose [1] 1705/15 | 1746/7 1747/17 1754/15 1755/6 | three [13] 1685/5 1714/13 1718/15 |
| Supreme [1] 1793/5 | 1755/19 1765/20 1777/1 1778/18 | 1725/20 1725/23 1733/5 1743/9 |
| sure [13] 1689/3 1693/6 1712/22 | 1787/17 1790/12 | 1754/19 1756/7 1762/13 1762/14 |
| 1737/11 1743/25 1747/5 1755/22 | theater [1] 1776/25 1777/2 | 1766/21 1782/23 |
| 1765/13 1769/17 1770/11 1774/2 | their [6] 1716/9 1785/15 1789/20 | Throgs [2] 1788/8 1789/1 |
| 1789/9 1798/23 | 1796/13 1796/25 1797/6 | through [9] 1687/9 1687/10 1687/10 |
| surprised [1] 1747/1 | them [15] 1697/1 1716/14 1716/15 | 1702/2 1729/21 1729/22 1729/22 |
| sweep [1] 1771/13 | 1716/20 1718/5 1723/24 1740/17 | 1751/17 1751/19 |
| switch [1] 1770/1 | 1723/13 1750/15 1751/23 1766/10 | throughout [3] 1687/3 1729/15 1751/11 |
| system [6] 1690/21 1690/25 1702/25 | | thrown [1] 1775/1 |
| | | throws [1] 1769/25 |

**T**

thus [2] 1745/4 1792/6

tie [5] 1696/16 1696/17 1707/17
1707/18 1707/20

tied [1] 1731/9

ties [1] 1788/10

time [39] 1685/9 1685/17 1686/2
1686/15 1688/6 1688/19 1689/17
1691/20 1696/7 1718/16 1722/22
1722/23 1723/21 1725/15 1728/25
1730/12 1731/17 1736/16 1736/16
1736/19 1750/18 1751/3 1752/15
1753/7 1753/9 1758/22 1758/23
1759/24 1761/14 1761/23 1764/22
1772/4 1774/13 1776/20 1780/1
1785/14 1786/2 1787/20 1798/18

times [2] 1774/12 1775/20

today [17] 1687/3 1688/7 1725/15
1729/1 1729/14 1747/14 1750/20
1751/10 1752/16 1760/22 1772/5
1776/21 1780/2 1784/12 1787/21
1798/1 1798/3

together [2] 1794/23 1794/25

told [21] 1684/19 1692/4 1696/9
1696/24 1697/1 1697/2 1700/9 1710/18
1714/9 1720/25 1725/16 1728/2 1742/2
1750/6 1750/6 1752/17 1772/6 1781/10
1787/22 1787/24 1788/8

tomorrow [1] 1722/13

too [1] 1775/11

took [8] 1693/23 1712/16 1726/4 1739/5
1747/13 1750/4 1750/8 1765/17

tooth [2] 1769/20 1769/20

totality [1] 1710/3

totally [1] 1783/12

toward [1] 1796/11

town [1] 1694/17

TRANSCRIPT [1] 1683/10

transcription [1] 1683/25

transcripts [1] 1686/4

travel [1] 1731/19

treat [3] 1724/23 1766/17 1766/17

treated [3] 1690/24 1691/6 1692/2

trial [52] 1684/1 1685/9 1685/19
1685/25 1686/2 1687/3 1689/14
1689/14 1693/19 1694/1 1694/1
1695/21 1698/1 1700/22 1703/11
1703/17 1703/17 1704/18 1711/20
1712/1 1712/2 1712/3 1712/6 1712/11
1718/20 1718/20 1720/2 1728/10
1729/15 1733/8 1733/9 1733/24 1734/3
1734/4 1737/8 1737/23 1751/11
1756/17 1757/4 1757/12 1758/8
1758/10 1762/21 1765/12 1768/17
1768/18 1768/20 1768/24 1777/14
1778/2 1790/15 1799/7

trials [2] 1763/10 1763/11

tried [3] 1712/8 1719/15 1738/10

troubled [1] 1693/2

true [3] 1698/23 1701/19 1776/4

truthfulness [1] 1712/22

try [4] 1747/9 1747/10 1750/17 1764/25

trying [1] 1726/24

Tuesday [2] 1790/1 1798/5

turmoil [1] 1694/13

turn [2] 1699/22 1711/5

TV [2] 1726/8 1743/9

twice [1] 1755/5

Twitter [3] 1687/10 1729/22 1751/18

two [20] 1689/13 1691/5 1691/19 1694/1
1702/18 1708/11 1714/13 1716/5
1716/6 1719/1 1727/20 1733/7 1734/5
1756/11 1757/6 1762/1 1766/24 1781/5

1790/2 1790/2

two-thirds [1] 1790/2 1790/2

type [1] 1695/6 1706/7 1727/12 1742/17
1759/8 1786/7

types [2] 1721/1 1732/25


**U**

U.S [4] 1730/19 1792/21 1793/4 1793/9

unable [5] 1692/13 1737/7 1737/22
1794/23 1795/25

unanimous [2] 1747/14 1748/7

unanimously [1] 1756/17

uncles [1] 1716/5

uncomfortable [1] 1746/21

under [19] 1688/5 1700/6 1707/11
1710/15 1714/4 1719/7 1725/12
1731/22 1752/13 1752/18 1760/19
1767/1 1772/2 1776/18 1779/25
1784/10 1787/19 1789/15 1799/1

understand [19] 1703/7 1703/12 1704/1
1704/19 1717/16 1719/12 1720/23
1721/22 1729/25 1733/20 1735/1
1738/16 1741/9 1744/16 1745/23
1756/24 1763/18 1767/6 1768/21

understanding [1] 1694/16

understands [1] 1747/9

unemployed [2] 1784/16 1784/19

UNITED [11] 1683/1 1683/2 1683/5
1683/14 1683/17 1684/1 1794/1 1794/3
1794/10 1795/12 1795/14

University [1] 1763/3

unless [3] 1733/15 1756/16 1785/13

unlike [1] 1791/2

unlikely [1] 1717/12

unqualified [2] 1747/11 1792/21

unredacted [2] 1798/7 1798/25

until [15] 1687/15 1687/20 1691/18
1703/2 1703/2 1714/24 1719/8 1733/15
1750/6 1752/7 1752/16 1756/15
1760/22 1770/13 1784/12

unto [1] 1766/16

unusual [2] 1688/24 1780/8

up [15] 1691/4 1691/18 1692/5 1731/9
1739/8 1751/2 1764/22 1766/5 1773/2
1773/4 1773/7 1782/15 1789/22 1790/2
1790/9

upon [4] 1746/20 1789/13 1791/9
1797/13

ups [1] 1740/15

us [5] 1720/25 1727/11 1728/2 1770/16
1781/10

used [1] 1789/8

user [1] 1690/12

utilize [1] 1758/5


**V**

vacuum [1] 1797/7

valid [2] 1765/9 1765/9

varies [1] 1761/8

various [5] 1710/1 1730/13 1730/14
1753/6 1794/6

varying [1] 1685/17

vault [1] 1745/20

Venezia [1] 1755/2

verdict [19] 1689/15 1689/19 1689/25
1690/4 1692/14 1692/24 1693/5 1701/1
1701/2 1701/5 1703/14 1734/1 1754/3
1754/3 1762/24 1762/24 1767/18
1777/18 1777/18

versus [2] 1683/5 1684/2

very [30] 1687/22 1692/25 1694/8
1697/15 1698/3 1713/3 1713/11 1721/6
1724/18 1730/2 1740/5 1746/21
1750/21 1754/19 1755/7 1758/22

1758/23 1759/15 1760/25 1770/16
1770/17 1770/17 1779/3 1783/3
1786/18 1787/18 1789/23 1790/13
1792/2 1798/4

victim [5] 1718/1 1718/3 1718/4 1778/15
1794/9

Vietnam [1] 1691/15

view [11] 1698/21 1702/11 1709/24
1732/21 1739/17 1740/7 1755/16
1764/14 1764/14 1778/17 1785/18

views [28] 1692/21 1692/23 1694/2
1695/22 1698/17 1702/6 1702/7 1709/8
1709/23 1716/23 1716/24 1724/16
1732/17 1737/6 1737/21 1755/12
1755/13 1755/20 1756/1 1756/4 1766/7
1766/12 1769/5 1778/13 1785/11
1786/5 1792/25 1792/25

VINCENT [1] 1683/6

violate [1] 1796/13

violent [1] 1692/25

Virginia [1] 1730/23

vis [4] 1695/22 1695/22 1740/17
1740/17

vis-a-vis [2] 1695/22 1740/17

visibly [1] 1694/6

visited [1] 1690/16

visitors [1] 1691/5

voir [10] 1685/16 1685/16 1775/16
1791/4 1791/5 1792/20 1793/23 1795/6
1795/15 1797/20

volume [1] 1685/17

vote [15] 1717/3 1720/15 1720/18
1721/4 1723/7 1723/24 1733/1 1734/19
1741/21 1741/23 1770/9 1770/9 1793/8
1793/11 1796/5

voted [4] 1716/25 1717/11 1717/13
1717/14

votes [1] 1756/17

Vt [2] 1794/3 1795/14


**W**

Wainwright [1] 1793/3

waiting [3] 1687/2 1729/14 1751/10

want [22] 1695/25 1699/6 1706/9
1717/22 1717/23 1723/10 1724/5
1727/17 1738/16 1753/10 1754/2
1755/17 1762/23 1764/9 1769/25
1770/1 1770/3 1775/9 1782/17 1789/6
1790/5 1798/4

wanted [2] 1750/3 1789/9

wants [3] 1734/25 1738/7 1782/13

War [1] 1691/15

was [111] 1685/17 1685/18 1685/20
1689/17 1690/6 1690/11 1690/12
1690/15 1690/24 1691/3 1691/4
1691/12 1691/13 1691/23 1692/2
1694/17 1696/22 1701/1 1701/13
1701/15 1701/15 1702/14 1705/25
1707/16 1710/23 1711/11 1711/11
1711/19 1711/25 1712/20 1714/13
1714/25 1715/2 1715/22 1715/24
1717/5 1717/6 1717/8 1717/11 1718/23
1722/2 1727/21 1731/8 1731/10
1731/12 1731/18 1732/5 1732/7 1732/8
1732/11 1732/12 1732/13 1735/17
1736/2 1736/19 1736/19 1736/20
1737/14 1737/15 1738/13 1740/24
1743/16 1745/18 1745/19 1746/22
1747/1 1747/1 1747/20 1748/1 1748/11
1749/4 1750/5 1753/10 1753/11
1753/11 1753/22 1754/23 1754/3
1755/25 1762/24 1765/4 1770/10
1771/13 1771/13 1773/7 1773/11
1773/13 1773/14 1774/20 1775/1

# W

was... [21] 1777/8 1777/18 1778/8
1783/23 1784/25 1785/7 1786/6 1788/8
1788/10 1788/25 1789/4 1789/7
1789/16 1791/6 1791/9 1791/12 1794/9
1798/7 1798/8 1798/21 1799/7
Washington [2] 1717/12 1777/9
wasn't [3] 1717/7 1723/23 1732/8
watch [3] 1687/4 1729/16 1751/12
watching [2] 1694/12 1701/20
way [25] 1684/16 1692/2 1702/19
1703/10 1716/10 1717/7 1724/23
1729/23 1738/2 1740/16 1744/10
1746/5 1750/12 1751/19 1751/25
1756/21 1757/23 1758/24 1766/17
1767/11 1767/12 1790/14 1791/1
1791/7 1791/20
we [69] 1686/20 1691/18 1691/21
1693/21 1694/5 1694/20 1695/25
1696/1 1699/21 1699/23 1706/23
1710/4 1713/8 1715/3 1716/25 1717/7
1727/19 1728/10 1728/16 1729/5
1733/9 1741/7 1741/13 1741/14 1747/5
1747/13 1747/14 1748/19 1750/11
1750/16 1750/21 1751/1 1758/10
1765/21 1765/22 1768/11 1768/18
1768/20 1770/16 1770/18 1771/2
1771/18 1776/4 1776/8 1777/19 1778/9
1782/16 1783/13 1783/14 1783/19
1789/12 1789/15 1789/19 1790/1
1790/5 1790/7 1790/8 1790/9 1790/9
1790/12 1790/13 1790/15 1790/15
1798/6 1798/23 1798/25 1799/1 1799/2
1799/4
we'll [10] 1695/12 1713/18 1725/2
1733/23 1748/20 1749/1 1789/22
1790/2 1790/6 1799/5
we're [6] 1695/12 1713/18 1789/22
1790/4 1790/4 1790/11
weapons [5] 1702/18 1718/25 1733/6
1756/10 1766/23
website [4] 1687/10 1711/14 1729/22
1751/18
websites [4] 1687/12 1711/4 1729/24
1751/20
week [2] 1694/17 1731/4
weekend [1] 1799/6
weeks [4] 1714/13 1714/13 1762/1
1788/6
weigh [7] 1741/19 1742/13 1757/22
1795/2 1796/1 1796/8 1796/21
weighing [3] 1704/17 1796/14 1797/8
welcome [6] 1724/10 1770/22 1779/21
1783/7 1787/15 1788/22
well [23] 1692/20 1697/15 1702/15
1705/5 1706/6 1712/3 1713/11 1717/5
1724/18 1726/15 1727/4 1738/8 1752/2
1764/9 1764/21 1764/23 1764/24
1765/7 1766/20 1773/11 1787/18
1788/2 1788/25
went [2] 1762/1 1773/15
were [50] 1689/19 1689/21 1691/4
1691/5 1691/7 1691/9 1691/14 1691/16
1691/18 1691/20 1691/21 1692/5
1701/4 1702/7 1705/24 1710/25
1712/11 1714/21 1715/11 1716/24
1723/22 1725/25 1732/15 1738/2
1738/9 1739/15 1748/10 1753/2 1753/4
1755/13 1755/20 1761/20 1763/3
1763/9 1764/2 1773/18 1773/21
1773/22 1774/2 1774/25 1777/7
1777/11 1778/7 1784/24 1785/2
1785/16 1787/24 1793/9

1795/8
what [131]
whatever [4] 1689/8 1718/6 1757/23
1765/24
when [26] 1692/5 1699/21 1701/17
1711/5 1714/18 1715/2 1715/11 1721/7
1721/9 1726/6 1732/5 1737/11 1741/11
1745/17 1747/25 1750/15 1751/22
1752/4 1764/22 1764/22 1767/12
1784/23 1791/10 1791/11 1792/4
1792/23
where [19] 1687/19 1694/10 1709/8
1709/8 1718/8 1720/9 1722/18 1722/19
1727/11 1742/10 1745/15 1745/16
1747/10 1750/5 1762/4 1775/22
1775/23 1775/24 1794/8
Whereupon [35] 1693/23 1694/24
1696/3 1699/9 1700/1 1706/20 1707/5
1709/16 1710/10 1712/16 1713/5
1713/24 1724/11 1725/5 1728/4
1728/18 1739/5 1746/14 1749/4 1750/1
1759/19 1760/13 1765/17 1770/23
1771/21 1775/14 1776/13 1779/7
1779/18 1783/8 1784/4 1786/20
1787/10 1788/23 1799/7
whether [18] 1685/12 1694/3 1718/20
1739/16 1740/7 1740/19 1740/25
1741/12 1742/22 1743/21 1744/3
1765/9 1778/1 1790/5 1791/15 1792/25
1794/22 1796/2
which [36] 1685/12 1685/21 1686/5
1694/6 1703/25 1705/2 1719/25 1720/3
1721/1 1721/4 1723/23 1733/1 1733/23
1734/9 1734/10 1734/12 1734/22
1739/12 1757/5 1757/12 1758/6
1758/12 1759/9 1767/25 1768/1 1770/2
1773/25 1790/1 1790/10 1792/3
1795/24 1797/4 1797/13 1797/14
1798/6 1798/23
while [8] 1687/2 1729/14 1751/10
1780/24 1791/19 1794/16 1796/10
1797/6
who [38] 1689/9 1697/9 1698/19
1698/19 1698/25 1700/16 1701/4
1707/24 1715/11 1716/8 1717/14
1718/23 1724/25 1727/11 1730/19
1730/22 1738/7 1738/9 1739/15 1750/4
1752/25 1753/11 1758/13 1761/6
1770/5 1771/13 1772/9 1772/16 1773/5
1773/5 1773/10 1773/15 1778/20
1780/16 1788/3 1789/14 1791/2
1793/10
whoever [1] 1722/10
whole [4] 1693/10 1693/25 1730/12
1789/4
why [18] 1685/5 1686/10 1693/3 1693/8
1706/5 1716/19 1726/22 1727/3 1743/2
1747/5 1758/17 1762/17 1765/20
1769/18 1771/18 1774/9 1781/2 1781/7
will [99] 1684/16 1685/7 1685/19
1685/24 1686/4 1686/6 1686/9 1686/10
1686/13 1687/18 1694/22 1695/16
1699/8 1702/19 1702/22 1702/23
1703/9 1703/16 1703/16 1703/17
1703/21 1704/8 1704/13 1704/14
1706/19 1708/23 1709/15 1709/20
1713/4 1716/8 1718/18 1718/19
1718/20 1719/2 1719/3 1720/1 1720/1
1720/2 1720/5 1720/9 1720/14 1720/17
1720/21 1724/7 1727/11 1728/9 1733/8
1733/10 1733/14 1734/2 1734/10
1734/11 1734/14 1734/22 1735/3
1735/4 1735/4 1744/20 1746/13
1750/2 1757/3 1757/6 1757/11

1757/15 1757/20 1757/22 1757/24
1757/25 1758/6 1758/8 1759/16
1767/13 1767/20 1768/2 1768/5 1768/8
1768/12 1768/13 1769/2 1770/18
1775/12 1778/1 1779/5 1783/4 1786/19
1788/19 1791/24 1792/10 1793/11
1793/20 1794/12 1794/16 1794/18
1794/23 1795/2 1796/8 1799/1 1799/2
1799/4
Wilson [1] 1794/2
wishes [2] 1704/11 1768/10
withdraw [1] 1756/6
without [32] 1697/9 1701/1 1703/22
1704/14 1705/8 1705/22 1706/1
1719/21 1720/11 1721/20 1721/23
1722/3 1726/6 1734/7 1734/15 1734/24
1736/3 1737/7 1737/22 1739/17
1742/15 1750/15 1757/8 1757/21
1758/3 1761/6 1767/22 1772/9 1772/15
1777/17 1780/16 1782/8
witness [10] 1716/11 1724/24 1737/24
1738/2 1738/3 1738/4 1738/8 1738/15
1738/18 1766/10
witness' [1] 1738/20
witnesses [16] 1685/19 1692/9 1716/13
1716/16 1738/1 1738/6 1738/9 1738/12
1739/11 1739/15 1740/19 1763/21
1763/25 1765/7 1765/24 1766/9
wits [1] 1697/25
Witt [1] 1793/3
won't [1] 1798/17
wondered [1] 1739/21
wonderful [3] 1764/6 1764/18 1783/22
wondering [1] 1694/2
Woodburne [1] 1690/17
words [6] 1693/13 1739/12 1755/23
1765/4 1770/3 1775/3
work [36] 1689/9 1689/10 1689/10
1700/15 1700/16 1700/16 1700/18
1707/24 1707/25 1708/1 1708/18
1709/21 1715/10 1715/12 1715/18
1726/3 1727/8 1727/11 1727/11
1727/12 1727/19 1730/19 1731/5
1745/16 1752/25 1752/25 1753/6
1753/16 1761/4 1761/7 1772/9 1772/10
1777/4 1780/16 1780/17 1780/18
worked [12] 1707/22 1708/7 1708/13
1708/15 1715/11 1727/22 1752/25
1761/6 1761/10 1761/13 1776/25
1777/6
working [8] 1688/13 1753/14 1761/9
1761/14 1772/15 1772/16 1772/19
1777/8
works [2] 1726/18 1730/22
world [4] 1731/23 1739/21 1743/8
1743/8
would [147]
wouldn't [1] 1770/3
writing [1] 1755/20
written [1] 1710/1
wrong [1] 1709/9
wrote [5] 1695/19 1737/25 1740/14
1756/1 1782/24

# Y

Yahoo [1] 1711/7
yeah [3] 1693/17 1718/5 1723/3
year [4] 1718/15 1758/22 1762/2
1784/20
years [17] 1688/14 1697/7 1700/13
1707/23 1708/11 1715/17 1725/20
1725/23 1730/10 1753/5 1755/4 1761/5
1762/13 1762/14 1765/1 1772/21
1777/10

# Y

yes [200]
yesterday [1]  1795/11
yet [3]  1765/19 1791/22 1798/10
YING [2]  1683/21 1684/7
YORK [12]  1683/1 1683/14 1683/15
 1683/23 1715/22 1717/5 1717/9
 1717/10 1761/20 1774/12 1780/19
 1780/20
you [675]
you'll [1]  1780/23
you're [3]  1688/2 1716/12 1754/9
you've [7]  1688/13 1697/6 1700/12
 1725/19 1726/12 1762/20 1776/25
your [162]
your Honor [38]  1695/3 1695/17
 1699/12 1713/14 1715/4 1724/3 1724/4
 1728/9 1728/13 1739/3 1739/19
 1739/25 1740/17 1741/11 1746/10
 1746/17 1746/21 1747/19 1747/25
 1748/5 1750/3 1759/13 1760/2 1760/5
 1764/1 1765/15 1765/21 1766/11
 1770/25 1771/6 1771/19 1775/7
 1775/16 1779/11 1786/22 1787/6
 1788/17 1789/6
yours [1]  1773/18
yourself [1]  1704/24
YouTube [3]  1687/12 1729/24 1751/20