UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                                         **VERDICT SHEET**
                                                                         **05-CR-060 (NGG)**

VINCENT BASCIANO,

                                Defendant.
-------------------------------------------------------------------X

## AS TO COUNT ONE
(Conspiracy to Murder Randolph Pizzolo in Aid of Racketeering)
On the charge of conspiracy to murder Randolph Pizzolo in aid of racketeering in Count One, how do you find the Defendant VINCENT BASCIANO?

Guilty _____ Not Guilty _____

## AS TO COUNT TWO
(Murder of Randolph Pizzolo in Aid of Racketeering)
On the charge of murder in aid of racketeering in Count Two, how do you find the Defendant VINCENT BASCIANO?

Guilty _____ Not Guilty _____

## AS TO COUNT THREE
(Using, Carrying, or Possessing a Firearm)
On the charge of using, carrying, or possessing a firearm in Count Three, how do you find the Defendant VINCENT BASCIANO?

Guilty _____ Not Guilty _____

If you answered "Guilty" as to Count Three, please proceed to answer the following question. Was the firearm at issue in Count Three discharged?

Proven _____ Not Proven _____

Dated: Brooklyn, New York                                                             _____
     May ___, 2011                                                                                  FOREPERSON