**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

May 25, 2011

**BY EMAIL & ECF**
Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Vincent Basciano
05 Cr. 60 (S-12) (NGG)

Dear Judge Garaufis:

This letter is submitted in connection with the defendant's list of mitigating factors to be presented to the jury.  We respectfully withdraw mitigating factor 6 – Mr. Basciano suffered an abusive childhood.

Respectfully submitted,

_____/s/_____
George Goltzer
Richard Jasper
Ying Stafford
*Attorneys for Vincent Basciano*