UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                         **JURY CHARGE**
                         05-CR-060 (NGG)

v.

VINCENT BASCIANO,

        Defendant.
----------------------------------------------------------X

GARAUFIS, United States District Judge.

    Now that the evidence in this case has been presented and the attorneys for the Government and Mr. Basciano have concluded their closing arguments, it is my responsibility to instruct you as to the law that governs this case. My instructions will be in three parts.

    First, I will instruct you regarding the general rules that define and govern the duties of a jury in a criminal case.

    Second, I will instruct you as to the legal elements of the crimes charged by the Government.

    Third, I will give you some general rules regarding your deliberations.

### Part One: General Rules Regarding the Jury's Duties

**The Role of the Court**

    Members of the jury, you now have heard all of the evidence in the case as well as the final arguments of the lawyers for the parties.

    My duty at this point is to instruct you as to the law. It is your duty to accept these instructions of law and apply them to the facts, which *you* determine.

1

