UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

**VERDICT SHEET**
**05-CR-060 (NGG)**

VINCENT BASCIANO,

Defendant.
----------------------------------------------------------------X

### AS TO COUNT ONE

(Conspiracy to Murder Randolph Pizzolo in Aid of Racketeering)

On the charge of conspiracy to murder Randolph Pizzolo in aid of racketeering in Count One, how do you find the Defendant VINCENT BASCIANO?

Guilty _____   Not Guilty _____

### AS TO COUNT TWO

(Murder of Randolph Pizzolo in Aid of Racketeering)

On the charge of murder in aid of racketeering in Count Two, how do you find the Defendant VINCENT BASCIANO?

Guilty _____   Not Guilty _____

### AS TO COUNT THREE

(Using, Carrying and Possessing a Firearm)

On the charge of using, carrying or possessing a firearm in Count Three, how do you find the Defendant VINCENT BASCIANO?

Guilty _____   Not Guilty _____


Dated: Brooklyn, New York
May ___, 2011

_____
FOREPERSON

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____