5/10

We would like to request the following evidence:

1) J. Massino + V. Basciano tapes with transcripts

2) J. Tartaglione tapes with transcripts

3) Dominic Cicale's testimony

4) Joey Gambina's testimony

5) Sal Volpe's testimony

6) G. Barbieri's testimony

Thanks,
Foreperson #1

