Your Honor,

Could we have the transcripts of the tapes so we can narrow down the portion of the tapes we would like to listen to.

Thanks,
Foreperson #1

PENGAD 800-631-6989
COURT'S
EXHIBIT NO. 7
IDENTIFICATION/EVIDENCE
DKT.#
DATE: