Your Honor,

We would like to deliberate on what we just heard while it is fresh on our minds. If we have specific requests, we will provide them tomorrow.

Thanks,
Foreperson #1

COURT'S EXHIBIT NO. 8 IDENTIFICATION/EVIDENCE DKT.# DATE: