5/11

Your Honor,

We would like clarification on page 38 of the charge, last paragraph second sentence:

"He may join it at any point during its progress and be held responsible for all that has gone on before he joined and all that may be done thereafter, so long as he remained a member of the conspiracy."

According to the law, under what circumstances would a ~~member~~ person ~~would~~ no longer remain a member of the conspiracy?

COURT'S
EXHIBIT NO. 9
IDENTIFICATION/EVIDENCE
DKT.#
DATE:
PENGAD 800-631-6989

Thank you,

Foreperson #1