JUDGE GARUFIS,

    I HAVE A LEGAL QUESTION ABOUT MY LINE OF THOUGHT ON THE EVIDENCE PRESENTED. AS I AM AN ALTERNATE CURRENTLY, I DO NOT HAVE A NEED TO HAVE THE QUESTION ANSWERED, BUT IF I WERE TO BE PLACED ON THE DELIBERATING JURY, I WOULD. ADDITIONALLY, I AM CURIOUS WHAT THE ANSWER IS, EVEN IF I REMAIN AN ALTERNATE.

IF YOU ARE ABLE & WILLING AT ANY POINT TO ANSWER THE QUESTION, I WOULD BE GRATEFUL.



JUROR A1