Your Honor,

We would like to listen to 3 clips from the 1/3/05 tape between V Basciano & J. Massino. The one that includes page 51 & the ones immediately preceding & following that page.

Thank you,
Foreperson #1

COURT'S
EXHIBIT NO. 14
IDENTIFICATION/EVIDENCE
DKT.#
DATE:

PENCAD BOX-531-6989