5/12

Your Honor,

We would like to know what the process is if we request testimony from a witness. Do we receive copies of the transcript, or is it read back to us?

Thank you,
Foreperson #1

COURT'S
EXHIBIT NO. 15
IDENTIFICATION/EVIDENCE
DKT.#
DATE: