5/12

Your Honor,

In response to your question regarding deliberating on Friday, many jurors cannot cancel plans. Therefore, if necessary we will continue to deliberate on Monday.

Thank you,
Foreperson #1

COURT'S
EXHIBIT NO. 10
IDENTIFICATION/EVIDENCE
DKT.#
DATE: