To the jury —

5/12/11

This is to advise you that the court will provide the transcripts of all trial testimony that you request for your review in the jury room. As I indicated to you in my charge at page 47, please be as specific as possible in identifying the portions of testimony you are requesting. Also, remember that it may take time to locate and reproduce the testimony you are requesting.

s/NGG

PENGAD 800-631-6989
COURT'S
EXHIBIT NO. 17
IDENTIFICATION/EVIDENCE
DKT. #:
DATE: