5/12

Your Honor,

We would like to request the portions of Dominic Cicale's testimony that reference:

- The meeting he had with Vincent Basciano in a restaurant before VB was arrested. (Discussions included what actions to take once Basciano was arrested)

- Conversations Dominick had with Michael Mancuso after Vincent Basciano was arrested.

- Dominic's responses to questions during cross examination when asked "who gave the order to kill Randy Pizzolo"?



Thank you
Foreperson #1