*Dominick Cicale*

7321

```
 1    UNITED STATES DISTRICT COURT

 2    EASTERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - X

 4    UNITED STATES OF AMERICA,    :
                                        05-CR-060 (S-11)
 5         -against-
                                        United States Courthouse
 6                                 :
                                        Brooklyn, New York
 7    VINCENT BASCIANO,

 8         Defendant.
                                   :    May 4, 2011
 9                                      11:00 o'clock a.m.
10    - - - - - - - - - - - - - X

11    TRANSCRIPT OF TRIAL
      BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
12    UNITED STATES DISTRICT JUDGE

13    ATTORNEYS FOR GOVERNMENT:
      LORETTA E. LYNCH
14    UNITED STATES ATTORNEY
      BY: TARYN MERKL
15        JACK DENNEHEY
          NICOLE ARGENTIERI
16        STEPHEN FRANK
      Assistant United States Attorneys
17    271 Cadman Plaza East
      Brooklyn, New York 11201
18
      ATTORNEY FOR DEFENDANT:
19    GEORGE R. GOLTZER, ESQ.
      200 West 57th Street
20    Suite 900
      New York, NY 10019
21

22    RICHARD JASPER, ESQ.
      YING STAFFORD, ESQ.
23    276 Fifth Avenue
      Suite 501
24    New York, NY 10001

25
```

COURT'S EXHIBIT NO. 20
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

MARSHA DIAMOND, CSR
OFFICIAL COURT REPORTER

1.  ████████████████

2.  Q    Did you receive an okay from Michael Mancuso to kill
3.  Randy Pizzolo?
4.       MS. ARGENTIERI: Objection.
5.       THE COURT: You may answer.
6.  A    I was told by Mr. Mancuso.

20.  Q  ████████████████
21.  ████████████████████████████
22.  ████████████████████████████
23.  ██████████
24.  ████████████████████████
25.  ████████████████████████

7333

Q    Now, did you ask anyone's permission or did you ask for an okay of anyone to kill Randy Pizzolo?

A    No, sir, I didn't ask for an okay to kill Randy Pizzolo. Randy, I was ordered to kill Randy Pizzolo.

Q    ████████████████████████████████████████████████
████████████████████████████████████████████████
--
    ████████████████████████████████████████
████████████████████████████████████████
██████████

MARSHA DIAMOND, CSR, RPR
OFFICIAL COURT REPORTER

1   Q    Did you send a message to Vincent Basciano while he was
2   in jail using the words footings and foundation?
3   A    That was part of the message, sir, yes.
4   Q    So part of the message contained the words footings and
5   foundation?
6   A    Yes, sir, that's correct.
7   Q    By using the words footings and foundation were you
8   trying to devise a way to let Vinny Basciano know who actually
9   gave you the okay to complete the task?
10  A    Could you repeat the question, please.
11  Q    [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]
16  [redacted]
17  Q    Were you trying to devise a way to let Vincent Basciano
18  know what happened?
19  A    I did formulate a way to inform Vinny Basciano on what
20  happened.
21  Q    And were you trying to also inform Vincent Basciano who
22  actually gave you the okay to complete the task?
23           MS. ARGENTIERI: Objection to the term okay.
24           MR. GOLTZER: I have a good faith basis. I will
25  follow up.

Cicale - cross/ Goltzer                                              7335

1       THE COURT: You may answer with -- well, would you
2  repeat the question please.
3  Q    Were you also trying to formulate a way to advise Vincent
4  Basciano who actually gave you the okay to complete the task?
5  A    You just lost me with that question, sir.
6  Q    Did it confuse you?
7  A    Yes, it did.
8  Q    When you said -- when you sent word to Vincent Basciano
9  that Michael had me take care of the footings and foundation;
10 is that correct?
11 A    Yes, sir, that's correct.
12 Q    And that was sometime in December of 2004?
13 A    It was either sometime -- I'm pretty sure it was December
14 of 2004; that is correct.
15 Q    It was after Randy Pizzolo was killed?
16 A    Yes, sir, that's correct.
17 Q    ████████████████████████████████████████
18 ████████████████████████████████████████
19 A    ████████████████████████
20      ████████████████
21      ████████████████████
22      ████████████████████
23 Q    Basciano was arrested November 19, 2004?
24 A    If that's the date you're saying, yes, sir.
25 Q    You said it was the 17th?

Cicale - cross/ Goltzer                                   7336

1   A   Yes, sir, that's correct.
2   Q   Whether your date is right or wrong, Vincent Basciano,
3   according to your recollection, was arrested sometime in
4   November 204?
5   A   Yes, sir, that's correct.
6   Q   And that was a couple of weeks before Randy Pizzolo's
7   death, approximately?
8           MS. ARGENTIERI: Objection.
9           THE COURT: You many answer, if you know.
10  A   Yes, sir.
11  Q   And after Mr. Pizzolo's death you sent a message to
12  Basciano that Michael had me take care of footings and
13  foundation; is that correct?
14  A   Yes, sir, that's correct.
15  Q   And when you sent that message using the words footings
16  and foundations were you trying to devise a way to let
17  Vincent Basciano know what happened?
18  A   I did davise a way to let Vincent Basciano know what
19  happened.
20  Q   And that was the way, by mentioning the word footing and
21  foundation?
22          MS. ARGENTIERI: Objection.
23          THE COURT: You may answer.
24  A   Yes, sir, that's correct.
25  Q   And were you also trying to let Vincent Basciano know who

MARSHA DIAMOND, CSR, RPR
OFFICIAL COURT REPORTER

Cicale - cross/ Goltzer                                           7337

1  actually gave you the okay to complete the task of killing
2  Pizzolo?
3  A    I did let Vinny Basciano know about who gave the final
4  order to kill Randy Pizzolo.
5
6
7
8
9
10
11
12
13  Q    At a A prior trial, Mr. Cicale, did you give the
14  following answers to the following questions:
15          Question:  You sent a message with the word footings
16  and foundations?
17          Answer:  Correct.
18          Question: What did you mean by that word?
19          Answer: I was trying to devise a way to let Vincent
20  Basciano know what happened and who actually gave me the okay
21  to complete this task, and on the Schier's Avenue job after
22  Randy was getting in Vinny's bad graces we started on the
23  footings.  There were imperfections. One footing had a barrel
24  (ph) sticking out of it and another footing had a piece of
25  plywood in it, so I figured Vinny Basciano would realize when

*Cicale - cross/ Goltzer*                                           7338

1  I told him that Michael had fixed the footings that he would
2  realize what that meant because that was pertaining to Randy
3  Pizzolo.
4         Did you give those answers to those questions under
5  oath at a prior trial?
6  A    Yes, sir, that's correct.
7  Q    The word okay was your word in your answer, was it not?
8  A    Yes, sir.
9  Q    [redacted]
10     [redacted]
11     [redacted]
12 Q    Michael gave the order to kill Randy Pizzolo; is that
13 correct?
14 A    Following Vinny Basciano's instructions, yes, sir, that's
15 correct.
16 Q    You said to the jury yesterday that you had received the
17 instructions from Vinny Basciano to -- before Cicale was
18 killed and before Basciano was arrested ?
19 A    I am right here, sir.
20 Q    Did you testify yesterday that the order you testified
21 about receiving from Basciano took place before Basciano was
22 arrested?
23 A    The original order, yes, sir.
24
25

Cicale - cross/ Goltzer                                   7347

22  Q    Did you give the following answer to the following
23  question under oath, Mr. Cicale, at a prior trial line 12:
24            Question: Vinny Basciano had no involvement in the
25  planning of this murder, correct?

Cicale - cross/ Goltzer                           7348

1      Answer: Had no involvement in the planning but he
2 gave the order.
3      Was that your answer to a question under oath, sir,
4 at a prior trial?
5 A    If that's what it says, yes, it was, sir.
6      MR. GOLTZER: May I have a stipulation the transcript
7 was rad accurately, Judge.
8      THE COURT: Very well.
9      MR. GOLTZER: Thank you.

MARSHA DIAMOND, CSR, RPR
OFFICIAL COURT REPORTER