Your Honor,

We would like to request the following:
(For Monday)

① Testimony on 4/26/11 by Salvatore Volpe

- regarding conversation he referred to night after Randy was killed (re players + who asked what of whom).

② Testimony ~~on 4/18/11~~ from J. Massino

- Regarding co-defendant mtg(s) + Johnny Jo

③ Testimony from Joey Gambina as it pertains to conversations with Dominic Cicale in reference to planning or committing the murder of Randy Azzolo.



COURT'S
EXHIBIT NO. 21
IDENTIFICATION/EVIDENCE
DKT.#
DATE:

Thank-you,
Foreperson #1