5092

*Joseph Massino*

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  ----------------------------------------x
    UNITED STATES OF AMERICA
 3

 4          versus                            05 CR 60(NGG)

 5  VINCENT BASCIANO,

 6                  DEFENDANT.                U.S. Courthouse
                                              Brooklyn, New York
 7  ----------------------------------------x
                                              April 14, 2011
 8                                            9:30 a. m.

 9

10

11                      TRANSCRIPT OF TRIAL

12          Before the HONORABLE NICHOLAS GARAUFIS, USDJ

13                         APPEARANCES

14  Representing the Government:   Loretta E. Lynch
                                   United States Attorney
15                                 Eastern District of New York
                                   271 Cadman Plaza East
16                                 Brooklyn, New York 11201
                                   BY:  TARYN MERKL, ESQ.
17                                      JACK DENNEHY, ESQ.
                                        NICOLE ARGENTIERI, ESQ.
18                                      STEPHEN FRANK, ESQ.

19  Representing the Defendant:    GEORGE GOLTZER, ESQ.
                                   RICHARD JASPER, ESQ.
20                                 YING STAFFORD, ESQ.

21

22  Reported by:
    Lisa Schmid, CCR, RMR
23  225 Cadman Plaza East
    Brooklyn, New York 11201
24  Phone: 718-613-2644  Fax:  718-613-2379
    Proceedings recorded by mechanical stenography.  Transcript
25  produced by computer-aided transcription.
```

COURT'S EXHIBIT NO. 24
IDENTIFICATION/EVIDENCE
DKT.#
DATE:

CHARISSE KITT, CRI, CSR, RPR, FCRR
OFFICIAL COURT REPORTER

MASSINO/DIRECT/MERKL

```
15  Q    Mr. Massino, based on your conversations with Basciano at
16       the codefendant meeting on January 3rd and on January 7th, the
17       recordings that we just went over, did you arrive at an
18       understanding of who killed Randy Pizzolo?
19  A    Absolutely.
20  Q    What was your understanding?
21  A    That Vinny Basciano gave the order to clip Randy Pizzolo.
```