```
                                                              5389

     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
     ------------------------------------x
     UNITED STATES OF AMERICA,

                     Plaintiff,         Docket No.:
                                        05 CR 60 (NGG)
            versus
                                        U.S. Courthouse
     VINCENT BASCIANO,                  225 Cadman Plaza East
                                        Brooklyn, NY 11201
                     Defendant.
     ------------------------------------x
                                        April 18, 2011
                                        9:21 a.m.

             Transcript of Criminal Cause for Trial

     Before:   HONORABLE NICHOLAS G. GARAUFIS,
                          District Court Judge
            (and a jury.)

                         APPEARANCES

     For the Government:       LORETTA E. LYNCH, ESQ.
                               United States Attorney
                               Eastern District of New York
                               271 Cadman Plaza East
                               Brooklyn, New York 11201
                               BY: TARYN MERKL, ESQ.,
                                    JACK DENNEHY, ESQ.,
                                    NICOLE ARGENTIERI, ESQ.
                                    STEPHEN FRANK, ESQ.,
                                    Assistant U.S. Attorneys

     For the Defendant:        GEORGE GOLTZER, ESQ.
                               RICHARD JASPER, ESQ.
                               YING STAFFORD, ESQ.

     Court Reporter:           MICHELE NARDONE, CSR, RPR, CRR
                               Official Court Reporter
                               225 Cadman Plaza East
                               Brooklyn, New York 11201
                               Phone:  718-613-2601
                               Fax:    718-613-2631

     Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
```

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

COURT'S EXHIBIT NO. 25 IDENTIFICATION/EVIDENCE

Massino - Cross/Jasper 5396

12 Q And Randy Pizzolo was -- well, you first found out about
13 Randy Pizzolo's murder in early December at a codefendants'
14 meeting; is that correct?
15 A That's not correct.
16 Q When did you first learn about Randy Pizzolo's murder?
17 A I believe it was the day after Thanksgiving, November 2004.
18 Q The day after Thanksgiving?
19 A I believe it was, if not the following Friday.
20 Q That was still in the month of November?
21 A It was in November.
22 Q So you learned about Randy Pizzolo's murder the day after
23 he died, is that what you are saying?
24 A A couple of days later.
25 Q Do you know that Randy Pizzolo died on November, his body

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

5397
Massino - Cross/Jasper

1  was found December 1st, the morning of December 1st?  Are you
2  aware of that?
3  A    I believe it was sometime in November they found his body.
4  Q    You believe it was November?
5  A    Yes.
6  Q    What is your understanding that it was November that he was
7  found?
8  A    We had a codefendant meeting.  And Johnny Joe says to me --
9  which is a Wiseguy in the Bonanno Family -- he said, Did you
10 see they killed Randy Pizzolo?  I said, No, I'm in the SHU.
11 Sometimes I get the newspapers; sometimes I don't.
12          With this, Vinny Basciano steps up and tells Johnny
13 Joe to excuse himself, I want to talk to the chief.
14          THE COURT:  Go ahead.  I'm sorry.
15 A    (Continuing) So he sits next to me and he tells me, I
16 killed Randy Pizzolo, I said, With who?  He was hemming and
17 hawing.  He really didn't want to say who.
18          Then he goes on to say, Ace.  He said, I think Joey
19 Gambina didn't handle himself.  Dominick spoke highly of him.
20 That's why he wasn't going to make him, and Dominick Cicale was
21 there, captain of the Bonanno Family.
22 Q    After Johnny Joe came to you and said -- did he say, did
23 you see they killed Randy Pizzolo?  Is that what Johnny Joe
24 said, yes or no, if you can?
25 A    All he says was, Johnny Joe told me did you see the papers.

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

Massino - Cross/Jasper                                               5398

1   I said I don't get the papers all the time.  Randy Pizzolo, he
2   got murdered or killed.
3   Q   At that time did you respond to Johnny Joe Spirito at that
4   codefendant meeting in early December, did you say to him, as
5   long as he deserved it?  Do you remember saying that?
6   A   No, I didn't.
7   Q   Do you remember him saying, If it was warranted?
8   A   No, I didn't say that.
9   Q   Now, you told us that your understanding was that Randy had
10  been killed and that Mr. Basciano was responsible for it.
11          Is that so?
12  A   That's correct.

Massino - Cross/Jasper

5399

```
13   Q   Now, after Mr. Basciano did -- did Mr. Basciano excuse
14   Johnny Joe?
15   A   Yes, he did.
16   Q   And he spoke to you one on one?
17   A   He sat right alongside me.  Johnny, say, was sitting there.
18   He said, Excuse yourself, Johnny Joe.  I want to talk to the
19   chief.
20           He got up, and Vinny sat down.
21   Q   Where did Johnny Joe go after that?
22   A   He sat in Vinny's seat.
23   Q   That was how far away from you?
24   A   I'm going to say five feet.
25   Q   Now, this is in MDC?
```

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

Massino - Cross/Jasper                                5400

1 | A    MDC Brooklyn.

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

Massino - Cross/Jasper                                5400

Massino - Cross/Jasper                                              5421

```
19   Q    Well, I'm sorry.  On December 12 at the codefendant
20   meeting?
21   A    December 12?
22            MS. MERKL:  Objection, your Honor.
23            THE COURT:  We had no codefendant meeting December 12.
24   Q    I'm sorry, December 2 or 3.
25   A    That's possible, the end of November, the beginning.
```

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

```
                                                          5422
                    Massino - Cross/Jasper
```

1  Q    My question is:  Which do you recall Mr. Basciano saying to

2  you about the Randy Pizzolo murder on December 2 or 3?  Do you

3  recall him saying that he okayed it or ordered it?

4  A    "I killed Randy Pizzolo," or "We killed him."

5422

13  Q    And then, of course, on line 33, you say, Massino: "You
14  never mentioned one word about Randy?"
15          Basciano: "Well, you know what I -- I --
16          Massino: "Let me finish. That was on a Friday.
17  Following Friday, we had a co-defendant meeting, and that's
18  when you tell me that youse clipped him. Why don't youse tell
19  me that Friday? Why didn't you ask me?"
20          Now, the co-defendant meeting, I think you said
21  occurred a week later, about December second or December third,
22  2004, is that correct?
23          MS. MERKL: Objection; misstates the testimony.
24  A    Could have been November or early part of December.