```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  ------------------------------------x
    UNITED STATES OF AMERICA,
 3
                    Plaintiff,          Docket No.:
 4                                      05 CR 60 (NGG)
          versus
 5                                      U.S. Courthouse
    VINCENT BASCIANO,                   225 Cadman Plaza East
 6                                      Brooklyn, NY 11201
                    Defendant.
 7  ------------------------------------x
                                        April 21, 2011
 8                                      9:35 a.m.

 9        Transcript of Criminal Cause for Trial

10  Before:   HONORABLE NICHOLAS G. GARAUFIS,
                          District Court Judge
11        (and a jury.)

12                     APPEARANCES

13  For the Government:   LORETTA E. LYNCH, ESQ.
                          United States Attorney
14                        Eastern District of New York
                          271 Cadman Plaza East
15                        Brooklyn, New York 11201
                     BY:  TARYN MERKL, ESQ.,
16                        JACK DENNEHY, ESQ.,
                          NICOLE ARGENTIERI, ESQ.,
17                        STEPHEN FRANK, ESQ.,
                          Assistant U.S. Attorneys
18
    For the Defendant:    GEORGE GOLTZER, ESQ.
19                        RICHARD JASPER, ESQ.
                          YING STAFFORD, ESQ.
20
    Court Reporter:       MICHELE NARDONE, CSR, RPR, CRR
21                        Official Court Reporter
                          225 Cadman Plaza East
22                        Brooklyn, New York 11201
                          Phone: 718-613-2601
23                        Fax:   718-613-2631

24  Proceedings recorded by mechanical stenography.  Transcript
    produced by computer-aided transcription.
25
```

COURT'S EXHIBIT NO. 26 IDENTIFICATION/EVIDENCE DKT.# _____ DATE: _____

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

5560

11  Q   Then, if we can turn to page 9, line 5.  Ready?

12       "Massino:  I wouldn't do that to you.  It's just the

13  same thing.  I felt slighted the other day when you told me

14  downstairs, you told me Joey Gam.  Now, you tell me you, the --

15       "Basciano:  I don't know, Bo.

16       "Massino:  No, no, but downstairs you knew.  You told

17  me that in there.

18       "Basciano:  Because that's how I set it up.

19       "Massino:  But now when you thought the world of the

20  guy, now Dominick is holding up on us so now."

21       Now, just to go back up to, "You felt slighted

22  downstairs," referring to downstairs in the codefendant

23  meeting?

24  A   That's correct.

25  Q   And what you are saying you feel slighted about is that

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter

5561

Massino - Cross/Jasper

1  Mr. Basciano is -- it's your understanding that Mr. Basciano is
2  telling you now he is uncertain as to who was involved in the
3  Randy Pizzolo murder?
4  A    Correct.

MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter