```
                                                               5983

 1    UNITED STATES DISTRICT COURT

 2    EASTERN DISTRICT OF NEW YORK
      ------------------------------------x
 3    UNITED STATES OF AMERICA

 4
                         versus            05 CR 60(NGG)
 5
      VINCENT BASCIANO,
 6
                         DEFENDANT.        U.S. Courthouse
 7                                         Brooklyn, New York
      ------------------------------------x
 8                                         April 26, 2011
                                           9:30 a.m.
 9


10


11                    TRANSCRIPT OF TRIAL

12         Before the HONORABLE NICHOLAS GARAUFIS, USDJ

13                       APPEARANCES

14    Representing the Government:  Loretta E. Lynch
                                    United States Attorney
15                                  Eastern District of New York
                                    271 Cadman Plaza East
16                                  Brooklyn, New York 11201
                                    BY:  TARYN MERKL, ESQ.
17                                       JACK DENNEHY, ESQ.
                                         NICOLE ARGENTIERI, ESQ.
18                                       STEPHEN FRANK, ESQ.

19    Representing the Defendant: GEORGE GOLTZER, ESQ.
                                    RICHARD JASPER, ESQ.
20                                  YING STAFFORD, ESQ.

21

22    Reported by:
      CHARISSE KITT, CRI, CSR, RPR, FCRR
23    225 Cadman Plaza East
      Brooklyn, New York 11201
24    Phone:  718-613-2606 Fax:  718-613-2696
      Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.
```

COURT'S EXHIBIT NO. 27
IDENTIFICATION/EVIDENCE
DKT.#
DATE:

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

```
3    Q    What, if anything, did Randy Pizzolo say when you last
4    saw him?
5    A    That he was going to take down the Bronx.
6    Q    Who else was present when Randy Pizzolo said he was going
7    to take down the Bronx?
8    A    Paul Spina.
9    Q    What, if anything, did Paul Spina tell you that he was
10   going to do?
11              MR. GOLTZER:  Objection.  801.
12              THE COURT:  You may answer.
13   A    He says that because Randy said he was going to take down
14   the Bronx, Paul Spina explained that he has to take this
15   upstairs.
16   ████████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████████
18   ████████████████████████████
19   ████████████████████████████
20   ████████████████████████████████████████████████████████
21   ████████████████████
22   ████████████████████████████
23   ████████████████████████████
24   A    He explained that he has to take it up to his skipper,
25   his captain.
```

```
                                                              6152
              Volpe - Direct/Argentieri
```

1  Q    And who was his skipper at that time?

2  A    Joe C., Junior.

3  ██████████████████████████████████████

4  ██████████████████████████████

5  ██████████████████████████████████

6  ████████████████████████████████████████████████████

7  ████████████████████

8  ██████████████████████████

9  ██████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████

12 ██████████████████████

13 Q    Did you see Paul Spina again after that night?

14 A    Yes, I did.

15 Q    Did you meet with him?

16 A    Yes.

17 Q    What, if anything, did Paul Spina say to you about Randy

18 Pizzolo?

19              MR. GOLTZER: Objection. 801.

20              THE COURT: You may answer.

21              MR. GOLTZER: Objection. ████████████

22 ████████████

23 ██████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

```
            CHARELEANE M. HEADING, RMR, CRR, FCRR
                     Official Court Reporter
```

```
                                                                6153
                    - Volpe - Direct/Argentieri
```

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2  ▓▓▓▓▓▓▓▓▓

3          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4  Q    What did Paul Spina say to you about Randy Pizzolo?

5           MR. GOLTZER: Objection.

6           THE COURT: You may answer -- well, can you be more

7  specific?

8           MS. ARGENTIERI: Yes.

9  Q    Directing your attention to several weeks after the

10 incident at Napa Sonoma, did you have a discussion with Paul

11 Spina about what happened to Randy Pizzolo?

12          MR. GOLTZER: Objection.

13          THE COURT: You may answer.

14 A    Yes.

15 Q    What did Paul Spina tell you?

16          MR. GOLTZER: Objection.

17          THE COURT: You may answer.

18 A    He told me to read the newspaper.

19          MR. GOLTZER: Objection.

20          THE COURT: Overruled.

21          Next?

22 Q    He told you to read the newspaper. What else did he say?

23          MR. GOLTZER: Objection. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25          THE COURT: Overruled.

```
               CHARELEANE M. HEADING, RMR, CRR, FCRR
                        Official Court Reporter
```

Volpe - Direct/Argentieri

6154

1  A    He said, did you read the newspaper? Did you see the
2  article in the newspaper?
3  Q    What did he say next?
4         MR. GOLTZER: Objection. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6         THE COURT: Leading?
7         What, if anything, did he say next?
8         THE WITNESS: He said, did you see what was in the
9  newspaper? And I read the article.
10 BY MS. ARGENTIERI
11 Q    After you read the article, did you meet with Paul Spina
12 in person?
13 A    Yes.
14 Q    At that meeting what, if anything, did Paul Spina say to
15 you about Randy Pizzolo?
16        MR. GOLTZER: Objection.
17        THE COURT: Overruled. You may answer.
18 A    He said he hoped what he said didn't get him killed.
19
20
21
22
23
24
25

Volpe - Direct/Argentieri                                    6257

17  Q    When, if ever, did you talk to Paul Spina about Randy
18  Pizzolo again?
19  A    The morning when Paul called me at my office and said,
20  did I read the newspaper.
21  Q    What did you say?
22  A    I said no.  I opened up the Daily News and I saw the --
23           MR. GOLTZER:  Objection.
24           THE COURT:  Overruled.  Next.  You may finish.
25           THE WITNESS:  I opened up the newspaper and I saw

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Volpe - Direct/Argentieri

6258

1  the article where Randy, where it said Randy was killed.
2  Q    Did you have a further discussion with Paul Spina?
3  A    Yes, he says come down and see me.
4  Q    Did you go down and see him?
5  A    Yes, I did.  I went to his office.
6  Q    What happened when you met with Paul Spina at his office?
7  A    He basically spoke about the article and about Randy
8  being killed and he says I hope what I said didn't get him
9  killed.
10 Q    When, if ever, did you discuss Randy Pizzolo's death with
11 anyone else?
12 A    Later with Anthony Rabito.
13 Q    When you say later, in what time period did you have a
14 discussion with Anthony Rabito?
15 A    A few days later.
16 Q    Where did you see Anthony Rabito?
17 A    I usually picked him up on the weekends and we went for
18 breakfast.
19 Q    ████████████████████████████████
20      ████████████████████████████████
21      ████████████████████████████████
22      ████████████████████████████████████████
23      ████████████████████████████████████████
24      ████████████████████████████████████████
25      ████████████████████████

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Volpe - Direct/Argentieri

6259

1   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3   Q    At that point in time what was your relationship with

4   Anthony Rabito?

5   A    It was pretty close.

6   Q    What was your formal relationship within organized crime?

7   Were you on record with them?

8   A    At that time, no; I was on record with Anthony Pipitone.

9   Q    What time period was this?

10  A    This was in -- oh, actually, no. I was with Anthony

11  Rabito. It was in '04.

12  Q    And you say you were reporting to Anthony Rabito?

13  A    Yes.

14  Q    And as an associate with Anthony Rabito, did you have

15  obligations with him -- to him?

16  A    No.

17  Q    To answer his questions?

18  A    Just answer questions, yes.

19  Q    What questions did he ask you relating to -- I'm sorry --

20  what question did he ask you in relation to Randy Pizzolo?

21  A    If Joe Gambino [Gambina] had anything to do with that murder.

22        MR. GOLTZER: Objection.

23        THE COURT: Overruled.

24  Q    What did you say?

25  A    I said I had no idea, and I just dropped it.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

```
                Volpe - Direct/Argentieri                    6260
```

1  Q    Who did you tell about your conversation with Anthony
2  Rabito, if anyone?
3  A    I spoke to Paul Spina about it.
4  Q    Why did you tell Paul Spina about it?
5  A    Because I found it odd that Anthony Rabito was going to
6  be asking me about a murder and who was involved in it.
7  Q    What was your concern?
8               MR. GOLTZER:  Objection.
9               THE COURT:  You may answer.
10              THE WITNESS:  That maybe Anthony Rabito was
11 cooperating.
12 BY MS. ARGENTIERI:
13 Q    Is there a rule in organized crime about talking about
14 murder?
15 A    Yeah.
16 Q    What's the rule?
17 A    Once murder happens, don't talk about it again; just
18 forget it.
19 Q    After Randy Pizzolo's murder, what if any, discussion did
20 you have with Joey Gambina about someone being on the lam?
21              MR. GOLTZER:  Objection.
22              THE COURT:  Sidebar.
23              (Sidebar.)
24              (Continued on the next page.)
25

```
                  CHARISSE KITT, CRI, CSR, RPR, FCRR
                        Official Court Reporter
```

```
                    Volpe - Direct/Argentieri                    6262

 1              (In open court.)
 2              THE COURT:  All right.  You may proceed.
 3    BY MS. ARGENTIERI:
 4    Q    I'm just going to repeat my question.  After Randy
 5    Pizzolo's murder, what, if any, discussion did you have about
 6    somebody being on the lam?
 7    A    I had a discussion with Anthony Pipitone and Joey
 8    Gambina [Gambino crossed out].
 9    Q    And what did they tell you?
10    A    About his -- Anthony Aiello being on the lam.
```

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter