5/16/10

Your Honor,

We have reached a verdict.

Foreperson #1

