Your Honor,

We have reached a verdict.

Foreperson #1

COURT'S
EXHIBIT NO. 33
IDENTIFICATION/EVIDENCE
DKT.#
DATE: