June 7, 2011

U.S. District Judge Nicholas Garaufis
Eastern District of New York
Brooklyn, NY

Dear Judge Garaufis:

We recently covered the trial of the case U.S. v. Basciano, which you presided over. During the course of the trial, as you know, you had certain meetings with the defendant, requested by him, that were not open to the public.

We would request that you unseal and make available transcripts of those meetings.

They should be made available because of the general rule of access to proceedings in criminal trials articulated in Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980). Because the trial is now over, release cannot prejudice Mr. Basciano's right to a fair trial. And by disclosing the substance of these private meetings, the court will enhance public confidence in the judicial system.

We appreciate your attention to this request.

Yours truly,

John Marzulli, NY Daily News

Mitch Maddux, NY Post

John Riley, Newsday

Daniel Wise, NY Law Journal