

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:NMA
F#:2005R00060

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

June 15, 2011

**By ECF & Regular Mail**

Senior Probation Officer Cheryl M. Fiorillo
United States Probation Department
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Vincent Basciano, et al.
            Criminal Docket No. 05-060 (NGG)

Dear Probation Officer Fiorillo:

       The government has reviewed the pre-sentence investigation report ("PSR") for defendant Vincent Basciano related to his conviction in the above-captioned matter.  Based upon the testimony adduced at trial, the government hereby submits the following objections to the PSR:

- <u>Paragraph Twelve</u>: The sentence beginning "To become an inducted member of the Bonanno family" should state: To become an inducted member of the Bonanno Family, one must participate in a secret induction ceremony.

- <u>Paragraph Thirteen</u>: The sentence beginning "Over the years" should state: Over the years, Basciano has served as an acting boss, a captain, a soldier and an associate.  The sentence beginning "DeFilippo was a longstanding captain" should state: DeFilippo was a longstanding captain in the Bonanno Family.

- <u>Paragraph Twenty-Four</u>: The following paragraph should replace paragraph twenty-four:

    Pizzolo was an associate in the Bonanno Family who was assigned to Dominick Cicale's crew.  Vincent Basciano and others hired Pizzolo to work on certain construction projects.  At various times, aspects of Pizzolo's performance infuriated Basciano.  For example, on the Schurz Avenue construction site, Pizzolo was responsible for putting up a brick wall on Basciano's intended residence using expensive brick.  After Basciano observed the sloppy workmanship, he was very angry and

ordered the wall to be taken down and redone. In addition to Pizzolo's substandard concrete and brick work, he was known as a hothead who behaved recklessly (trial witnesses describe him as "running his mouth," "talking stupid and carrying a gun," and as a "loose cannon"). On one occasion, Pizzolo discharged a firearm outside a restaurant. On another occasion, Pizzolo brought a firearm to meet Bonanno Family soldier Paul Spina at Napa Sonoma, a restaurant around the Bonanno Family; at the meeting with Spina, Pizzolo stated that he would "level the Bronx," a threat against Basciano, and Pizzolo stated that he was the only killer in the Bonanno Family. When Basciano found out about this incident, he became furious and ordered Cicale to kill Pizzolo. After Basciano was arrested and incarcerated, Mancuso reaffirmed Basciano's order and directed Cicale to make sure that Pizzolo was murdered. Cicale arranged for Anthony Aiello to murder Pizzolo. On November 30, 2004, Vincenzo Masi drove Aiello to a lumberyard in Greenpoint, Brooklyn, where Aiello shot and killed Pizzolo.

    Sincerely,

    LORETTA E. LYNCH
    United States Attorney

By:  /s/
    Taryn Merkl
    Nicole M. Argentieri
    Jack Dennehy
    Stephen E. Frank
    Assistant U.S. Attorneys
    (718) 254-6064/6232/6133/6143

cc: Clerk of the Court (NGG) (by ECF)
    Defense counsel (by ECF)