

# NICHOLAS J PINTO

### ATTORNEY AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
TEL. 212.619.5500  FAX 212.732.8486
NJP@PINTO-LAW.COM
WWW.PINTO-LAW.COM

January 20, 2012

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JAN 2 7 2012 ★

BROOKLYN OFFICE

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Vincent Basciano, 11-2995, 05 cr 060(NGG)

Dear Judge Garaufis:

I have been appointed by the Second Circuit Court of appeals to represent Mr. Vincent Basciano on his appeal of the above referenced case. I need to order transcriptions of a number of status conferences and appearances. The court reporters need prior approval to furnish the transcriptions. Rather than send you eleven different applications, I am submitting a general letter covering all of the reporters and dates necessary for your approval. I understand this will be sufficient for the reporters. I have attached the dates and names of the court reporters to this letter.

Respectfully submitted,

Nicholas J Pinto

United States v. Basciano, 05 cr 60 (NGG)

Transcripts and Reporters

Holly Driscoll - Arraignment - 11/3/05; Trial - 3/31/11

Marsha Diamond – Status conference - 8/18/05

Fred Guerino – Status conferences - 8/11/06, 7/15/08, 2/6/11; Trial - 5/26/11

Marie Foley – Status Conference - 1/29/09

Victoria Butler – Status Conference - 2/25/09; Arraignment - 1/27/11

Anthony Mancuso – Status Conference - 2/11/11

Ron Tolkin – Status Conference - 12/31/09; Trial - 3/1/11

Burt Sulzer – Status Conference 3/8/11

Lisa Schmid – Trial - 4/12/11

Michele Nardone – Trial - 4/21/11

Charisse Kitt – Trial - 4/25/11, 4/26/11, 4/27/11, 4/28/11