8422

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          : 05-CR-00060 (S-11)(NGG)
                                   :
                                   :
                                   :
                                   :
        -against-                  : United States Courthouse
                                   : Brooklyn, New York
                                   :
                                   :
                                   : Monday, May 16, 2011
VINCENT BASCIANO,                  : 10:00 a.m.
                                   :
        Defendant.                 :
                                   :

- - - - - - - - - - - - - X


TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:


For the Government: LORETTA E. LYNCH, ESQ.
                    United States Attorney
                    Eastern District of New York
                    271 Cadman Plaza East
                    Brooklyn, New York 11201
                BY:  TARYN A. MERKL, ESQ.
                    JACK DENNEHY, ESQ.
                    NICOLE M. ARGENTIERI, ESQ.
                    STEPHEN E. FRANK, ESQ.
                    Assistant United States Attorney


For the Defendant:  GEORGE R. GOLTZER
                    200 West 57th Street
                    Suite 900
                    New York, New York 10019
                BY: GEORGE R. GOLTZER, ESQ.
                    LUCY KIM, ESQ.

8423

A P P E A R A N C E S:  (Continued)


For the Defendant:      LAW OFFICES OF RICHARD JASPER
                           276 Fifth Avenue
                           Suite 501
                           New York, New York 10001
                        BY:RICHARD JASPER, ESQ.

For the Defendant:      LAW OFFICE OF YING STAFFORD
                           276 Fifth Avenue
                           Suite 501
                           New York, New York 10001
                        BY:YING STAFFORD, ESQ.


Court Reporter:  Victoria A. Torres Butler, CRR
                 Official Court Reporter
                 Tele: (718) 613-2607 / Fax: (718) 613-2324
                 E-mail:  VButlerRPR@aol.com

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

Proceedings                                    8424

1          (In open court.)

2          (The following occurs outside the presence of the

3     jury.)

4          (Judge NICHOLAS G. GARAUFIS enters the courtroom at

5     2:44 p.m.)

6          THE COURTROOM DEPUTY:  All rise.

7          THE COURT:  All right.  Please, be seated.

8          (Pause in the proceedings.)

9

10         (Defendant enters the courtroom.)

11         THE COURT:  All right.  Case on trial.

12         Appearances please.

13         MS. MERKL:  Good afternoon, Your Honor.

14         Taryn Merkl Nicole Argentieri, Jack Dennehy, and

15    Stephen Frank for United States.

16         THE COURT:  Good afternoon.

17         MR. GOLTZER:  George Goltzer, Richard Jasper, Ying

18    Stafford and Lucy Kim for Mr. Basciano, who is present.

19         Good afternoon.

20         THE COURT:  Good afternoon.

21         All right.  The Court has received a note from the

22    jury, dated 5/16/11:

23         "Your Honor, we have reached a verdict."

24         Signed by the foreperson, Number One.

25         (Court's Exhibit 29 was received in evidence.)

Proceedings                          8425

1           THE COURT:  We're going to get the alternates, who

2     are in the different room, so they can be here for the

3     verdict.

4           (Pause in the proceedings.)

5

6           MR. GOLTZER:  If the jury reaches a verdict of

7     guilty on Count 2, we would request they be polled.

8           THE COURT:  I always poll the jury.

9           And if that were the case, I will have the jury

10    retire to the jury room while we discuss further scheduling.

11    Otherwise, it won't be necessary to have them come back.

12          (Pause in the proceedings.)

13

14          (In open court.)

15          THE COURTROOM DEPUTY:  All Rise.

16          (Jury enters at 2:48 p.m.)

17          (The following occurs in the presence of the jury.)

18          THE COURT:  Will the foreperson remain standing.

19    Everyone else may be seated.

20          (Complies.)

21          THE COURT:  Madame Foreperson, has the jury reached

22    a verdict?

23          THE FOREPERSON:  Yes, Your Honor.

24          THE COURT:  All right.  Please, give the verdict

25    sheet to the clerk.

Proceedings                                      8426

1          (Handing.)

2          THE COURT:  All right.  You may publish the verdict.

3          (Handing.)

4          THE COURTROOM DEPUTY:  As to Count One, conspiracy

5    to murder Randolph Pizzolo in aid of racketeering:

6          On the charge of conspiracy to murder Randolph

7    Pizzolo in aid of racketeering in Count One, how do you find

8    the defendant, Vincent Basciano; guilty or not guilty?

9          THE FOREPERSON:  Guilty.

10          THE COURTROOM DEPUTY:  As to Count Two, murder of

11    Randolph Pizzolo in aid of racketeering:

12          In the charge of murder in aid of racketeering in

13    Count Two, how do you find the defendant, Vincent Basciano;

14    guilty or not guilty?

15          THE FOREPERSON:  Guilty.

16          THE COURTROOM DEPUTY:  As to Count Three, using,

17    carrying or possessing a firearm:

18          On the charge of using, carrying or possessing a

19    firearm in Count Three, how do you find the defendant, Vincent

20    Basciano; guilty or not guilty?

21          THE FOREPERSON:  Guilty.

22          THE COURTROOM DEPUTY:  Was the firearm at issue in

23    Count Three discharged; proven or not proven?

24          THE FOREPERSON:  Proven.

25          THE COURT:  All right.

Proceedings                                    8427

1              Please, take the verdict sheet and poll the jury,

2    please.

3              THE COURTROOM DEPUTY:  All right, Ladies and

4    Gentlemen of the Jury.

5              (Handing.)

6              THE COURT:  You may be seated, ma'am.

7              THE COURTROOM DEPUTY:  Having heard the verdict

8    given by your Foreperson;

9              Juror Number One is that your verdict?

10             JUROR NUMBER ONE:  Yes.

11             THE COURTROOM CLERK:  Juror Number Two, is that your

12   verdict?

13             JUROR NUMBER TWO:  Yes.

14             THE COURTROOM CLERK:  Juror Number Three, is that

15   your verdict?

16             JUROR NUMBER THREE:  Yes.

17             THE COURTROOM CLERK:  Juror Number Four, is that

18   your verdict?

19             JUROR NUMBER FOUR:  Yes.

20             THE COURTROOM CLERK:  Juror Number Five, is that

21   your verdict?

22             JUROR NUMBER FIVE:  Yes.

23             THE COURTROOM CLERK:  Juror Number Six, is that your

24   verdict?

25             JUROR NUMBER SIX:  Yes.

Proceedings                                    8428

1           THE COURTROOM CLERK:  Juror Number Seven, is that

2   your verdict?

3           JUROR NUMBER SEVEN:  Yes.

4           THE COURTROOM CLERK:  Juror Number Eight, is that

5   your verdict?

6           JUROR NUMBER EIGHT:  Yes.

7           THE COURTROOM CLERK:  Juror Number Nine, is that

8   your verdict?

9           JUROR NUMBER NINE:  Yes.

10          THE COURTROOM CLERK:  Juror Number Ten, is that your

11  verdict?

12          JUROR NUMBER TEN:  Yes.

13          THE COURTROOM CLERK:  Juror Number Eleven, is that

14  your verdict?

15          JUROR NUMBER ELEVEN:  Yes.

16          THE COURTROOM CLERK:  Juror Number Twelve, is that

17  your verdict?

18          JUROR NUMBER TWELVE:  Yes.

19          THE COURTROOM DEPUTY:  Jury polled, Your Honor.

20          THE COURT:  Very well, thank you.

21          Members of the Jury;

22          As you're well aware, by virtue of the fact that the

23  jury has reached a verdict of guilty on Count Two, which is

24  the murder of Randolph Pizzolo in aid of racketeering, it will

25  be necessary to have a penalty phase for this trial.

Proceedings                                    8429

1        It will be necessary for me to talk to the attorneys

2  as to the schedule for that penalty phase; therefore, I'm

3  going to have you retire to the jury room and remain there,

4  and I'll bring you back out when I know what the schedule will

5  be so that you can plan your time.

6        So, at this time, the jury may retire to the jury

7  room and I'll call you out as soon as we're ready.

8        All rise for the jury.

9        (Jury exits at 2:52 p.m.)

10

11       (In open court.)

12       (The following occurs outside the presence of the

13  jury.)

14       THE COURT:  Please, be seated.

15       (Pause in the proceedings.)

16

17       THE COURT:  All right.

18       The next step is to -- would you like a few minutes

19  to talk to each other about the penalty phase?

20       MS. MERKL:  That might be helpful, Your Honor.

21       THE COURT:  Mr. Goltzer?

22       MR. GOLTZER:  Yes, sir.

23       THE COURT:  All right.  Why don't we take ten

24  minutes so the parties can confer.

25       Let me just say this:  It's important that we begin

Proceedings                                                8430

1    the penalty phase at the earliest possible time.  The jury was

2    told that we expected that the case would last until the end

3    of May.  So, if we have to go beyond that, I'd like to avoid

4    losing any jurors who may have plans.  So, we need to plan

5    this out very efficiently.  All right?

6              So, I'll give you until, let's say until 3:15.

7              ALL:  Very good, Your Honor.

8              THE COURT:  Thank you.

9              (Recess taken at 2:54 p.m.)

10

11             (In open court.)

12             (Judge NICHOLAS G. GARAUFIS enters the courtroom at

13   3:35 p.m.)

14             THE COURTROOM DEPUTY:  All rise.

15             THE COURT:  Be seated.

16             (Pause in the proceedings.)

17

18             (Defendant enters the courtroom.)

19             THE COURT:  All right.  Ms. Merkl, Mr. Goltzer, I

20   know you've had a discussion.

21             Do you have a proposed schedule for submissions?

22             MS. MERKL:  For the submissions, Your Honor, I

23   believe that the parties are prepared to submit whatever open

24   responsive briefing we owe to the Court, or new motions, that

25   pertain to aggravating factors or mitigating factors tomorrow,

Proceedings                                    8431

1   with a response due by the opposing side by Thursday.

2          So, hopefully we can resolve the bulk of the legal

3   matters.

4          THE COURT:  Thursday at noon.

5          MS. MERKL:  By the end of the week, yes.

6          THE COURT:  Thursday at noon.

7          And Friday, at 10:00 o'clock in the morning, we'll

8   have oral argument on the submissions.

9          We've distributed the draft of the opening charge to

10  the jury for the penalty phase.  Please, be prepared to

11  discuss that as well on Friday.  And it's my expectation that

12  we'll begin the penalty phase at 10:00 o'clock on Monday

13  morning.

14         Mr. Dennehy.

15         MR. DENNEHY:  Yes, Your Honor.

16         THE COURT:  Since you're the lead on the penalty

17  phase for the Government, what is the Government's estimation

18  of the number of days that will be needed to complete the

19  Government's case on the penalty phase, give or take?

20         MR. DENNEHY:  Give or take, Judge, we were just

21  discussing whether this jury would sit next Friday.

22         THE COURT:  Next Friday?

23         MR. DENNEHY:  Correct.

24         THE COURT:  No.  They have plans for the day

25  before --

Proceedings                                    8432

1              MR. DENNEHY:  I understand.

2              THE COURT:  -- Memorial Day and then, they have

3     plans for the half-day after, the Tuesday after Memorial Day.

4              So, we'll resume in the afternoon of the 31st.

5              MR. DENNEHY:  So, if we sat next week, Monday

6     through Thursday.

7              THE COURT:  Through Thursday.

8              MR. DENNEHY:  The Government would get through, I

9     would imagine, at least three-quarters of our case.

10             THE COURT:  All right.

11             And then the balance would be on Tuesday and

12    Wednesday the following week?

13             MR. DENNEHY:  I'm not sure.  Is next weekend

14    Memorial Day or the one after that?

15             THE COURT:  No.  This coming weekend is the weekend

16    before Memorial Day.  We're going to start on Monday, before

17    Memorial Day, with testimony.  Monday through Thursday, that's

18    four days.

19             The Friday just before Memorial Day starts is a day

20    off --

21             MR. DENNEHY:  Right.

22             THE COURT:  -- and half of Tuesday we're not going

23    to have a trial.

24             So, I would call it a four-and-a-half day weekend,

25    all right?

Proceedings                           8433

1        MR. DENNEHY:  So, let's say, Your Honor,

2   conservatively, the Government will take the next two calendar

3   weeks, given that it's a half-schedule.

4        MS. MERKL:  No.

5        (Pause in the proceedings.)

6

7        MR. DENNEHY:  Thursday of next week?

8        MS. MERKL:  Yes.

9        MR. DENNEHY:  I said, we'll probably get 75 percent

10  of our case in by next Thursday.  And if I'm wrong, you'll

11  thank me.

12       THE COURT:  I'm not going to thank you.  I'm going

13  to tell you, you should be wrong.  You need to move along on

14  this.

15       And it also depends, I know, of decisions that the

16  Court will make about what you can put into evidence and what

17  you can't.  But it's my hope that you will streamline your

18  case and make it as efficient as possible.

19       MR. DENNEHY:  We will.

20       THE COURT:  All right.

21       So, that means that you'll probably be done by next

22  Thursday.

23       MR. DENNEHY:  Yes.

24       THE COURT:  See that?  That was very easy.

25       And the defense has a case on mitigation.

Proceedings                                8434

1   Mr. Jasper.

2           MR. JASPER:  Yes, Your Honor.

3           Our case, I think, should be able to be completed in

4   perhaps one day.  Maybe one day-and-a-half.

5           THE COURT:  Right.

6           MR. JASPER:  But I think one day.

7           THE COURT:  So, by the middle of the following week,

8   the case, the penalty phase will go to the jury is my

9   expectation.

10          MR. JASPER:  I believe that's accurate.

11          MR. DENNEHY:  There may be a rebuttal case.

12          If the defense case about ADX has any traction, so

13  to speak, the Government may rebut.  But we'll see.

14          THE COURT:  Well, we'll see.

15          MR. JASPER:  So, Your Honor, then the Government's

16  case could finish by next Wednesday or Thursday?

17          THE COURT:  You don't mean "next."  You mean the

18  Wednesday or Thursday after Memorial Day?

19          MR. JASPER:  No.  I actually was thinking...

20          THE COURT:  I'm trying to avoid having the

21  Government's case go into the following week, if at all

22  possible.  But they still have the right to present their

23  case.

24          So, if they go into Tuesday after Memorial Day or

25  into part of Wednesday, then you would have your case

Proceedings                                    8435

1    Wednesday and Thursday.  And I would charge the jury, assuming

2    there's no rebuttal case.

3            And as you know, at the penalty phase, it's not

4    necessary for the jury to be unanimous, so.

5            MR. FRANK:  Your Honor, is the jury sitting the

6    Friday after Memorial Day?

7            THE COURT:  I would expect, if necessary.  I'm sure

8    that I could convince the jury to sit that day if they felt

9    that it would hasten their release from jury duty.

10           So, I will bring that to their attention at the

11   appropriate time.  I don't think this is the point at which to

12   do it because we really don't have a good sense of how long

13   the Government's case is going to take.

14           But toward the end of next week, we'll have a better

15   idea, I think; don't you?

16           MR. DENNEHY:  Yes, yes, Your Honor.

17           THE COURT:  All right.

18           (Pause in the proceedings.)

19

20           THE COURT:  Now, you understand that two of the

21   issues have to do with -- well.

22           One of them has to do with the proposal that members

23   of the Santoro family testify, all right?  And another has to

24   do with issues involving Mr. Vitale's status as a cooperator

25   and his sentence.

Proceedings                            8436

1           So, you're going to address that in your papers?

2           MR. DENNEHY:  The Government will certainly address

3    the issue of the Santoro family.

4           And I don't know if the defense intends to move, in

5    the first instance, regarding Cicale.

6           THE COURT:  You mean Vitale.

7           MR. DENNEHY:  Vitale, I'm sorry.

8           THE COURT:  Well, if the defense raises it, then you

9    will respond to it.

10          MR. DENNEHY:  Right.

11          THE COURT:  And we'll resolve it.

12          MR. DENNEHY:  Right.

13          THE COURT:  All right.

14          Is there anything else we need to do this afternoon?

15          MR. DENNEHY:  No.  Just tell the jurors.

16          THE COURT:  No, no, I know that.

17          But do "we," before they come back, need to do

18   anything else this afternoon?

19          MR. DENNEHY:  Not from the Government.

20          MR. JASPER:  Yes, Your Honor.

21          THE COURT:  Mr. Jasper.

22          MR. JASPER:  Mr. Basciano would like an ex parte

23   proceeding with the Court and defense counsel.

24          THE COURT:  Okay.

25          THE DEFENDANT:  Thank you.

Proceedings                                           8437

1          THE COURT:  That's fine.  We'll do it when we're

2    done with everything else.

3          But that's it, I take it, Mr. Jasper?

4          MR. JASPER:  That's it.

5          THE COURT:  All right.

6          Let's bring back the jury.

7          THE COURTROOM DEPUTY:  And the alternates.

8          THE COURT:  Yes, and the alternates.

9          (Pause in the proceedings.)

10

11         (In open court.)

12         (Jury enters the courtroom at 3:47 p.m.)

13         THE COURTROOM DEPUTY:  All rise.

14         THE COURT:  Please, be seated.

15         Members of the Jury;

16         We have gone over the schedule for the balance of

17   proceedings in this case.  It will be necessary for the

18   parties and the Court to resolve certain issues prior to the

19   beginning of the penalty phase and we're going to do it as

20   efficiently as possible this week.

21         We will begin the penalty phase Monday morning at

22   9:30.  It's my expectation that it should be completed by

23   sometime during the following week.  So, basically, Monday

24   through Thursday of the week before Memorial Day, we will have

25   trial.  Friday, we will not have trial.

Proceedings

8438

1    Then, you have a three-day weekend.  And then I also

2  understand that you need half of Tuesday off.  So, we will not

3  have trial Tuesday, the 31st, after Memorial Day, in the

4  morning.  We will just have trial in the afternoon.  And we'll

5  get to the exact time and all next week.

6    And then, that week we expect that the testimony

7  will end sometime in the middle of the week or toward the end

8  of the week.  I'll charge the jury and the jury will

9  deliberate on the penalty.

10    If the jury starts deliberating on Thursday, I'll

11  ask the jury to deliberate on Friday as well, but we don't

12  have to get there yet.  I just want to anticipate what may

13  happen and that way you can make your plans accordingly.  But

14  the Memorial Day weekend is intact, the way we had discussed

15  it.

16    So, as you know, all 18 of you will hear the

17  testimony.  You can take notes, if you wish to do so.  At the

18  end of the testimony, there will be closing arguments, just as

19  there were closing arguments for the guilt phase.  There will

20  be opening statements, if the parties want to make opening

21  statements in the penalty phase, and I will try to be as

22  efficient as possible in making sure that your time is well

23  spent.  So, that is my commitment to you.

24    So, you will now recess the trial until a week from

25  today, at 9:30 a.m., and we will begin the penalty phase at

Proceedings                                    8439

1   that time.  You can talk to Mr. Reccoppa about any other

2   issues that you may have.

3           Thank you very much for your attention.

4           All rise for the jury.

5           (Jury exits at 3:50 p.m.)

6

7           (In open court.)

8           (The following occurs outside the presence of the

9   jury.)

10          THE COURT:  All right.  Please, be seated.

11          I'm going ask the Government to inform the

12  Probation Department that they should begin the process of

13  updating the defendant's Pre-Sentence Investigation Report so

14  that at the end of next phase, I can, after the report is

15  completed and the defense has the opportunity to review it and

16  make any objections to it, that we can promptly have a

17  sentencing, one way or the other, of the defendant.

18          So, would you please inform the

19  Probation Department.

20          MS. MERKL:  I'll call them this afternoon,

21  Your Honor.

22          THE COURT:  All right.  Thank you.

23          Is there anything else from the Government for

24  today?

25          MS. MERKL:  No.  Thank you, Your Honor.

Proceedings                                    8440

1          THE COURT:  Anything else from you, Mr. Goltzer,

2    while we're still all together here?

3          MR. GOLTZER:  No, thank you.

4          THE COURT:  All right.  Thank you everyone.

5          We'll have an ex parte as soon as everyone leaves

6    the room.

7          (Pause in the proceedings.)

8

9          (Time Noted:  3:54 p.m.)

10

11         (WHEREUPON, the proceedings were adjourned to

12   May 20th, 2010.)

13

14                      *   *   *

15

16              CERTIFICATE OF REPORTER

17      I certify that the foregoing is a correct transcript of
     the record of proceedings in the above-entitled matter.
18

19

20   _____
     Victoria A. Torres Butler, CRR
     Official Court Reporter
21

22

23

24

25

8441

8442

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                    8443

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                    8444

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                8445

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                    8446

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                    8447

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY          8448

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY                8449

SEALED PROCEEDINGS - DEFENSE COUNSEL ONLY          8450

1   ////////////////////////////////////////////

2   ////////////////////////////////////////////

3   ////////////////////////////////////////////////////

4   //////////////////////////////

5   //////////////////////////////////////////////////////

6   /////////////

7   ////////////////////////////////////////////////////

8   //////////////////////////////////////////////

9   ////////////////////////////////////////////////////////

10  /////

11  ////////////////////////////////////////

12  /////////////////////////////////////

13  //////////////////////////////////////////////

14  //////////////////////////////////////////////

15  //////////////////////////////////////////////////////

16  //////////////////////////////////////////////////////

17  ////////////////////////////////////////

18  //////////////////////////////////////////

19      (END SEALED PORTION.)

20      (WHEREUPON, the proceedings were adjourned.)

21                  *   *   *

22              CERTIFICATE OF REPORTER

23      I certify that the foregoing is a correct transcript of
    the record of proceedings in the above-entitled matter.

24  _____

25  Victoria A. Torres Butler, CRR
    Official Court Reporter